Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org and ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone:  (614) 840-0891; Facsimile (415) 875-6161
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>          Plaintiffs,<br><br>          v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>          Defendants. | CASE NO.:<br><br><br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2   Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties,

3   there is no such interest to report.

4

5

6   DATE: March 10, 2008                              Respectfully Submitted,

7

8                                           By: _____

9                                           Brendan Cummings (CA Bar No. 193952)
                                            Kassia Siegel (CA Bar No. 209497)
10                                          Center for Biological Diversity
                                            P.O. Box 549
11                                          Joshua Tree, CA 92252
                                            Phone:   (760) 366-2232; Facsimile: (760) 366-2669
12                                          Email:  bcummings@biologicaldiversity.org and
13                                          ksiegel@biologicaldiversity.org

14                                          Miyoko Sakashita (CA Bar No. 239639)
                                            Center for Biological Diversity
15                                          1095 Market St., Suite 511
                                            San Francisco, CA 94103
16                                          Phone:  (415) 436-9682; Facsimile: (415) 436-9683
                                            Email:  miyoko@biologicaldiversity.org
17

18                                          Andrew E. Wetzler (CA Bar No. 202299)
19                                          Natural Resources Defense Council
                                            544 White Oak Place
20                                          Worthington, OH 43085
                                            Phone:  (614) 840-0891; Facsimile (415) 875-6161
21                                          Email:  awetzler@nrdc.org

22                                          Attorneys for Plaintiffs

23

24

25

26

27

28

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS                                    Page 1