Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org and ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone:  (614) 840-0891; Facsimile (415) 875-6161
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>    Defendants. | CASE NO.:  08-1339 (CW)<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE            08-1339 (CW)

PROOF OF SERVICE

I, Emily Brown, declare as follows:

I am a citizen of the United States and employed in the city and county of San Francisco, CA. I am over eighteen years of age and my business address is 1095 Market St., Suite 511, San Francisco, CA 94103.

I hereby certify that I received this SUMMONS and served it together with the COMPLAINT, the NOTICE OF INTERESTED PERSONS OR ENTITIES, the INITIAL CASE MANAGEMENT SCHEDULING ORDER, the ECF Registration Information Handout, the notice of availability of a magistrate judge, the standing order, and all other documents specified in Civil Local Rule 4-2 by personal service upon:

Joseph Russoniello
Office of the U.S. Attorney
Northern District of California
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

and by sending copies by certified mail, return receipt requested on March 10, 2008, at San Francisco, California addressed to:

Michael B. Mukasey
Attorney General of the United States
Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001

Dirk Kempthorne
Secretary of the Interior
1849 C Street, NW
Washington, DC 20240

H. Dale Hall, Director
United States Fish and Wildlife Service
1849 C Street, NW, Room 3256
MailStop 3238 MIB
Washington, DC 20240-0001

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 10, 2008 at San Francisco, CA.

/s/ Emily Brown

1   I, Miyoko Sakashita, pursuant to ECF General Order 45X.B, attest that the signatory above has
2   concurred in and authorized the filing of this document with this court.

/s/ Miyoko Sakashita
_____

Miyoko Sakashita
Attorney for Plaintiffs