RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No. C-08-1339 (CW) <br><br> **DEFENDANTS' NOTICE OF APPEARANCE** |

To the Court, the parties, and their attorneys of record:

PLEASE TAKE NOTICE that Kristen Byrnes Floom shall serve as lead counsel for the Defendants in the captioned matter. Copies of future filings, notices, and decisions should be sent to Ms. Floom as indicated below.

Service by U.S. Mail:

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
Ben Franklin Station
P.O. Box 7369
Washington, D.C. 20044-7369

Express deliveries (Federal Express, courier, etc.):

Kristen Byrnes Floom
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Room 3916
Washington, D.C.  20004

Telephone: (202) 305-0340

Facsimile: (202) 305-0275

E-mail: Kristen.Floom@usdoj.gov


Respectfully submitted this 25th day of March, 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division
        JEAN E. WILLIAMS, Chief
        LISA LYNNE RUSSELL, Assistant Chief

        /s/ Kristen Byrnes Floom
        KRISTEN BYRNES FLOOM, Trial Attorney
        DC Bar No. 469615
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        Telephone: (202) 305-0340
        Facsimile: (202) 305-0275
        Kristen.Floom@usdoj.gov

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of Defendants' Notice of Appearance was submitted to the Court electronically on this 25th day of March, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Attorneys for Plaintiffs

    I further certify that, on this 25th day of March, 2008, a copy of Defendants' Notice of Appearance was sent via first-class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085

Attorney for Plaintiffs

                                            /s/ Kristen Byrnes Floom
                                            Kristen Byrnes Floom