**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>    Defendants. | CASE NO.: C-08-1339-CW<br><br>**[PROPOSED] ORDER**<br><br>**Date:** May 8, 2008<br>**Time:** 2:00 p.m.<br>**Judge:** Honorable Claudia Wilken<br>**Courtroom:** Courtroom 2, 4th Floor |

Pursuant to Federal Rule of Civil Procedure 56, and in consideration of Plaintiffs' Motion for Summary Judgment, and having found that Defendants, Dirk Kempthorne, Secretary of the Interior, and the United States Fish and Wildlife Service, have violated Section 4(b)(6) of the Endangered Species Act, 16 U.S.C. § 1533(b)(6), by failing to publish in the Federal Register a final listing determination for the polar bear (*Ursus maritmus*) by January 9, 2008, and further, having found that Defendants' illegal delay in making a final listing determination for the polar bear constitutes "good cause" pursuant to 5 U.S.C. 553(d)(3) to make any final listing regulation effective immediately upon publication, the Court ORDERS as follows:

   IT IS ORDERED that Plaintiffs' Motion for Summary Judgment is GRANTED;

   IT IS FURTHER ORDERED that Defendants' cross-motion for summary judgment is DENIED;

   IT IS FURTHER ORDERED that Defendants publish in the Federal Register a final listing determination for the polar bear within seven (7) days of this Order;

   IT IS FURTHER ORDERED that if the final listing determination by Defendants is to

1  promulgate a regulation listing the polar bear as "threatened" or "endangered", Defendants shall make
2  such regulation effective immediately upon publication in the Federal Register pursuant to 5 U.S.C.
3  553(d)(3);
4       IT IS FURTHER ORDERED that Plaintiffs are the "prevailing party" in this litigation and shall
5  file any motion for attorneys' fees and costs within sixty (60) days of this Order;
6       IT IS FURTHER ORDERED that the Parties shall file a status report with the Court within
7  thirty (30) days of this Order advising the Court if any issues related to Plaintiffs' Complaint or this
8  Order, other than Plaintiffs' claim for fees and costs, remain unresolved;
9       IT IS FURTHER ORDERED that the Court will retain jurisdiction for the purpose of ensuring
10 compliance with this Order and to resolve any motion by Plaintiffs for attorneys' fees and costs.

12      IT IS SO ORDERED.

15 DATED this_____day of _____ 2008

_____
Honorable Claudia Wilken
United States District Court Judge