Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org
         ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone:  (614) 840-0891; Facsimile (415) 875-6161
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>       Plaintiffs,<br><br>       v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>       Defendants. | CASE NO.:  C-08-1339-CW<br><br>DECLARATION OF JENNY E. ROSS IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT<br><br>**Date:** May 8, 2008<br>**Time:**  2:00 p.m.<br>**Judge:**  Honorable Claudia Wilken<br>**Courtroom:**  Courtroom 2, 4th Floor |

I, Jenny E. Ross, state and declare as follows:

1. I have personal knowledge of the following facts, and if called as a witness could and would testify competently thereto.

2. My address is PO Box 10037, Truckee, California. I received a Bachelors degree from Stanford University in philosophy, with emphasis and an honors thesis on philosophy of science and biomedical ethics and a minor in biology in 1983, and a J.D. from Harvard Law School in 1986.

3. I care deeply about the natural word and biodiversity. I am a member of the Center for Biological Diversity ("Center") and I rely upon the Center to represent my interests in protection of the environment through advocacy and the enforcement of our environmental laws. I am also a member of the Natural Resources Defense Council (NRDC).

4. I practiced law for a number of years, but now I am a freelance photographer and writer specializing in wildlife natural history and conservation subjects, and environmental issues. I take photographs that capture the essence of wild animals and wild places, explain scientific research to non-scientists, inspire concern and action for wildlife conservation and ecosystem protection, and elicit a renewed appreciation of the natural world. My images of wildlife and ecosystems and my essays on natural history and conservation have been displayed in a number of professional exhibitions. I have also collaborated with renowned scientists to create presentations and articles that combine photographs with scientifically accurate and engaging information.

5. For the past several years much of my work has focused on bears. In 2002 I was commissioned to create a traveling photographic exhibition about the world's eight living bear species. The goal of the project was to enlighten a broad cross-section of the general public about the biology, ecology, behavior, management, and conservation of bears using compelling fine art photographs to illustrate and dramatize the exhibition's educational content.

6. For approximately two years, I spent much of my time studying bears, hiking in their habitat, observing their daily lives, and photographing them. I also accompanied bear biologists in the field, and photographed their research activities. From this work I created a traveling exhibition entitled *Bears! Icons of the Wild*. The exhibit has been displayed at a variety of public venues, including the Anchorage Museum of History & Art, the California Exposition, the Carnegie Museum of Natural

History, Lindsay Wildlife Museum, and the Pacific Grove Museum of Natural History. More than half a million people have viewed the exhibition since its premier in April 2004. Polar bears are of course one of the eight bear species that I studied, photographed, and wrote about for the exhibit project, and they are prominently featured in *Bears! Icons of the Wild*.

7. Following creation of the exhibit I have continued to visit polar bear habitat, to observe and photograph the bears, and to collaborate with scientists who are studying them. I have also reviewed much of the current scientific literature relating to polar bears and their habitat. Based on my work, I have created a slideshow and lecture entitled *Life on Thin Ice: Polar Bear Biology, Ecology, Behavior, and Conservation*. This presentation includes more than 150 of my polar bear photographs, and covers numerous scientific issues in a manner that is interesting and engaging for a general audience. Recent clients and venues for the presentation include: The Alaska Bear Forum, the Anchorage Museum of History & Art, California Audubon, the Desert Research Institute, Lindsay Wildlife Museum, the Northern Nevada Science Coalition, Polar Bears International, the Pratt Museum, the Pacific Grove Museum of Natural History, San Francisco Zoo, Sierra Club, Squaw Valley Institute, and the Tahoe Bear League.

8. My work, and my life, have been directly impacted by the effects of climate change on the natural habitats of the polar bear and other bear species. Extensive information collected and analyzed by scientists around the world demonstrates unequivocally that climate change is altering the Arctic habitat of polar bears and posing a fundamental threat to their continued survival. In recognition of the growing threat to polar bears from global warming, the IUCN / World Conservation Union's Polar Bear Specialist Group – the world's leading scientific body with specific expertise regarding polar bears – recommended in 2005 that polar bears be classified as "Vulnerable" on the IUCN Red List. The IUCN "Vulnerable" classification signifies that a species is facing a "high risk of extinction in the wild."

