Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org
        ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682; Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone: (614) 840-0891; Facsimile (415) 875-6161
Email: awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | CASE NO.:  C-08-1339-CW<br><br>**DECLARATION OF MELANIE DUCHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** May 8, 2008<br>**Time:**  2:00 p.m.<br>**Judge:**  Honorable Claudia Wilken<br>**Courtroom:** Courtroom 2, 4th Floor |

1  I, Melanie Duchin, declare as follows:

2      1.    I reside in Anchorage, Alaska.  I am a member of Greenpeace, Inc. and have been an employee of Greenpeace, Inc. and its corporate predecessors for over 18 years. I am also a member of the Center for Biological Diversity ("Center").  I rely upon these organizations to represent my interests in the protection of the environment, including wildlife such as the polar bear.

6      2.    My current position with Greenpeace is as a climate and energy campaigner.  In this capacity, I work to document the impacts of global warming on the environment and work for clean energy solutions that will reduce emissions of pollution that cause global warming. Since 1997 my work has had a particular focus on the causes and impacts of global warming in the Arctic, including protection of polar bears and their habitat.

11      3.    I am also extremely concerned about the protection and preservation of polar bears on a personal level.  I choose to live in Alaska in large part because I am close to the Arctic where I am able to observe polar bears and the sea-ice environment on which they depend.  As described below I have observed and attempted to observe polar bears in the Arctic many times.

15      4.    I have traveled extensively in the Arctic both professionally and recreationally to observe polar bears and their habitat.  I have every intention of continuing traveling to the Arctic most summers as I have in the recent past and observing and attempting to observe polar bears and their sea-ice habitat. In total, I have been to the Arctic at least a dozen times, ranging from ship-based trips lasting longer than a month, to shorter trips to coastal areas, to camping out on a barrier island and on sea ice in the Beaufort Sea.  I have been to the Beaufort Sea at least half a dozen times and plan to return this spring and again in the near future, both on my own and in my work capacity.

22      5.    I saw my first polar bear in August, 1997, when I was on the Greenpeace ship Arctic Sunrise in the Beaufort Sea a few miles offshore from Prudhoe Bay.  A polar bear swam up to the stern of the ship and then climbed up onto a nearby ice floe to get a better look or smell.  This polar bear was so thin its ribs were showing and it was shivering.  This is likely because it was so far from the pack ice and prime hunting opportunities, because the edge of the pack ice was at least 100 miles distant from where we spotted this bear. The sight of this bear in such poor condition brought me to tears.

6.      Later on the same expedition, in August and early September I saw at least three additional polar bears in the pack ice in the Beaufort Sea, including one sow with a cub. One of the bears I observed was at a recent successful hunting site. These bears were all very healthy looking compared to the first bear.

7.      I observed polar bears again in 1998, again on an expedition on board the Arctic Sunrise. When we were in the Beaufort Sea in August, I saw a sow and a cub walking on the offshore island that the community of Nuiqsut uses for their whaling camp. Later on in the expedition the Arctic Sunrise traveled to the Chukchi, Beaufort and East Siberian Seas. We had scientists on board to observe and count ringed seals, polar bears and black guillemot, so we were looking for areas of the ice edge and pack ice where those species would be living. I observed polar bears in the Chukchi, Beaufort and East Siberian Seas, at Wrangell and Herald islands. The bears I observed on this expedition were healthy looking. I also observed polar bears in August, 1999 and in August, 2000, again on expeditions to the Chukchi and Beaufort seas on the Arctic Sunrise.

8.      In March, 2005, I accompanied Arctic explorers on a training trip to Churchill, Manitoba, Canada. While I did not observe any polar bears in the wild on this occasion, I did attempt to observe the bears and did see their tracks on the pack ice.

9.      In May, 2005, I saw polar bears on the pack ice from the air (helicopter) while flying from Sredny to Cape Arctichesky in the Severnaya Zemlya archipelago. At this time I was accompanying two Arctic explorers to the starting point (the northernmost point of Cape Arctichesky) for their attempt at the first summer crossing of the Arctic Ocean.

10.     In July, 2005 I saw two solitary polar bears and one sow with two cubs on the pack ice in the Greenland Sea while on board the vessel Arctic Sunrise between Scoresbysund and Daneborg on the northeast coast of Greenland. In addition, I spent July 11-13 at the Zackenberg Environmental Research Station on the northeast coat of Greenland. When sea ice disappears in summer, some polar bears are stranded on land and roam the Zackenberg Valley and research station in search of food. Although I did not observe any polar bears in the wild during my time at Zackenberg, I did attempt to observe them while at the station and out on the tundra.

