Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org
         ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone:  (614) 840-0891; Facsimile (415) 875-6161
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>        Plaintiffs,<br><br>        v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>        Defendants. | CASE NO.:  C-08-1339-CW<br><br>**DECLARATION OF JACK W. LENTFER IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Date:** May 8, 2008<br>**Time:** 2:00 p.m.<br>**Judge:** Honorable Claudia Wilken<br>**Courtroom:** Courtroom 2, 4th Floor |

Declaration of Jack W. Lentfer                                                                                              C-08-1339-CW

I, Jack W. Lentfer, declare as follows:

1. I reside in Homer, Alaska. I have been a member of the Natural Resources Defense Council since 1982 and of the Center for Biological Diversity since 2005.

2. I am a former employee of both the Alaska Department of Fish and Game ("ADFG") and the U.S. Fish and Wildlife Service ("FWS"). Shortly after joining ADFG in the early 1960s I became Polar Bear Project Leader and directed polar bear research and management for the State of Alaska. ADFG's research focused on assessing polar bear distribution, abundance, and life history, including movement patterns, breeding age, breeding interval, litter size, age-specific mortality, and reproductive rate. Population discreteness was assessed to determine if a single circumpolar population required an international management regime or if a number of discrete populations required separate management regimes by the various polar bear nations. Research also provided the basis for regulating hunting and defining critical habitat.

3. The Marine Mammal Protection Act of 1972 ("MMPA") transferred polar bear management authority from ADFG to FWS, which I then joined as FWS's polar bear project leader. At FWS we continued the research program started by ADFG with additional emphasis on effects of industrial activities, mainly oil exploration and development, in polar bear habitat.

4. In 1965, while at ADFG, I was a United States representative at the first international polar bear meeting, attended by researchers and managers from the five nations with polar bear populations. From this meeting evolved the international Polar Bear Specialist Group ("PBSG"), which I served on until 1979. The group met approximately every two years under auspices of the International Union for the Conservation of Nature ("IUCN"). We developed a coordinated research program throughout the polar bears' range and, in conjunction with IUCN, began drafting an international polar bear agreement. I was on the United States negotiating team that finalized the International Polar Bear Agreement in 1973.

5. From 1973 to 1976 I served on the first Scientific Advisory Committee of the U.S. Marine Mammal Commission ("MMC"), which was established by the MMPA, and served again on the advisory committee in the 1980s. Following this, I received a presidential appointment as a

1  Commissioner of the MMC.  During my time at the MMC, it dealt with a number of polar bear issues,
2  all of which I was involved with.

3       6.    Since retiring, I have stayed involved with polar bears by reviewing papers for scientific,
4  peer-reviewed journals, advocating for protection of polar bear habitat, serving on a working group to
5  establish a United States-Russian Agreement on Conservation of Polar Bears, assisting on a FWS
6  research project to develop a polar bear census techniques, and camping along Alaska's north coast to
7  find dens and photograph bears emerging after winter hibernation..

8       7.    Polar bears and polar regions have been major components of my professional and
9  personal life.  I have traveled, often with my wife, in Antarctica, South Georgia Island, Spitsbergen,
10 Lapland, Siberia, and the Canadian Arctic, as well as St. Lawrence Island and the northwestern and
11 northeastern Alaska mainland.  One of the things we seek most is a pristine and undeveloped area with
12 undisturbed wildlife.  Alaskan Arctic locales that we would like to visit in the near future include
13 Teshekpuk Lake and the adjoining Beaufort Sea coastal area, and Kasegaluk Lagoon formed by barrier
14 islands along the Chukchi Sea coast southwest of Icy Cape.  We would hope to view polar bears in both
15 of these areas. I also plan to visit the Kaktovik area in the fall when polar bears are concentrated on the
16 beach feeding on bowhead whale carcasses.

17      8.    Because of my long history of polar bear research and working for polar bear
18 conservation, I am extremely concerned about the threat that global warming and other activities, such
19 as oil and gas development, pose to polar bears.  The disappearance of sea ice, on which polar bears
20 depend, poses a threat not only to polar bears, but also to the entire Arctic ecosystem, a unique
21 environment that is of great significance to me and that I have dedicated my career to studying and
22 preserving.

23      9.    I have carefully reviewed the Petition of the Center for Biological Diversity,
24 Greenpeace, and Natural Resources Defense Council to list the polar bear as a threatened species and I
25 agree wholeheartedly with its conclusions.  Those conclusions are also validated by the PBSG, which at
26 its last meeting expressed grave concern about global warming and the possibility that it would lead to
27 the extinction of polar bears.  I am also aware that scientists at the U.S. Minerals Management Service
28 have reported an increase in polar bear drownings off the northeast coast of Alaska.  This has occurred

because global warming has created much more open water that bears now have to swim through to move back and forth between the ice and the mainland. The researchers suggest that drowning-related deaths may increase in the future if warming trends continue.

10. In response to the Petition to list by the Center for Biological Diversity et al, the FWS has made a compelling case for listing polar bears as threatened throughout their range and published a proposed rule to do so on January 9, 2007. I agree with the FWS findings and proposal to list.

11. Following this, the U.S. Geological Survey ("USGS") published a series of reports providing more information relevant to listing. I find these reports comprehensive, science-driven, and compelling in their support of listing.

12. I have also reviewed findings of the U.S. Marine Mammal Commission ("MMC") which is charged with making recommendations to the Secretary of Interior regarding the Endangered Species Act. The MMC states that USGS modeling to predict reductions in sea ice constitutes the best scientific information available and that a strong justification exists for listing under the Endangered Species Act at the present time. This further reinforces my belief that polar bears should be listed.

13. On February 6, 2008, the U.S. Minerals Management Service conducted an oil and gas lease sale in polar bear habitat off Alaska's northwest coast in the Chukchi Sea. This occurred before a decision on listing was made, even though the decision on listing was due by January 9, 2008. I am especially concerned that massive oil and gas lease sales such as this can go forward without polar bears being granted protection of the Endangered Species Act.

14. I believe that an immediate listing of polar bears as threatened under the Endangered Species Act will help protect them and their survival. If the polar bear is not protected under the Endangered Species Act, however, I believe it is more likely to become extinct. The extinction or substantial decline of polar bears would deprive me of my ability to observe and appreciate polar bears in their natural habitat and would harm my professional, scientific, recreational, and aesthetic interests. I am therefore directly harmed by Defendants' failure to issue a final listing determination for the polar bear.

15. As a former FWS employee, I am also aware of the procedural requirements that the Endangered Species Act imposes on the federal government to respond to a citizen petition to list

species as endangered or threatened within three months, to make a proposed decision on the petition within a year, and to issue a final listing determination within one year of a proposal to list  I believe that these procedural requirements are an important part of the Endangered Species Act as they ensure that species are listed promptly.  As a wildlife professional, someone who cares about polar bears, and a citizen, I have in interest in seeing those procedures followed and I am personally and substantially injured when they are violated.

16. I depend upon NRDC and the Center for Biological Diversity to represent my interests in the protection and preservation of imperiled species and their habitats, including polar bears, and to represent my interests in this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct and was executed on April 1, 2008 at Homer, Alaska.

/s/ Jack W. Lentfer

I, Andrew E. Wetzler, pursuant to ECF General Order 45X.B, attest that Jack Lentfer has concurred in and authorized the filing of this declaration with this court.

/s/ Andrew E. Wetzler

Andrew E. Wetzler
Attorney for Plaintiffs