Richard J. Finn, State Bar No. 99659
Robert M. Bodzin, State Bar No. 201327
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors
CONSERVATION FORCE

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>**INTERVENOR CONSERVATION FORCE'S NOTICE OF APPEARANCE**<br><br>Complaint Filed: March 10, 2008 |

///

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Richard J. Finn of Burnham Brown, 1901 Harrison Street, P.O. Box 119, Oakland, California 94604; telephone no. (510) 444-6800 hereby makes an appearance on behalf of Intervenor CONSERVATION FORCE, in addition to Robert M. Bodzin.

Please note that Richard J. Finn's e-mail address is rfinn@burnhambrown.com.. Please include Mr. Finn on all future e-filings in the above-captioned matter.

DATED:  April 17, 2008                         BURNHAM BROWN


                                               By_____/s/_____
                                                 RICHARD J. FINN
                                                 ROBERT M. BODZIN
                                                 Attorneys for Intervenor
                                                 CONSERVATION FORCE

857722