Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors
CONSERVATION FORCE

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>**DECLARATION OF MICHAEL A. OROPALLO IN SUPPORT OF INTERVENOR CONSERVATION FORCE'S MOTION FOR INTERVENTION**<br><br>Complaint Filed: March 10, 2008 |

I, Michael A. Oropallo, hereby declares as follows:

1. I am an attorney at law duly licensed to practice in the States of New York and

Pennsylvania, before numerous federal district courts, before the Second, Fourth and District of Columbia Circuit Courts, and the United States Supreme Court.  My request for admission *pro hac vice* (together with the requisite fee) has been submitted simultaneously with this motion.  I am a member of the law firm of Hiscock & Barclay, LLP, counsel to Intervenors.  As such I am fully familiar with the facts, circumstances and proceedings heretofore had herein.

2. I make this Declaration in support of Intervenor's motion to intervene in the captioned matter in order to participate and present evidence in this matter.

3. Submitted simultaneous with this motion are the Declarations of American sportsmen who have submitted applications to import lawfully harvested polar bear trophies.  As set forth in the Declarations, these individuals have expended significant sums in reliance upon the protections of the Administrative Procedure Act and the Endangered Species Act, that provide a time period after an actual listing of an endangered or threatened species, before the listing becomes effective, and to allow the importation of their trophies.

4. This application for intervention is timely, as neither the Secretary nor the Service has to date responded to Petitioners' complaint or motion for summary judgment.

5. Intervenor's motion and supporting documents set forth a cognizable interest that may be adversely affected by the proposed listing and other remedies requested by Petitioners.

6. **WHEREFORE**, it is respectfully requested that this Court grant Intervenor's motion in its entirety, and for such other and further relief as to this Court may deem just, proper and equitable.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 17, 2008

/s/Michael A. Oropallo
Michael A. Oropallo

857740