Richard Joseph Finn (CA Bar No. 99659)
Burhham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Email: rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Email: moropallo@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Email: jjj@conservationforce.org

Attorneys for Interveners

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | CASE NO.: C-08-1339-CW<br><br>(Proposed) DECLARATION IN SUPPORT OF MOTION FOR INTERVENTION |

**THOMAS A. KOOISTRA** hereby declares as follows:

I submit this Declaration, based upon personal information, in support of the motion to

1    intervene in this action.

2    I have paid for and am currently scheduled to pursue polar bear in the next few weeks.

3    I anticipate timely applying to the United States Fish & Wildlife Service for a permit to import my trophy.

5    If the polar bear is listed under the Endangered Species Act, and if the 30 day prior notice provision of the Endangered Species Act is reduced or eliminated, I could lose my right to import my lawfully taken trophy, and will be deprived of my right to due process under the law.

8    I have also expended considerable resources in my quest.

9    The elimination of this notice provision will cause me irreparable harm.

10    If anything, if the polar bear is listed, the period should be extended to allow for the importation of all legally harvested trophies.

12    In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April ___16___, 2008

Thomas A. Kooistra

1  I, Michael A. Oropallo, pursuant to ECF General Order 45X.B, attest that Stephen
2  Hornady has concurred in and authorized the filing of this declaration with this Court.

        /s/Michael A. Oropallo
        Michael A. Oropallo

Attorneys for Interveners