

1   Richard Joseph Finn (CA Bar No. 99659)
    Burhham Brown
2   1901 Harrison Street, 11th Floor
    Oakland, CA 94612
3   Phone: (510) 835-6821
    Email: rfinn@burnhambrown.com
4
    Michael A. Oropallo
5   Hiscock & Barclay LLP
    300 South State Street
6   Syracuse, New York 13202-2078
    Phone: (315) 425-2831
7   Email: moropallo@hiscockbarclay.com
8   John J. Jackson
    Conservation Force
9   3240 S I-10 Service Road W.
    Suite 200
10  Metairie, LA 70001
    Phone: (504) 837-1233
11  Email: jjj@conservationforce.org

12  Attorneys for Interveners

13          **UNITED STATES DISTRICT COURT FOR THE**

14          **NORTHERN DISTRICT OF CALIFORNIA**

15                  **OAKLAND DIVISION**

16

17  CENTER FOR BIOLOGICAL DIVERSITY,
    a non-profit corporation, NATURAL RESOURCES
    DEFENSE COUNCIL, a non-profit corporation,
18  and GREENPEACE, INC., a non-profit corporation;
                                        CASE NO.: C-08-1339-CW
19
                    Plaintiffs,                  (Proposed)
20                                      DECLARATION IN SUPPORT OF
            v.                          MOTION FOR INTERVENTION
21
    DIRK KEMPTHORNE, United States Secretary
22  of the Interior and UNITED STATES FISH AND
    WILDLIFE SERVICE;
23
                    Defendants.
24  _____/

25      **DAVID RUTLEDGE** hereby declares as follows:

26      I submit this Declaration, based upon personal information, in support of the motion to

1    intervene in this action.

2    I have paid for and am currently scheduled to pursue polar bear in the next few weeks.

3    I anticipate timely applying to the United States Fish & Wildlife Service for a permit to

4    import my trophy.

5    If the polar bear is listed under the Endangered Species Act, and if the 30 day prior notice

6    provision of the Endangered Species Act is reduced or eliminated, I could lose my right to import

7    my lawfully taken trophy, and will be deprived of my right to due process under the law.

8    I have also expended considerable resources in my quest.

9    The elimination of this notice provision will cause me irreparable harm.

10    If anything, if the polar bear is listed, the period should be extended to allow for the

11    importation of all legally harvested trophies.

12    In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

13    is true and correct.

14    Dated: April 16 2008

15

David Rutledge

1    I, Michael A. Oropallo, pursuant to ECF General Order 45X.B, attest that Stephen

2  Hornady has concurred in and authorized the filing of this declaration with this Court.

3

4                                                      /s/Michael A. Oropallo
                                                        Michael A. Oropallo
5
6                                                      Attorneys for Interveners

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2