Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors
CONSERVATION FORCE

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>**[PROPOSED] ORDER GRANTING INTERVENOR CONSERVATION FORCE'S MOTION FOR INTERVENTION**<br><br><br>Complaint Filed: March 10, 2008 |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and in consideration of Intervenors' Motion for Intervention, and having found that adequate grounds exist for intervention, and further, having found that an enlargement of time is necessary for Intervenors to submit argument and otherwise participate in this action, the Court orders as follows:

IT IS ORDERED, that Intervenor's motion is GRANTED in its entirety, allowing Intervenor to participate in this action,

IT IS FURTHER ORDERED, that Intervenor's motion for enlargement of time to respond to Petitioners' motion is GRANTED, and

IT IS FURTHER ORDERED, that the new briefing schedule is as follows:

DATED this _____ day of _____, 2008

                                                                                                                                                                                                             _____
Honorable Claudia Wilken
Unites States District Court Judge

857739