J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | **DECLARATION OF KEVIN ANDERSON** |
| ) | |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.* ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | |
| CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| Amici Movants. ) | |
| ) | |
| _____) | |

1

1. I am the Chairman of the Legal Task Force of Safari Club International, the Corporate Secretary and a member of the Executive Committee, and a member of the Board of Safari Club International.

2. I am an attorney and a partner in the law firm of Anderson, Milholland and Wagner, P.C. of Harrisonville, Missouri.

3. Safari Club International is a 501(c)(4) tax-exempt social welfare organization created to promote, protect, and preserve the hunting heritage for the common good and general welfare of the public. Safari Club International has approximately 53,000 members. Safari Club International Foundation is a 501(c)(3) charitable organization created to promote wildlife conservation through scientific, educational, and humanitarian programs for the common good and general welfare of the public.

4. Safari Club International promotes conservation of wildlife through sustainable use practices and supports hunting as a valuable, efficient and cost effective tool for managing wildlife populations.

5. SCI has a long track record in supporting scientific efforts to understand carnivore and predator population dynamics, carnivore/prey relationships, and threats to maintaining sustainable populations of various carnivore species, including polar bears.

6. SCIF is currently sponsoring some of the most successful research and conservation programs on jaguar in Mexico and on African lions in the Zambezi Valley of Zimbabwe. SCIF has also supported multiple black bear research projects in North America as well as brown bear conservation and research in Alaska and Russia.  SCIF produced a technical review of the status of brown bears in Europe, and revised that paper in 2002.  SCIF will continue to be a leader in the effort to document and to communicate the issues regarding the role of carnivores in the landscape and in the management of their populations.

7. The conservation mission of SCIF is carried out by the SCIF professional staff in the SCIF Department of Wildlife Conservation under the guidance of the SCIF Conservation Committee.  These activities include scientific research, enhancement of science-based wildlife management capacity range states, and the compilation and dissemination of data. A significant percentage of SCI and SCIF's annual revenues, including a portion of the dues and fees paid by each member, goes to support SCIF's conservation efforts around the world.  For the year 2007, for example, SCI has allocated $1.3 million of its annual budget for conservation projects and expenses.   In addition, each individual chapter of SCI provides its own funding for conservation efforts locally and across the globe.

8. On staff in SCIF's Washington, D.C. Conservation Department Office are two professional wildlife biologists working with state wildlife management agencies and professional conservation organizations.  They design, coordinate, supervise and monitor SCIF's conservation efforts in the United States and around the world.  In addition, SCIF contracts with independent authorities in a variety of biological and related areas to provide SCIF with cutting-edge data and analysis in the fields of conservation and wildlife management.  SCI and SCIF's conservation efforts focus on the concept of "sustainable use" of wildlife. "Sustainable use" recognizes that the utilization of wildlife often produces benefits that provide incentives for conservation.  SCIF's biologists have established that conservation does not require non-use of wildlife.  More importantly, these experts have shown that non-use can actually be counter-productive to conservation efforts.  Well-managed hunting has been a valuable tool in conservation and protection of many game species and associated habitats and biodiversity.  The concept of sustainable use has been endorsed and adopted as a key principal of conservation by the International Union for the Conservation of Nature and Natural Resources**,** the oldest and largest conservation organization in the world, at its

2nd World Conservation Congress. Sustainable use is also one of the three primary principles of the Convention on Biological Diversity, commonly referred to as the Biodiversity Treaty, one of two major treaties opened for signature at the United Nations Conference on Environment and Development in 1992.

9. Safari Club International members hunt and have plans to hunt polar bear in Canada with the desire to import their trophies into the United States.

10. I provide this declaration in support of Safari Club International and Safari Club International Foundation's Motion to Amicus status in this case.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 17th day of April, 2008, at Harrisonville, Missouri.

By: __/s/ Kevin Anderson____
**KEVIN ANDERSON**

Pursuant to General Order 45, Electronic Case Filing, Section X.B., I attest that concurrence in the filing of this document has been obtained from the signatory by the undersigned. I also hereby attest that I have on file all holograph (ink) signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of April, 2008, at Sacramento, California.

By: __/s/ J. Jeffries Goodwin_____
J. Jeffries Goodwin