<pre style="white-space: pre-wrap">
</pre>

J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | |
| ) | **FRCP 7.1 CERTIFICATE OF SAFARI** |
| v. ) | **CLUB INTERNATIONAL AND** |
| ) | **SAFARI CLUB INTERNATIONAL** |
| DIRK KEMPTHORNE, *et al.* ) | **FOUNDATION** |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | |
| CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| Amici Movants. ) | |
| ) | |
| _____) | |

1

Pursuant to Fed. R. Civ. P. 7.1, Safari Club International and Safari Club International Foundation, through undersigned counsel, each certifies that it does not issue any stock, so there cannot be any parent corporations or any publicly held corporation owning 10% or more of any stock.

Dated: April 18, 2008.

    Respectfully Submitted,

    /s/ J. Jeffries Goodwin
    J. Jeffries Goodwin
    Goodwin Law Corporation
    2300 Bell Executive Lane
    Sacramento, CA 95825
    Telephone:  (916) 929-6000
    Facsimile:  (916) 929-5137
    jjg@goodwinlawcorp.com

    Douglas S. Burdin*
    D.C. Bar # 434107
    Safari Club International
    501 2nd Street N.E.
    Washington, D. C.  20002
    Telephone: (202) 543-8733
    Facsimile: (202) 543-1205
    dburdin@safariclub.org

    Anna M. Seidman
    (D.C. Bar # 417091)
    Safari Club International
    501 2nd Street N.E.
    Washington, D. C.  20002
    Telephone: (202) 543-8733
    Facsimile: (202) 543-1205
    aseidman@safariclub.org

    Counsel for
    Safari Club International and
    Safari Club International Foundation

*Pro Hac Vice Motion to be submitted.