1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*   ) | Case No. 08-cv-1339 (CW) |
|               ) | |
|     Plaintiffs,       ) | |
|               ) | **[PROPOSED] ORDER GRANTING** |
|     v.             ) | **MOTION OF SAFARI CLUB** |
|               ) | **INTERNATIONAL ET AL. FOR** |
| DIRK KEMPTHORNE, *et al.*        ) | **AMICI STATUS** |
|               ) | |
|     Defendants,      ) | **No Hearing Requested Per Local Rule** |
|               ) | **7.1(b)** |
| SAFARI CLUB INTERNATIONAL, SAFARI  ) | |
| CLUB INTERNATIONAL FOUNDATION  ) | **Conditional Hearing Information** |
|               ) | **Date:** May 29, 2008 |
|     Amici Movants.     ) | **Time:** 2:00 p.m. |
|               ) | **Judge:** Honorable Claudia Wilken |
|               ) | **Courtroom:** Courtroom 2, 4th Floor |

The Court has been presented with the "Motion and Memorandum of Points and Authorities

in Support of Motion for Amici Status by Safari Club International and Safari Club International

1

Foundation" and a request that this motion be decided without a hearing.  The Court has reviewed Safari Club International and Safari Club International Foundation's ("SCI and SCIF") motion and supporting memorandum, and the attached declaration, and other papers and arguments in this matter.

     **IT IS HEREBY ORDERED** that SCI AND SCIF's request to decide this Motion without a hearing is GRANTED.

     **IT IS FURTHER ORDERED** that the Motion for Amici Status is GRANTED.  The Court grants SCI and SCIF *amici curiae* status.

     **IT IS FURTHER ORDERED** that SCI and SCIF's *amici curiae* brief is deemed filed as of the date of this Order.

     Dated this ___ day of _____, 2008.

                           _____
                           The Honorable Claudia Wilken
                           United States District Court Judge