```
 1  J. Jeffries Goodwin, CASBN 099310
    Goodwin Law Corporation
 2  2300 Bell Executive Lane
    Sacramento, CA 95825
 3  Telephone:  (916) 929-6000
    Facsimile:  (916) 929-5137
 4  jjg@goodwinlawcorp.com
 5
    Douglas S. Burdin
 6  D.C. Bar # 434107
    Safari Club International
 7  501 2nd Street N.E.
    Washington, D. C.  20002
 8  Telephone: (202) 543-8733
 9  Facsimile: (202) 543-1205
    dburdin@safariclub.org
10
    Counsel for Safari Club International and
11  Safari Club International Foundation
12
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## (OAKLAND DIVISION)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.* ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | |
| CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| Amici Movants. ) | |
| _____) | |

1

I hereby certify that a copy of the following documents:

- Motion and Memorandum of Points and Authorities in Support of Motion for Amici Status by Safari Club International and Safari Club International Foundation and Unopposed Request that No Hearing be Held per Local Rule 7.1(b);
- Declaration of Kevin Anderson;
- FRCP 7.1 Certificate of Safari Club International and Safari Club International Foundation;
- [Proposed] Order Granting Motion of Safari Club International et al. for Amici Status; and
- Amici Curiae Brief of Safari Club International and Safari Club International Foundation;

were submitted to the Court electronically on this 18th day of April, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Kirsten Byrnes Floom
Kirsten.floom@usdoj.gov

I further certify that, on this 18th day of April, 2008, I caused a copy of these documents to be served via first class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 While Oak Place
Worthington, OH  43085

            /s/ J. Jeffries Goodwin
            J. Jeffries Goodwin