J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (OAKLAND DIVISION)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | |
| ) | **UNOPPOSED MOTION AND** |
| v. ) | **MEMORANDUM OF POINTS AND** |
| ) | **AUTHORITIES IN SUPPORT BY** |
| DIRK KEMPTHORNE, *et al.* ) | **SAFARI CLUB INTERNATIONAL ET** |
| ) | **AL. TO SHORTEN TIME TO** |
| Defendants, ) | **CONSIDER CONCURRENTLY FILED** |
| ) | **"MOTION FOR AMICI STATUS"** |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | **UNDER LOCAL RULE 6.3** |
| CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| Amici Movants. ) | **No Hearing Requested/Required. See** |
| ) | **Local Rule 6.3(d)** |
| _____ ) | |

1

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 6.3 Safari Club International and Safari Club International Foundation ("SCI and SCIF"), by and through counsel, moves in this case for an order shortening the time for the parties to brief and the Court to consider and rule on SCI and SCIF's concurrently filed Motion for Amici Status in advance of the May 8, 2008 hearing noticed by Plaintiffs Center for Biological Diversity *et al.* This Motion is accompanied by the Memorandum in Support that follows, the accompanying supporting declaration in compliance with Local Rule 6.3(a), and a proposed Order.

For the reasons provided below, SCI and SCIF request that the Court grant SCI and SCIF's request to consider their Motion for *Amici* Status in advance of the May 8, 2008 hearing on summary judgment, so that the Court will have the benefit of SCI and SCIF's *Amici* Brief prior to the May 8, 2008 hearing. The proposed schedule would be that Plaintiffs would have to file any opposition to the Motion for Amici Status within five (5) days of the granting of this Motion and SCI and SCIF would file a Reply, if needed, within three (3) days of Plaintiffs' opposition. A proposed Order to that effect is attached.

The Federal Defendants do not oppose this motion and counsel was willing to enter into a stipulation to that effect, per Local Rule 6.2. Counsel for Plaintiffs stated that Plaintiffs do not oppose this motion, but did not want to enter into a stipulation to that effect. See Declaration of Douglas S. Burdin, ¶¶ 5-6. SCI and SCIF intended to file the two motions they are filing today on April 17, 2008, the date the Federal Defendants' response to the Plaintiffs' motion for summary judgment was due. Unforeseen problems with formatting these documents prevented filing that day. SCI and SCIF regret this delay.

**MEMORANDUM IN SUPPORT**

Safari Club International and Safari Club International Foundation ("SCI and SCIF"), by and through counsel, request that the concurrently filed "Motion and Memorandum of Points and Authorities in Support of Motion for Amici Status by Safari Club International and Safari Club International Foundation" be decided on a shortened time period. The purpose of this request is so that the Court can make a ruling on the Motion for Amici Status and, if the Court grants that motion, have the benefit of the *Amici Curiae* Brief accompanying that motion prior to the hearing currently scheduled for May 8, 2008. Under the usual time deadlines, a hearing would have to be noticed at least 35 days from the filing of the Motion for Amici Status, with oppositions and replies due after the May 8, 2008 hearing. The Motion for Amici Status conditionally set a hearing for May 29, 2008. See Declaration of Douglas S. Burdin, ¶ 3.

As Plaintiffs are seeking an order requesting action from the Federal Defendants within one week of the May 8, 2008 hearing, it is at least possible that the Court will issue a decision at the hearing. SCI and SCIF's *amici* brief addresses the remedy issue, so SCI and SCIF want the Motion for Amici Status briefed by the parties and considered by the Court as much in advance of that hearing as possible. Only in this manner is it possible for the Court to have before it SCI and SCIF's *amici* brief before the hearing on the merits. See Declaration of Douglas S. Burdin, ¶ 4.

The listing of the polar bear is an issue of great importance to SCI and SCIF. They have long been involved in polar bear issues. They advocated in the mid-1990's for a provision in the Marine Mammal Protection Act allowing the import of sport hunted polar bear trophies from certain approved populations in Canada under certain circumstances. The Fish and Wildlife Service has indicated that if it lists any approved populations, imports will no longer be allowed from those populations. SCI filed substantive comments in April 2006, April 2007, and October 2007 on this listing proposal and testified in May 2007. On their own behalf and on behalf of

SCI's 53,000 members, SCI and SCIF desire to continue to have their voice heard in this matter of great importance to hunters and conservationists. Declaration of Douglas S. Burdin, ¶ 8. For these reasons, SCI and SCIF ask that the Court accelerate briefing on and consideration of this Motion.

Dated: April 18, 2008.

                                        Respectfully Submitted,

                                        /s/ J. Jeffries Goodwin
                                        J. Jeffries Goodwin
                                        Goodwin Law Corporation
                                        2300 Bell Executive Lane
                                        Sacramento, CA 95825
                                        Telephone:  (916) 929-6000
                                        Facsimile:  (916) 929-5137
                                        jjg@goodwinlawcorp.com

                                        Douglas S. Burdin*
                                        D.C. Bar # 434107
                                        Safari Club International
                                        501 2nd Street N.E.
                                        Washington, D. C.  20002
                                        Telephone: (202) 543-8733
                                        Facsimile: (202) 543-1205
                                        dburdin@safariclub.org

                                        Anna M. Seidman
                                        (D.C. Bar # 417091)
                                        Safari Club International
                                        501 2nd Street N.E.
                                        Washington, D. C.  20002
                                        Telephone: (202) 543-8733
                                        Facsimile: (202) 543-1205
                                        aseidman@safariclub.org

                                        Counsel for
                                        Safari Club International and
                                        Safari Club International Foundation

*Pro Hac Vice Motion to be submitted.