1
2
3
4
5
6
7
8
9
10
11
12        **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13                      **(OAKLAND DIVISION)**

14  CENTER FOR BIOLOGICAL DIVERSITY, *et al.*   )   Case No. 08-cv-1339 (CW)
                                                )
15         Plaintiffs,                          )
                                                )
16                                              )   **[PROPOSED] ORDER GRANTING**
               v.                               )   **MOTION OF SAFARI CLUB**
17                                              )   **INTERNATIONAL ET AL. TO**
    DIRK KEMPTHORNE, *et al.*                   )   **SHORTEN TIME TO CONSIDER**
18                                              )   **CONCURRENTLY FILED MOTION**
           Defendants,                          )   **FOR AMICI STATUS**
19                                              )
    SAFARI CLUB INTERNATIONAL, SAFARI           )
20  CLUB INTERNATIONAL FOUNDATION               )
                                                )
21         Amici Movants.                       )
22                                              )
                                                )
23                                              )
                                                )
24                                              )
                                                )
25                                              )
    _____)
26

27

28
                              1

The Court has been presented with the "Unopposed Motion and Memorandum of Points and Authorities in Support by Safari Club International et al. to Shorten Time to Consider Concurrently Filed 'Motion for Amici Status' Under Local Rule 6.3." The Court has reviewed Safari Club International and Safari Club International Foundation's ("SCI and SCIF") motion and supporting memorandum, and the attached declaration, and other papers and arguments in this matter.

**IT IS HEREBY ORDERED** that SCI AND SCIF's Motion is GRANTED. The Court shall consider SCI and SCIF's Motion for Amici Status, filed concurrently with the motion for a shortened period, under a shortened timeframe.

**IT IS HEREBY FURTHER ORDERED** that Plaintiffs shall file any opposition to the Motion for Amici Status within five (5) days of the date of this Order, and SCI and SCIF shall file any reply with three (3) days of Plaintiffs' filing, if any.

Dated this __ day of _____, 2008.

_____
The Honorable Claudia Wilken
United States District Court Judge