J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# (OAKLAND DIVISION)

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | |
| ) | **CERTIFICATE OF SERVICE** |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.* ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | |
| CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| Amici Movants. ) | |
| _____ ) | |

1

I hereby certify that a copy of the following documents:

- Unopposed Motion and Memorandum of Points and Authorities by Safari Club International et al. to Shorten Time to Consider Concurrently Filed "Motion for Amici Status" Under Local Rule 6.3;
- Declaration of Douglas S. Burdin; and
- [Proposed] Order Granting Motion of Safari Club International et al. to Shorten Tme to ; Consider Concurrently Filed Motion for Amici Status;

were submitted to the Court electronically on this 18th day of April, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Kirsten Byrnes Floom
Kirsten.floom@usdoj.gov

I further certify that, on this 18th day of April, 2008, I caused a copy of these documents to be served via first class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 While Oak Place
Worthington, OH  43085

/s/ J. Jeffries Goodwin
J. Jeffries Goodwin