1   Richard Joseph Finn, State Bar No. 99659
    Robert M. Bodzin, State Bar No. 201327
2   Burnham Brown
    1901 Harrison Street, 11th Floor
3   Oakland, CA 94612
    Phone:  (510) 835-6821
4   Fax:  (510) 835-6666
    Email:  rfinn@burnhambrown.com

5   Michael A. Oropallo
    Hiscock & Barclay LLP
6   300 South State Street
    Syracuse, New York 13202-2078
7   Phone:  (315) 425-2831
    Fax:  (315) 703-7367
8   Email:  moropallo@hiscockbarclay.com

9   John J. Jackson
    Conservation Force
10  3240 S I-10 Service Road W.
    Suite 200
11  Metairie, LA 70001
    Phone:  (504) 837-1233
12  Fax:  (504) 837-1145
    Email:  jjj@conservationforce.org

13  Attorneys for Intervenors
    CONSERVATION FORCE

14
                    **UNITED STATES DISTRICT COURT FOR THE**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                            **OAKLAND DIVISION**
17

18  CENTER FOR BIOLOGICAL DIVERSITY,            No. C-08-1339-CW
    a non-profit corporation, NATURAL
19  RESOURCES DEFENSE COUNCIL, a non-           **INTERVENOR CONSERVATION**
    profit corporation, and GREENPEACE, INC.,   **FORCE'S NOTICE OF HEARING ON**
20  a non-profit corporation,                   **MOTION FOR INTERVENTION**

21              Plaintiff,                        Date:  June 12, 2008
                                                 Time:  2:00 p.m.
22  v.                                           Dept:  2
                                                 Judge:  Hon. Claudia Wilken
23
    DIRK KEMPTHORNE, United States
24  Secretary of the Interior and UNITED
    STATES FISH AND WILDLIFE SERVICE;
25                                               Complaint Filed:  March 10, 2008
                Defendants.
26

27          TO ALL PARTIES AND THEIR ATTORNEY(S) OF RECORD:

28          PLEASE TAKE NOTICE that on June 12, 2008 at 2:00 p.m., or as soon thereafter as the

                                          1
    ────────────────────────────────────────────────────────────────
    INTERVENOR'S NOTICE OF MOTION FOR INTERVENTION                    NO. C-08-1339-CW

1    matter may be heard in Department 2 of the above-entitled Court, Intervenor CONSERVATION

2    FORCE ("Intervenor"), shall move the court to intervene and participate in this action.

3        Said motion is based on the grounds stated in the Memorandum of Points and

4    Authorities, filed and served on April 17, 2008, to include but not limited to the following:

5        The petitioners, the Center for Biological Diversity ("CBD"), Natural Resources Defense

6    Counsel ("NRDC") and Greenpeace, Inc. ("Greenpeace")(collectively referred to as

7    "Petitioners") filed this suit on March 10, 2008 against Dirk Kempthorne, the Secretary of the

8    United States Department of the Interior ("Secretary") and the United States Fish & Wildlife

9    Service ("USFWS" or "Service")(collectively referred to as "Defendants"), seeking to mandate a

10   listing of the Polar Bear under the Endangered Species Act ("ESA"), due to the Service's failure

11   to comply with certain time frames contained in the ESA.

12       This issue of "climate change," its existence, cause, and potential impacts have been the

13   subject of great debate among the world's foremost authorities.  The Polar Bear has been used as

14   an icon for certain organizations causes and in an attempt to garner sympathy for its

15   suppositions.  In addition to being directly affected by the proposed listing, in the form of a

16   denial of due process, and a deprivation of their property, Intervenors seek to protect their rights

17   and set the record straight.

18       Intervenors further submit that the difficulty the Service has had in reaching a decision

19   on whether to list the species, is the widely divergent scientific data, evidence, and opinion, that

20   is in a constant state of flux.   For example, many of the assumptions upon which Petitioners'

21   opinions are based, have been eviscerated by falling temperatures and increased ice thickness

22   during the winter of 2007-2008.  Suffice it to say, listing a species on such tenuous theories, with

23   significant potential impacts on many industries and segments of the human population, with

24   limited ability to reverse such a listing, is premature.  The ESA's legislative history suggests a

25   listing should be denied under such circumstances, at least until consensus is reached in the

26   scientific community on both impact and redressability.

27       Intervenors would be irreparably harmed and prejudiced by such relief if granted.

28   Intervenors include individuals whose livelihood depend upon the lawful harvest of polar bears

INTERVENOR'S NOTICE OF MOTION FOR INTERVENTION                    NO. C-08-1339-CW

1  in regions of sustained and/or increasing populations.  Intervenors include archers and hunters

2  who have lawfully expended significant sums in reliance upon the current state of the law, and

3  who have submitted the requisite applications to the Service in order to import their lawfully

4  harvested trophies.  If Petitioner's relief is granted, these Intervenors, who have relied to their

5  potential detriment on the ESA as written, will be deprived of their property and rights without

6  due process of law and will be irreparably harmed.

7       The motion will be based on this Notice of Motion, the Memorandum of Points and

8  Authorites served and filed on April 17, 2008, the Declarations of David Rutledge, Mark Beeler,

9  Thomas A. Kooistra and Michael Oropallo, and papers on file herein, and on such further oral

10  and documentary evidence as may be presented at the hearing on this motion.

11
   DATE:    April 22, 2008              Respectfully Submitted,
12
                                        By: _____/s/_____
13
                                        Richard Joseph Finn
14                                      Robert M. Bodzin
                                        Burnham Brown
15                                      1901 Harrison Street, 11th Floor
                                        Oakland, CA 94612
16                                      Phone:  (510) 835-6821
                                        Fax:  (510) 835-6666
17                                      Email:  rfinn@burnhambrown.com

                                        Michael A. Oropallo
18                                      Hiscock & Barclay LLP
                                        300 South State Street
19                                      Syracuse, New York 13202-2078
                                        Phone:  (315) 425-2831
20                                      Fax:  (315) 703-7367
                                        Email:  moropallo@hiscockbarclay.com
21
                                        John J. Jackson
22                                      Conservation Force
                                        3240 S I-10 Service Road W.
23                                      Suite 200
                                        Metairie, LA 70001
24                                      Phone:  (504) 837-1233
                                        Fax:  (504) 837-1145
25                                      Email:  jjj@conservationforce.org

26                                      Attorneys for Intervenors

27  857883

28

INTERVENOR'S NOTICE OF MOTION FOR INTERVENTION                    NO. C-08-1339-CW