Clerk's Use Only

Initial for fee pd:

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com

Attorneys for Interveners

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*<br><br>Complaint Filed: March 10, 2008 |

Pursuant to Civil L.R. 11-3, MICHAEL A. OROPALLO, an active member in good standing of the bar of Northern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Conservation Force, Inc., in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Richard Joseph Finn (CA Bar No. 99659)
> Burnham Brown
> 1901 Harrison Street, 11th Floor
> Oakland, CA 94612
> Phone: 510-835-6821
> Fax: 510-835-6666
> Email: **rfinn@burnhambrown.com**

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 22, 2008

_____
MICHAEL A. OROPALLO

# UNITED STATES DISTRICT COURT

NORTHERN  DISTRICT OF  NEW YORK

**CERTIFICATE OF
GOOD STANDING**

I, _____Lawrence K. Baerman_____, Clerk of this Court,

certify that __MICHAEL A. OROPALLO__, Bar # 505267,

was duly admitted to practice in this Court on

_____February 28, 1989_____, and is in good standing
                DATE

as a member of the Bar of this Court.

Dated at ____Syracuse, New York____ on ____April 22, 2008____.
                LOCATION                              DATE

Lawrence K. Baerman  
CLERK

*Tracey Donovan* (signature)  
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Complaint Filed: March 10, 2008 |

MICHAEL A. OROPALLO, an active member in good standing of the bar of Northern District of New York whose business address and telephone number (particular court to which applicant is admitted) is:

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Conservation Force, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1  *vice.* Service of papers upon the communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing.*
4
5  Dated: April _____, 2008
6                                                                    _____
                                                                      United States Magistrate Judge