Richard Joseph Finn, State Bar No. 99659
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors
CONSERVATION FORCE

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>**NOTICE OF CHANGE OF DESIGNATION OF COUNSEL FOR INTERVENOR CONSERVATION FORCE**<br><br>Complaint Filed: March 10, 2008 |

///

///

NOTICE IS HEREBY GIVEN that Intervenor CONSERVATION FORCE hereby designates the following attorney from Burnham Brown as counsel for service in this action.

Richard J. Finn, **rfinn@burnhambrown.com**

The following attorney is no longer counsel of record in this action:

Robert M. Bodzin, **rbodzin@burnhambrown.com**

DATE:   April 24, 2008                Respectfully Submitted,

By: _____/s/_____

Richard Joseph Finn
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors

858882