RECEIVED

APR 23 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
APR 2...

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*<br><br>Complaint Filed: March 10, 2008 |

MICHAEL A. OROPALLO, an active member in good standing of the bar of Northern District of New York whose business address and telephone number (particular court to which applicant is admitted) is:

    Michael A. Oropallo
    Hiscock & Barclay LLP
    300 South State Street
    Syracuse, New York 13202-2078
    Phone: (315) 425-2831
    Fax: (315) 703-7367
    Email: moropallo@hiscockbarclay.com,

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Conservation Force, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

1

ORDER GRANTING *PRO HAC VICE* APPLICATION FOR MICHAEL A. OROPALLO   NO. C-08-1339-CW

1  *vice*. Service of papers upon the communication with co-counsel designated in the application
2  will constitute notice to the party. All future filings in this action are subject to the requirements
3  contained in General Order No. 45, *Electronic Case Filing*.

Dated: April APR 2 4 2008 , 2008

United States ~~Magistrate~~ District Judge

ORDER GRANTING *PRO HAC VICE* APPLICATION FOR MICHAEL A. OROPALLO    NO. C-08-1339-CW