Clerk's Use Only

Initial for fee pd.:

Douglas S. Burdin
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
202-543-8733

FILED
2008 APR 28 PM 4:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al.

        Plaintiff(s),

v.

DIRK KEMPTHORNE, et al.

        Defendant(s).

CASE NO. 08-cv-1339 (CW)

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Douglas S. Burdin, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing amici applicant Safari Club et al. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

J. Jeffries Goodwin, Goodwin Law Corporation, 2300 Bell Executive Lane Sacramento, CA 95825, Telephone: (916) 929-6000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/24/08

*/s/ Douglas S. Burdin*