**RECEIVED**

APR 2 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California



FILED

APR 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

CENTER FOR BIOLOGICAL
DIVERSITY, et al.

              Plaintiff(s),

v.

DIRK KEMPTHORNE, et al.

              Defendant(s).

_____/

**CASE NO.  08-cv-1339 (CW)**

(Proposed)
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

---

Douglas S. Burdin      ☒ , an active member in good standing of the bar of

the District of Columbia      ☒ whose business address and telephone number

(particular court to which applicant is admitted)

is

500 Indiana Ave NW # 6000
Washington, DC 20001

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Amici Applicant Safari Club International et al. ☒ .

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:     APR 2 9 2008

                         _____

                         United States District     Judge

                         Hon. Claudia Wilken

UNITED STATES DISTRICT COURT
For the Northern District of California