# UNITED STATES DISTRICT COURT

### Northern District of California

| Center For Biological Diversity, | 08-01339 CW |
|---|---|
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| Kempthorne, | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01339 CW                                                             -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: April 30, 2008

          RICHARD W. WIEKING
          Clerk
          by: Timothy J. Smagacz

*/s/ Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-01339 CW          -2-

PROOF OF SERVICE

Case Name:        Center For Biological Diversity v. Kempthorne

Case Number:   08-01339 CW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On April 30, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Brendan R. Cummings
>   Center for Biological Diversity
>   P.O. Box 549
>   Joshua Tree, CA 92252
>   bcummings@biologicaldiversity.org
>
>   Kassia Rhoades Siegel
>   Center for Biological Diversity
>   P.O. Box 549
>   Joshua Tree, CA 92252
>   ksiegel@biologicaldiversity.org
>
>   Miyoko Sakashita
>   Center for Biological Diversity
>   1095 Market Street
>   Suite 511
>   San Francisco, CA 94103
>   miyoko@biologicaldiversity.org
>
>   Andrew E. Wetzler
>   Natural Resources Defense Council, Inc.

544 White Oak Place
Worthington, OH 43085

Kristen Byrnes Floom
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
Kristen.Floom@usdoj.gov

Richard J. Finn
Burnham Brown
1901 Harrison Street, 11th Floor
P.O. Box 119
Oakland, CA 94612
rfinn@burnhambrown.com

Michael A. Oropallo
Hiscock & Barclay, LLP
300 South State Street
Syracuse, NY 13202-2078
moropallo@hiscockbarclay.com

James Jeffries Goodwin
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
jeffriesgoodwin@gmail.com

Douglas S. Burdin
500 Indiana Ave., NW #6000
Washington, DC 20001

Safari Club International Foundation
501 Second St., NE
Washington, DC 20002
dburdin@safariclub.org


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on April 30, 2008 in San Francisco, California.

        RICHARD W. WIEKING
        Clerk
        by:    Timothy J. Smagacz

        */s/ Timothy Smagacz*
        ADR Administrative Assistant
        415-522-4205
        Tim_Smagacz@cand.uscourts.gov