J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | **RENEWED MOTION AND** |
| ) | **MEMORANDUM OF POINTS AND** |
| v. ) | **AUTHORITIES IN SUPPORT OF** |
| ) | **MOTION FOR AMICI STATUS BY** |
| DIRK KEMPTHORNE, *et al.* ) | **SAFARI CLUB INTERNATIONAL** |
| ) | **AND SAFARI CLUB** |
| Defendants, ) | **INTERNATIONAL FOUNDATION;** |
| ) | **MOTION TO RECONSIDER PART OF** |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | **REMEDY ORDER; AND REQUEST** |
| CLUB INTERNATIONAL FOUNDATION ) | **THAT NO HEARING BE HELD PER** |
| ) | **LOCAL RULE 7.1(b)** |
| Amici Movants. ) | |
| ) | **Shortened Briefing Requested by** |
| ) | **Separate Motion per Local Rule 6.3** |
| ) | |
| ) | **Conditional Hearing Information** |
| ) | **Date:** June 12, 2008 |
| ) | **Time:** 2:00 p.m. |
| ) | **Judge:** Honorable Claudia Wilken |
| _____ ) | **Courtroom:** Courtroom 2, 4th Floor |

1

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 7.1 Safari Club International and Safari Club International Foundation ("SCI and SCIF"), by and through counsel, renew their motion for *amici* status and move for the Court to reconsider one aspect of its April 28, 2008 Order.. SCI and SCIF seek to file an *Amici Curiae* Brief in support of this motion with the Court raising jurisdictional questions about the Court's order to the Defendants to make any listing decision effective immediately. Pursuant to Local Rule 7.1, SCI and SCIF request that this motion be determined without oral argument. If that request is denied, the conditional hearing information provided in the caption would apply. This Motion is accompanied by the Memorandum in Support that follows (and supporting declaration), a proposed Second *Amici Curiae* Brief of Safari Club International and Safari Club International Foundation, and a proposed Order.

For the reasons provided below, SCI and SCIF request that the Court decide this motion without a hearing and grant them *amici* status and deem their Second *Amici Curiae* Brief (and original *amici* brief) filed as of the date of the Order granting SCI and SCIF *amici* status. Counsel for SCI and SCIF contacted counsel for the Federal Defendants and for the Plaintiffs. Federal Defendants do not oppose this motion or the request to decide it without a hearing. The Plaintiffs oppose this Motion and the request to decide the motion without a hearing.

On April 18, 2008, SCI and SCIF filed a motion for amicus status and a motion for shortened time to consider that motion. The Court granted the motion for shortened time, but then denied the motion for amici status as moot when the Court decided the Plaintiffs' Motion for Summary Judgment in favor of the Plaintiffs. See Order dated April 28, 2008, at 10, Dkt. 35.

# MEMORANDUM IN SUPPORT

## I. INTRODUCTION

Safari Club International and Safari Club International Foundation ("SCI and SCIF"), by and through counsel, renew their motion for *amici* status, move for reconsideration of one aspect of the Court's April 28, 2008 Order, and request that the accompanying Second Amici Curiae Brief (and their original *amici* brief) be deemed filed. SCI and SCIF further request that these documents be considered by the Court on reconsideration of whether the Court has jurisdiction to issue that part of its April 28, 2008 Order directing the U.S. Fish and Wildlife Service to make any listing decision effective immediately. SCI and SCIF will not repeat here the discussion from the original motion for amici status concerning the organizational interests of SCI and SCIF in the polar bear issue and the Court's inherent authority to grant amici status. Instead, SCI and SCIF will discuss how they can assist in the proper resolution of the Court's reconsideration of the "effective immediately" aspect of the remedy ordered.

## II. ARGUMENT

As explained in more detail in the accompanying Second *Amici Curiae* Brief, the Court has an independent obligation to consider (and reconsider) its jurisdiction to take action, and SCI and SCIF can raise this issue even if no party does. As the Ninth Circuit has explained, the courts generally "do not consider on appeal an issue raised only by an amicus. [citations omitted] … [but] have reached the issue where it involves ***a jurisdictional question*** or touches upon an issue of federalism or comity that could be considered ***sua sponte***. *See Stone v. City and County of San Francisco,* 968 F.2d 850, 855-56 (9th Cir.1992) (federalism and comity), *cert. denied,* 506 U.S. 1081, 113 S.Ct. 1050, 122 L.Ed.2d 358 (1993); *Miller-Wohl Co. v. Commissioner of Labor and Industry,* 694 F.2d 203, 204 (9th Cir.1982) (jurisdiction); *Chadha v. INS,* 634 F.2d 408, 411-12 (9th Cir.1980) (same), *aff'd,* 462 U.S. 919, 103 S.Ct. 2764, 77 L.Ed.2d

317 (1983)." *Swan v. Peterson,* 6 F.3d 1373, 1383 (9th Cir. 1993) (emphasis added). For this reason, SCI and SCIF's request for *amici* status is no longer moot. They seek *amici* status so that the Court can consider their Second *Amici Curiae* Brief on this jurisdictional defect and issue a ruling on it.

## III. CONCLUSION

SCI and SCIF have demonstrated their significant interests in this case. In this motion and accompanying documents, SCI and SCIF show their and SCI members' interest in the Court reconsidering that aspect of its April 28, 2008 Order directing the FWS to make any listing decision effective immediately. In short, SCI members have applications for import permits for legally taken polar bears that may be denied if, on May 15, 2008, the FWS lists the polar bear population from which these members hunted.

On behalf of their approximately 53,000 members around the world and specifically those members of SCI with import permit applications pending with the FWS, SCI and SCIF respectfully request that this Court grant their Renewed Motion to Participate as Amici Curiae and consider SCI and SCIF's amici briefs on reconsideration of the remedy.

Dated: May 6, 2008.

                                    Respectfully Submitted,

                                    /s/ J. Jeffries Goodwin
                                    J. Jeffries Goodwin
                                    Goodwin Law Corporation
                                    2300 Bell Executive Lane
                                    Sacramento, CA 95825
                                    Telephone: (916) 929-6000
                                    Facsimile: (916) 929-5137
                                    jjg@goodwinlawcorp.com

                                  /s/ Douglas S. Burdin
                                    Douglas S. Burdin
                                    Admitted Pro Hac Vice

|   |   |
|---|---|
| 1 | D.C. Bar # 434107 |
| 2 | Safari Club International |
|   | 501 2nd Street N.E. |
| 3 | Washington, D. C.  20002 |
|   | Telephone: (202) 543-8733 |
| 4 | Facsimile: (202) 543-1205 |
|   | dburdin@safariclub.org |

Counsel for
Safari Club International and
Safari Club International Foundation

5