J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, *et al.* ) <br> ) <br> Defendants, ) <br> ) <br> SAFARI CLUB INTERNATIONAL, SAFARI ) <br> CLUB INTERNATIONAL FOUNDATION ) <br> ) <br> Amici Movants. ) <br> _____) | Case No. 08-cv-1339 (CW) <br><br> **DECLARATION OF DOUGLAS S. BURDIN IN SUPPORT OF SECOND** *AMICI CURIAE* **BRIEF** |

1

1. I am Litigation Counsel for Safari Club International and responsible for preparing motion papers and *amici curiae* briefs for this organization and its sister organization, Safari Club International Foundation in the above captioned case.

2. I provide this declaration in support of Safari Club International and Safari Club International Foundation's Second *Amici Curiae* Brief.

3. Members of SCI have legally hunted polar bear in Canada this Spring. Many of them have applications for import permits filed with the FWS. The FWS has noticed in the Federal Register for a 30 day comment period the applications of 11 SCI members. 73 Fed. Reg. 18808-09 (April 7, 2008); 73 Fed. Reg. 21979-80 (April 23, 2008); 73 Fed. Reg. 21980-81 (April 23, 2008); 73 Fed. Reg. 21981-82 (April 23, 2008); 73 Fed. Reg. 23266-67 (April 29, 2008). Four of those 11 SCI members provide declarations in support of this amici brief.

4. The 30-day comment period for all but one of these permits will end after May 15, 2008.

5. The FWS has taken the position that no imports of polar bears can occur after the effective date of the listing of any population of polar bear, regardless of the stage of the permit application. Therefore, several SCI and SCIF members would not be able to import their polar bear trophies in this scenario.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 6th day of May, 2008, at Washington D.C.

By: _/s/ Douglas S. Burdin_
DOUGLAS S. BURDIN