1
2
3
4
5
6
7
8
9
10
11
12

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, *et al.* ) <br> ) <br> Defendants, ) <br> ) <br> SAFARI CLUB INTERNATIONAL, SAFARI ) <br> CLUB INTERNATIONAL FOUNDATION ) <br> ) <br> Amici Movants. ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> _____) | Case No. 08-cv-1339 (CW) <br><br> **[PROPOSED] ORDER GRANTING RENEWED MOTION OF SAFARI CLUB INTERNATIONAL ET AL. FOR AMICI STATUS** <br><br> **No Hearing Requested Per Local Rule 7.1(b)** <br><br> **Conditional Hearing Information** <br> **Date:** June 12, 2008 <br> **Time:** 2:00 p.m. <br> **Judge:** Honorable Claudia Wilken <br> **Courtroom:** Courtroom 2, 4th Floor |

The Court has been presented with the "Renewed Motion and Memorandum of Points and

Authorities in Support of Motion for Amici Status by Safari Club International and Safari Club

1

International Foundation" and a request that this motion be decided without a hearing. The Court has reviewed Safari Club International and Safari Club International Foundation's ("SCI and SCIF") motion and supporting memorandum, and the attached declaration, and other papers and arguments in this matter.

**IT IS HEREBY ORDERED** that SCI AND SCIF's request to decide this Motion without a hearing is GRANTED.

**IT IS FURTHER ORDERED** that the Motion for Amici Status is GRANTED. The Court grants SCI and SCIF *amici curiae* status.

**IT IS FURTHER ORDERED** that SCI and SCIF's *amici curiae* brief lodged with the Court on April 18 (Dkt.) and the Second Amici Brief filed with this motion are deemed filed as of the date of this Order.

Dated this __ day of _____, 2008.

_____
The Honorable Claudia Wilken
United States District Court Judge