J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, *et al.* )<br>)<br>Defendants, )<br>)<br>SAFARI CLUB INTERNATIONAL, SAFARI )<br>CLUB INTERNATIONAL FOUNDATION )<br>)<br>Amici Movants. )<br>) | Case No. 08-cv-1339 (CW)<br><br>**CERTIFICATE OF SERVICE** |

1

I certify that a copy of the following documents:

- Renewed Motion and Memorandum of Points and Authorities in Support of Motion for Amici Status by Safari Club International and Safari Club International Foundation; Motion to Reconsider Part of Remedy Order; and Request That no Hearing be Held per Local Rule 7-1(B)
- Declaration of Douglas S. Burdin;
- [Proposed] Order Granting Renewed Motion of Safari Club International et al. for Amici Status; and
- Second Amici Curiae Brief of Safari Club International and Safari Club International Foundation (and accompanying declarations);

were submitted to the Court electronically on this 6th day of May, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Kirsten Byrnes Floom
Kirsten.floom@usdoj.gov

Richard J. Finn
rfinn@burnhambrown.com

Michael A. Oropallo
moropallo@hiscockbarclay.com

I further certify that, on this 6th day of May, 2008, I caused a copy of these documents to be served via first class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 While Oak Place
Worthington, OH  43085

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Respectfully Submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin
Admitted Pro Hac Vice