J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.* <br><br> Defendants, <br><br> SAFARI CLUB INTERNATIONAL, SAFARI CLUB INTERNATIONAL FOUNDATION <br><br> Amici Movants. | Case No. 08-cv-1339 (CW) <br><br> **MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT BY SAFARI CLUB INTERNATIONAL ET AL. TO SHORTEN TIME TO CONSIDER CONCURRENTLY FILED "RENEWED MOTION FOR AMICI STATUS" UNDER LOCAL RULE 6.3** <br><br> **No Hearing Requested/Required. See Local Rule 6.3(d)** |

1

# NOTICE OF MOTION

PLEASE TAKE NOTICE that pursuant to Civil Local Rule 6.3 Safari Club International and Safari Club International Foundation ("SCI and SCIF"), by and through counsel, moves in this case for an order shortening the time for the parties to brief and the Court to consider and rule on SCI and SCIF's concurrently filed Renewed Motion for Amici Status in advance of May 15, 2008. The Court has ordered Defendants, the U.S. Fish and Wildlife Service ("FWS"), to publish a final ruling on the proposed listing of the polar bear under the Endangered Species Act by May 15, 2008 and to make any listing effective immediately. This Motion is accompanied by the Memorandum in Support that follows, the accompanying supporting declaration in compliance with Local Rule 6-3(a), and a proposed Order.

For the reasons provided below, SCI and SCIF request that the Court grant SCI and SCIF's request to consider and rule on their Renwed Motion for *Amici* Status (and the substantive request for reconsideration of the remedy phase of the Court's order) in advance of May 15, 2008. Under the proposed schedule, Plaintiffs would have to file any opposition to the Motion for Amici Status (and the *Second Amici Curiae* Brief) within three (3) days of the granting of this Motion and SCI and SCIF would file a Reply, if needed, within two (2) days of Plaintiffs' opposition. A proposed Order to that effect is attached.

The Federal Defendants do not oppose this motion and counsel was willing to enter into a stipulation to that effect, per Local Rule 6-2, or to not oppose the motion under Local Rule 6-3. Counsel for Plaintiffs stated that Plaintiffs oppose this motion. See Declaration of Douglas S. Burdin, ¶¶ 7-9.

**MEMORANDUM IN SUPPORT**

Safari Club International and Safari Club International Foundation ("SCI and SCIF"), by and through counsel, request that the concurrently filed "Renewed Motion and Memorandum of Points and Authorities in Support of Motion for Amici Status by Safari Club International and Safari Club International Foundation" be decided on a shortened time period.  The purpose of this request is so that the Court can make a ruling on the Renewed Motion for Amici Status and, if the Court grants that motion, have the benefit of the Second *Amici Curiae* Brief accompanying that motion and the original *amici curiae* brief prior to ruling on reconsideration of the "effective immediately" aspect of the Court's April 28, 2008 Order (Dkt. 35).   Under the usual time deadlines, a hearing would have to be noticed at least 35 days from the filing of the Motion for Amici Status, with oppositions and replies due after May 15, 2008.  The Motion for Amici Status conditionally sets a hearing for June 12, 2008.

The Court has ordered any listing of the polar bear on May 15, 2008 to be effective immediately.  The FWS has asserted there can be no more imports of polar bears taken from any listed populations.  SCI members have applications for import permits with the FWS that cannot be issued until sometime after May 15, 2008.  Thus, these members will not be able to import their legally taken polar bears under this scenario.  Declaration of Douglas S. Burdin, ¶¶ 4-6.

In their Motion for *Amici* Status and accompanying Second *Amici Curiae* Brief, SCI and SCIF argue that the Court lacks jurisdiction to issue the "effective immediately" aspect of its Order, SCI and SCIF can raise this issue as *amici curiae*, and the Court should reconsider and amend that part of the Court's April 28, 2008 order.  SCI and SCIF want the Renewed Motion for Amici Status briefed by the parties and ruled on by the Court as much in advance of May 15 as possible.  Only in this manner would it possible for the Court to have before it SCI and

SCIF's Second *Amici Curiae* Brief before making a decision on reconsideration.  See Declaration of Douglas S. Burdin, ¶¶ 3, 10.

  The listing of the polar bear is an issue of great importance to SCI and SCIF.  The issues before the Court will greatly affect members of SCI who legally hunted polar bear in Canada and have import permit applications pending with the FWS.  On their own behalf and on behalf of SCI's 53,000 members, SCI and SCIF desire to continue to have their voice heard in this matter of great importance to hunters and conservationists.  For these reasons, SCI and SCIF ask that the Court to shorten the time for briefing and consideration of this Motion.

  Dated: May 6, 2008.

            Respectfully Submitted,

            /s/ J. Jeffries Goodwin
            J. Jeffries Goodwin
            Goodwin Law Corporation
            2300 Bell Executive Lane
            Sacramento, CA 95825
            Telephone:  (916) 929-6000
            Facsimile:  (916) 929-5137
            jjg@goodwinlawcorp.com

            /s/ Douglas S. Burdin
            Douglas S. Burdin
            Admitted Pro Hac Vice
            D.C. Bar # 434107
            Safari Club International
            501 2nd Street N.E.
            Washington, D. C.  20002
            Telephone: (202) 543-8733
            Facsimile: (202) 543-1205
            dburdin@safariclub.org

            Counsel for
            Safari Club International and
            Safari Club International Foundation