1  J. Jeffries Goodwin, CASBN 099310
   Goodwin Law Corporation
2  2300 Bell Executive Lane
   Sacramento, CA 95825
3  Telephone:  (916) 929-6000
4  Facsimile:  (916) 929-5137
   jjg@goodwinlawcorp.com
5
   Douglas S. Burdin
6  Admitted Pro Hac Vice
   D.C. Bar # 434107
7  Safari Club International
   501 2nd Street N.E.
8  Washington, D. C.  20002
9  Telephone: (202) 543-8733
   Facsimile: (202) 543-1205
10 dburdin@safariclub.org

11
   Counsel for Safari Club International and
12 Safari Club International Foundation

13        **IN THE UNITED STATES DISTRICT COURT**
          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14               **(OAKLAND DIVISION)**

15

16  CENTER FOR BIOLOGICAL DIVERSITY, *et al.*  )    Case No. 08-cv-1339 (CW)
                                                )
17            Plaintiffs,                       )    **DECLARATION OF DOUGLAS S.**
                                                )    **BURDIN IN SUPPORT OF MOTION**
18            v.                                )    **TO SHORTEN TIME**
                                                )
19  DIRK KEMPTHORNE, *et al.*                   )
                                                )
20            Defendants,                       )
                                                )
21                                              )
    SAFARI CLUB INTERNATIONAL, SAFARI          )
22  CLUB INTERNATIONAL FOUNDATION               )
                                                )
23            Amici Movants.                    )
                                                )
24                                              )
                                                )
25                                              )
                                                )
26                                              )
                                                )
27                                              )
    _____)
28

                                    1

1

2   1. I am Litigation Counsel for Safari Club International and responsible for preparing motion

3      papers and *amici curiae* briefs for this organization and its sister organization, Safari Club

4      International Foundation in the above captioned case.

5   2. I provide this declaration in support of Safari Club International and Safari Club

6      International Foundation's "Motion and Memorandum of Points and Authorities in Support

7      by Safari Club International et al. to Shorten Time to Consider Concurrently Filed 'Renewed

8      Motion for Amici Status' Under Local Rule 6.3." The contents of this declaration provide

9      the information required by Local Rule 6.3(a).

10  3. The purpose of this request is so that the Court can make a ruling on the Renewed Motion

11     for Amici Status and, if the Court grants that motion, consider the Second *Amici Curiae*

12     Brief accompanying that motion and SCI and SCIF's orginal *Amici Curiae* brief filed on

13     April 18, 2008, and reconsider the part of its April 28, 2008 Order (Dkt. 35) that required

14     that any final listing rule be made effective immediately. Under the usual time deadlines, a

15     hearing would have to be noticed 35 days from the filing of this Motion, with oppositions

16     and replies due well after May 15, 2008.

17  4. Members of SCI have legally hunted polar bear in Canada this Spring. Some of them have

18     applications for import permits filed with the FWS. The FWS has noticed these permits in

19     the Federal Register for a 30 day comment period. 73 Fed. Reg. 18808-09 (April 7, 2008);

20     73 Fed. Reg. 21979-80 (April 23, 2008); 73 Fed. Reg. 21980-81 (April 23, 2008); 73 Fed.

21     Reg. 21981-82 (April 23, 2008); 73 Fed. Reg. 23266-67 (April 29, 2008).

22  5. The 30-day comment period for all but one of these permits will end after May 15, 2008.

23  6. The FWS has taken the position that no imports of polar bears can occur after the effective

24     date of the listing of any population of polar bear, regardless of the stage of the permit

2

application.  Therefore, several SCI and SCIF members would not be able to import their polar bear trophies in this scenario.  SCI and SCIF want the renewed motion for amici status briefed by the parties and considered by the Court as much in advance of May 15, 2008 as possible.  Only in this manner is it possible for the Court to have before it SCI and SCIF's *amici* briefs before it when reconsidering this aspect of its remedy order.

7.  On May 5, 2008, at approximately 5:00 pm eastern time, I sent an e-mail to counsel for the Plaintiffs and for the Federal Defendants as follows:  "(1) to ask your consent (or nonopposition) to [a renewed motion seeking amici status and to file a brief suggesting that the Court exceeded its jurisdiction in ordering that any listing decision be made effective immediately] …; and (2) to ask your consent to a separate stipulation (or nonopposition to a motion if that is preferable to the Plaintiffs, as before) that the motion for amici status be determined on a shortened time, pursuant to Local Rule 6-2 or 6-3, so that the Court can consider the motion and the brief (if amici status is granted) prior to May 15, 2008."

8.  Federal Defendants sent an e-mail a short time later stating that they would not oppose either the renewed motion for amici status or the stipulation or motion to determine the motion on a shortened time.

9.  I sent a second request by e-mail to Counsel for Plaintiffs on May 6, 2008 at 12:40 pm eastern time.  Shortly afterwards, Counsel for Plaintiffs responded, saying "At this time Plaintiffs do not consent to your requests regarding motions for filing of an amicus brief or related to the timing of any such motion."

10.  The substantial harm or prejudice that SCI and SCIF will suffer if this motion to shorten time is not granted is that their original *amici curiae* brief and Second *amici curiae* brief on whether the Court had jurisdiction to order that FWS make any listing decision effective immediately, a jurisdictional issue the Court is obliged to consider *sua sponte,* will not be

3

1    read in time to make a difference.  Without a shortened briefing and decision time, the Court

2    will not be able to consider this issue in advance of May 15, 2008, the date the Court has

3    ordered the FWS to make a final listing decision.

11.  The listing of the polar bear is an issue in which SCI and SCIF have long been involved.
They advocated in the mid-1990's for a provision in the Marine Mammal Protection Act
allowing the import of sport hunted polar bear trophies from certain approved populations in
Canada under certain circumstances.  The Fish and Wildlife Service has indicated that if it
lists any approved populations, imports will no longer be allowed from those populations.
SCI filed substantive comments in April 2006, April 2007, and October 2007 on this listing
proposal and testified in May 2007.

12.  As explained above, members of SCI have a significant personal interest in timely
reconsideration of the "effective immediately" aspect of the Court's remedy order.

13.  Local Rule 37-1(a), pertaining to discovery disputes, is not relevant to this motion.

14.  In its April 22, 2008 Order (Dkt. 30), this Court granted SCI and SCIF's consent motion to
shorten the time to consider SCI and SCIF's motion for amici status.  I am unaware of any
other previous time modifications in this case, whether by stipulation or Court order and my
review of the Docket of this case on PACER indicates there are none.

15.  The requested shortening of time to brief and consider SCI and SCIF's Motion for Amici
Status would have no effect on the schedule for the case.  SCI and SCIF is seeking the
shortening of time to coincide with the Court's reconsideration of the remedy issue, which to
be meaningful, must occur before May 15, 2008.

In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true
and correct.

4

1    Dated this 6th day of May, 2008, at Washington D.C.

2                               By: _/s/ Douglas S. Burdin_

3                                  DOUGLAS S. BURDIN

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28