9. During the course of my work it has become clear to me that climate change is affecting the icy Arctic environment polar bears depend upon for all aspects of their lives; and, as a consequence, climate change is already having a significant impact on the bears themselves. For example, in the Western Hudson Bay area, scientists have determined that the polar bear population declined by 22

percent between 1987 and 2004 as a result of deteriorating ice conditions due to climate change. Because they cannot hunt seals in the absence of sea ice, the bears have been obliged to endure increasingly long periods of food-deprivation as the ice-free season on Hudson Bay has lengthened. Consequently, polar bears in that region now weigh about 15 percent less than they did 30 years ago; and that decline in physical condition is having a discernible adverse impact on the population's natality and survivorship. These changes affect the subjects of my photographs and therefore my livelihood and personal well-being.

10. I have suffered, and continue to suffer, personal harm due to the impacts on polar bears from climate change. I have seen polar bears in the Western Hudson Bay region struggling to survive during the lengthy ice-free period that now extends from July through late November. On numerous occasions I have witnessed the heart-wrenching spectacle of very skinny bears pacing along the shore of Hudson Bay in late fall and staring constantly at the open water, clearly desperate for sea ice to form so that they can resume hunting seals. On one occasion I observed an emaciated mother polar bear accompanied by her young twin cubs near the edge of unfrozen Hudson Bay in mid-November. Her anxious demeanor, coupled with my knowledge that she would likely starve to death before the sea ice formed or be too weak to hunt once it did, and that her small offspring would then perish as well, caused me profound sadness.

11. Ice conditions in other portions of the polar bear's range throughout the circumpolar Arctic are also deteriorating and posing great challenges for the bears. A recent report by the U.S. Minerals Management Service indicates that reduced sea ice in the Southern Beaufort Sea is already causing polar bears to drown, because a vast expanse of open ocean now often separates the Alaska coastline from the floating Arctic pack ice. Moreover, a large percentage of the pregnant polar bears in the Southern Beaufort Sea population build their maternity dens out on the sea ice and rear their very young cubs there. Significant declines in the extent and quality of that sea ice could jeopardize the reproductive success of a very large number of bears. These changes affect the subjects of my photographs and therefore my livelihood and personal wellbeing.

12. I travel frequently to the Arctic to photograph polar bears and other species. In November, 2006 I spent ten days photographing polar bears along the shore of Hudson Bay near

Churchill, Manitoba, Canada, as trip leader for a photography expedition. My group was scheduled to spend a portion of the trip at Cape Churchill, a more remote Hudson Bay location within Wapusk National Park, but it proved impossible to travel to that area because the tundra was not sufficiently frozen.

13. In July 2006 I traveled by ice-breaker in the Svalbard Archipelago, attempting to photograph polar bears. Although there is typically extensive sea ice at that time of year in that portion of the Norwegian Arctic, there was almost none during my trip. Even in locations that were only about 600 miles from the North Pole, the pack ice was absent. As a result, ice-dependent polar bears were very difficult to find. The bears that we were able to locate were limited to the last remaining bits of annual fiord ice or were marooned on land. I observed and photographed several bears, including a small cub, that were obliged to swim from one island to another in search of food due to the lack of ice. Knowing that scientists have documented the recent drowning deaths of polar bears in similar circumstances, I anxiously watched the Svalbard bears as they traveled through the ocean waves. It was poignant and upsetting to see the exhausted young cub, lacking body fat and not well insulated from the cold water, struggling to follow its mother.

14. Additional warming caused by emissions of greenhouse gasses will substantially affect my ability to continue to visit and photograph polar bears in their natural habitat. Indeed, global warming may cause the extinction of the polar bear and the complete transformation of the Arctic environment in which I work. Global warming and the decline of the polar bear have a direct, negative impact on my livelihood.

15. Another recent example of the detrimental effect of global warming on my livelihood occurred when, at the beginning of March 2006, I traveled to the Gulf of St. Lawrence to photograph adult seals and their pups on the sea ice. During that trip, I witnessed and photographed the changes in ice conditions that are taking place due to climate change. The region experienced unusually warm temperatures that winter. Although historically the Gulf of St. Lawrence has typically been nearly covered with massive floes of thick sea ice in early spring, that year the sea ice was very sparse, thin, and highly fractured as a result of warm temperatures. Due to a lack of sea ice and poor ice conditions,

1 we had considerable difficulty locating any ice at all on which to land a helicopter and photograph seals.