11. In May 2008, I plan to visit to the Arctic again. I have applied to take a sea ice course offered by the University of Alaska Fairbanks in Barrow, Alaska, where the Chukchi and Beaufort Seas meet. My seal-finding dog will be used for part of the course. We will be learning about the role of sea ice as it relates to marine chemistry, wildlife habitat and biology, global warming and human populations in the Arctic. The course will include field work where I hope to observe and study wildlife that use sea ice and inhabit the Arctic marine and coastal environment, including polar bears.

12. I also intend to travel back to the Arctic on future expeditions to view polar bears and other wildlife. This will occur the next time my organization sends a vessel to the Arctic, which is virtually certain within the next two or three years.

13. I am extremely concerned about the health of the environment and the maintenance of biological diversity. I choose to live in Alaska in large part because it puts me closer to the Arctic and polar bear habitat. Being able to visit and appreciate the beauty of the Arctic and the unique species such as polar bears that live there is very important to me. Witnessing the disappearance of the Arctic sea-ice habitat due to global warming, and the degradation of polar bear habitat due to oil and gas development has a highly negative psychological impact on me and causes me great sadness.

14. I am extremely concerned about the survival of polar bears and their sea-ice habitat in the Arctic. I derive great professional, scientific, recreational, aesthetic and spiritual benefit from the existence of this unique animal. I also derive great benefit from the existence and persistence of its Arctic environment. The continued existence of polar bears and their habitat greatly enhances the quality of my life personally, professionally and spiritually.

15. In recent years I have become increasingly concerned about the threats to the continued existence of polar bears in the wild. Polar bears are threatened by the melting of their sea-ice habitat caused by global warming from society's greenhouse gas emissions from the burning of fossil fuels for energy. Polar bears are also threatened in a number of ways by the proliferation of oil and gas development in their habitat, both onshore and offshore. The risks include the disturbance of denning polar bears, the risk of oiling of polar bears and their prey from oil spills, as well as increased interactions with humans and other forms of industrial disturbance. Polar bears are also threatened by increased shipping in the Arctic due to decreasing summertime Arctic sea ice.

16. I believe that protection under the Endangered Species Act will help protect polar bears from these threats, and increase the chances that polar bears will persist in the wild in coming years. I believe that if the polar bear is not protected under the Endangered Species Act, then it is more likely to suffer substantial population declines and to become extinct. If polar bear populations decline or become extinct, I will suffer in a number of ways. I believe that the entire the Arctic web of life will be degraded at best and destroyed at worst if it loses the polar bear and/or its sea-ice habitat which is the underpinning of the entire ecosystem. I will also suffer a loss of psychological and spiritual well-being, from knowing that polar bears were in decline and/or are extinct. I would suffer a professional, aesthetic, spiritual and recreational loss from my inability to observe and appreciate these animals in the wild, and because my enjoyment of the Arctic is diminished when animals are missing from the ecosystem.

17. I am personally and substantially injured by the Secretary of the Interior and U.S. Fish and Wildlife Service's failure to make a final decision on the Petition to list polar bears under the Endangered Species Act because the Secretary's failure to act on the Petition delays the protection of polar bears under the Endangered Species Act and therefore increases the risk of harm to them. Further delay in protecting the polar bear means further harm to their habitat will occur without the analysis and protection the Endangered Species Act would provide. The recent decision in February, 2008 to lease polar bear habitat in the Chukchi Sea to oil development could not have occurred when and how it did if the polar bear had been listed by the legal deadline in January. Further preventable impacts to the polar bear and its habitat will continue so long as the species is not listed. The Secretary's continued failure to list the polar bear will therefore likely contribute to the decline and extinction of polar bears. I am therefore I am injured by the Secretary's violations of law. I am also injured by the Secretary's failure to issue the required final listing rule because I am unable to participate in any of the processes triggered by listing such as critical habitat designation, recovery planning, and consultations which will not happen until and unless the listing is finalized.

18. I believe that if the Secretary is forced to make a final listing determination on the polar bear, the only lawful determination he can make will be to protect the species under the Endangered Species Act. Such protection will give the species a much greater chance of persisting in the wild, and

1    I and others will have a greater chance of being able to continue to observe, enjoy, and appreciate this
2    species and its habitat in the Arctic.

    I declare under penalty of perjury that the foregoing is true and correct and was executed on
March 12, 2007 at Anchorage, Alaska.

/s/ Melanie Duchin

Melanie Duchin

    I, Kassia Siegel, pursuant to ECF General Order 45X.B, attest that Melanie Duchin has concurred in and authorized the filing of this declaration with this court.

/s/ Kassia Siegel

Kassia Siegel
Attorney for Plaintiffs