16. Just a few weeks prior to my arrival in the Gulf of St. Lawrence region in March 2006, a colony of grey seals – which normally give birth to pups on the floating sea ice – had been forced to pup on the beach at Pictou Island due to the absence of ice. Subsequently, a storm surge in the Northumberland Strait engulfed the beach and drowned approximately 75% of the seal pups. Canadian Fisheries officials estimated that more than 2000 seal pups died. This recent incident is representative of the profound impacts on the Arctic ecosystem that are occurring due to climate change.

17. On another trip to the Magdalen Islands (Les Îles de Madeleine) to photograph ice seals in March 2007, I again had a very difficult time even finding any seals, or ice, to photograph, and some days we could not even fly because it was raining. The ice we did encounter was extremely thin and slushy, and melting rapidly. I saw just 2 harp seal pups and one family of hooded seals during a week in the region. I was told by my local guide that many newborn seal pups, who are unable to swim, were drowned when the ice supporting them had disintegrated. The one hooded seal family I photographed was on a small, isolated floe of ice that was moving extremely quickly in the current because there was no other ice surrounding it to hold it in place. I could not remain on the floe photographing the seals for very long, because the floe was rapidly being carried eastward by the current, out of the Gulf toward the Atlantic Ocean and beyond helicopter range.

18. I have every intention of continuing my career as a nature photographer, and of continuing all of the above-described activities, in the future. Polar bears will remain a major focus of my photography, and as such I have every intention of continuing to visit their habitat as frequently as possible in the coming years. In fact, I am currently working on a book about the changing Arctic which will prominently feature polar bears. Completion of this book will require additional trips to the Arctic during at least the next two years to photograph polar bears.

19. In summary, polar bears are extremely important to, and greatly enhance, both my personal and professional lives. I have already experienced first hand the effects of global warming on polar bears and the Arctic ecosystem. These changes, and the declining status of the polar bear, have diminished my ability to photograph, observe, and enjoy polar bears and their Arctic habitat. I am

extremely concerned about the impact of global warming on polar bears, as well as other threats such as oil and gas development in the Arctic, increased human activity in the Arctic as the area warms, and overhunting of polar bears in some regions.

20.    If global warming and other threats to the species continue unabated, and polar bears remain unprotected, I believe the polar bear will continue to decline and become extinct, and I will be unable to continue to observe and photograph the species in the wild. Although I believe a certain amount of additional climate warming and consequent impacts to the polar bear are inevitable, I also believe it is not too late to save this species from extinction. To do so we must immediately protect them under the Endangered Species Act and greatly reduce greenhouse gas emissions in the very near future.

21.    I believe that listing the polar bear under the Endangered Species Act will help protect this species from global warming and other threats, and will increase the chances that polar bears will persist in the wild in coming years. I believe that if the polar bear is not protected under the Endangered Species Act, then the species is more likely to suffer disturbance and despoliation of its habitat, and substantial population declines, and ultimately to become extinct. If polar bear populations decline or become extinct, I will suffer in a number of ways. I will be unable to continue to photograph them in the wild, which will greatly harm my livelihood and career as a professional nature photographer. My recreational and aesthetic interests in seeing the species will also be harmed, as will my interests in the functioning of the Arctic ecosystem in which the polar bear plays such an important part. I will also be deeply distressed personally by the loss of this species.

22.    I am personally and substantially injured by the Secretary of the Interior and U.S. Fish and Wildlife Service's failure to issue a final listing decision for the polar bear under the Endangered Species Act because their failure to act delays the protection of polar bears under the law and therefore increases the risk of harm to the species. I believe that once the polar bear is listed under the Endangered Species Act, its critical habitat will be protected, a recovery plan will be developed, more attention will be focused on addressing global warming and the melting of the Arctic, and as a consequence the species will have a much greater chance of persisting in the wild. As a result, I and others will have a greater chance of being able to continue to observe, enjoy, and appreciate this species

and its habitat in the Arctic.  The longer the listing is delayed, the longer protection for the polar bear, and my interests in the species, are also frustrated and delayed.

I declare under penalty of perjury that the foregoing is true and correct and was executed on March 31, 2008 at Truckee, California.

/s/ Jenny Ross

Jenny E. Ross

I, Kassia R. Siegel, pursuant to ECF General Order 45X.B, attest that Jenny E. Ross has concurred in and authorized the filing of this declaration with this court.

/s/ Kassia R. Siegel

Kassia R. Siegel
Attorney for Plaintiffs