1  Richard Joseph Finn (CA Bar No. 99659)
   Burnham Brown
2  1901 Harrison Street, 11th Floor
   Oakland, CA 94612
3  Phone: (510) 835-6821
   Fax: (510) 835-6666
4  Email: rfinn@burnhambrown.com

5  Michael A. Oropallo, Pro Hac Vice
   Ellen K. Eagen (CA Bar. No. 230802)
6  Hiscock & Barclay LLP
   One Park Place
7  300 South State Street
   Syracuse, New York 13202-2078
8  Phone: (315) 425-2831
   Fax: (315) 703-7367
9  Email: moropallo@hiscockbarclay.com
   Email: eeagen@hiscockbarclay.com
10
   John J. Jackson
11 Conservation Force
   3240 S I-10 Service Road W.
12 Suite 200
   Metairie, LA 70001
13 Phone: (504) 837-1233
   Fax: (504) 837-1145
14 Email: jjj@conservationforce.org

15 Attorneys for Prospective Intervenor

16

17          **IN THE UNITED STATES DISTRICT COURT**

18        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

19                   **OAKLAND DIVISION**

20 CENTER FOR BIOLOGICAL DIVERSITY,
   A NON-PROFIT CORPORATION,

21 NATURAL RESOURCES DEFENSE
   COUNCIL, A NON-PROFIT                    No. C-08-1339-CW

22 CORPORATION, AND GREENPEACE,
   INC., A NON-PROFIT CORPORATION,          Complaint Filed: March 10, 2008

23
            Plaintiff,                       PROSPECTIVE INTERVENOR'S NOTICE
24                                           OF MOTION AND MOTION TO
                                             SHORTEN TIME TO CONSIDER
25      v.                                   MOTION FOR LEAVE TO FILE MOTION
                                             FOR RECONSIDERATION OF MOTION
26 DIRK KEMPTHORNE, UNITED STATES           TO INTERVENE; MEMORANDUM OF
   SECRETARY OF THE INTERIOR AND            POINTS AND AUTHORITIES IN
27 UNITED STATES FISH AND WILDLIFE          SUPPORT THEREOF
   SERVICE;

28          Defendants,
       v.
                                      1

1 | SAFARI CLUB INTERNATIONAL
FOUNDATION
2 |

3 |        Third-Party Defendant,

4 | v.

5 | SAFARI CLUB INTERNATIONAL AND
SAFARI CLUB INTERNATIONAL
6 | FOUNDATION

7 |        Amicus,

8 | CONSERVATION FORCE, INC.

9 |        Intervenor.

10

11        Pursuant to Local Rule 6.3 Prospective Intervenor Conservation Force, Inc.

12 ("Intervenor") respectfully moves this Court for an order shortening the time for the parties to

13 brief and the Court to consider and rule on Intervenor's motion for leave to file a motion for

14 reconsideration of the Court's April 28, 2008 order ("Order") which dismisses Intervenor's

15 motion to intervene as moot.

16        For the reasons provided below, Intervenor requests that this Court decide Intervenor's

17 motion for leave to file its motion for reconsideration **in advance of the May 15, 2008 date set**

18 **forth in the Order.** In accordance, a proposed order and schedule is attached hereto.

19                        **MEMORANDUM OF POINTS AND AUTHORITIES**

20                                    **INTRODUCTION**

21        Intervenor respectfully requests this Court for leave to reconsider and rule on its Motion

22 for Intervention, previously filed with this Court, and denied as moot in this Court's April 28,

23 2008 Order ("Order"), in advance of the May 15, 2008 date set forth in the Order. Under the

24 Federal and Local Rules, the period for briefing such a motion would require at least thirty-five

25 days advanced notice. However, given the exigent circumstances, Intervenor seeks the

26 shortened time set forth in the attached proposed order.

27

28

1    Intervenor has concurrently filed a motion for leave to move this Court to reconsider its

2    motion to intervene and to reconsider a limited portion of the remedy part of the Order to modify

3    it *to extend the effective date of any final listing determination for the polar bear by ninety*

4    *days for the limited purpose of import of hunting trophies lawfully taken before the date of*

5    *any listing.* Prospective Intervenor seeks that this motion be decided on a shortened time period.

6    By ordering that any final listing will become immediately effective on May 15,

7    Intervenor submits that the Court did not take into consideration disputed material facts and

8    dispositive legal arguments relating to Intervenor's interests and that were set forth in its Motion

9    for Intervention. There are approximately sixty constituents of Conservation Force (who have

10   already paid thousands of dollars for their permit applications and an average of $40,000 for

11   their hunts, approximately 2.4 million dollars) who have legally harvested trophies and who are

12   waiting for import permits from the United States Fish and Wildlife Service ("USFWS") in

13   order to transport those trophies into the United States.[1]

14   On May 15, if the polar bear is listed, according to the April 28, 2008 Order, the listing

15   will go into effect immediately, and, as a result, any import of such lawfully obtained property

16   will be prohibited and illegal contraband, resulting in a loss of property. The purpose of

17   Intervenor's motion for leave for reconsideration is to ask the Court to consider its interests

18   **prior to the Order becoming effective**. Reconsidering the motion to intervene after May 15

19   and after the Order becomes effective would be futile.

20                                    **CONCLUSION**

21   For the reasons noted above, and for those contained in the concurrently filed motions

22   and supporting documents, Prospective Intervenor respectfully requests that this Court grant its

23   motion to shorten time to consider its concurrently filed motion for leave to file its motion for

24   reconsideration of its April 28, 2008 order.

25

26

27

28   ---
     [1] Under the 50 CFR §§ 18.30 and 18.33, these permit applications must be published in the Federal Register for
     thirty days in advance of their issuance.

3

DATE:  May 8, 2008     Respectfully submitted,


By:   s/Michael A. Oropallo

Michael A. Oropallo, *Pro Hac Vice*
Ellen K. Eagen (CA 230802)
Hiscock & Barclay LLP
One Park Place
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

*Attorneys for Intervenor*

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO
SHORTEN TIME              NO. C-08-1339-CW
SYLIB01\624281\3

1

## CERTIFICATE OF SERVICE

2        I certify that on May 8, 2008, I filed the foregoing Request for Stay Pending Appeal with

3    the Clerk of the Court through the CM/ECF system which provided automatic notice to the

4    following:

5

**Kassia Rhoades Siegel**
6    Center for Biological Diversity
P.O. Box 549
7    Joshua Tree, CA 92252
Phone: 760-366-2232
8    Fax: 760-366-2669
Email: ksiegel@biologicaldiversity.org

9

**Andrew E. Wetzler**
10   Natural Resources Defense Council, Inc.
544 White Oak Place
11   Worthington, OH 43085
Phone: 614-840-0891
12   Fax: 415-875-6161

13   **Brendan R. Cummings**
Center for Biological Diversity
14   P.O. Box 549
Joshua Tree, CA 92252
15   Phone: 760-366-2232
Fax: 760-366-2669
16   Email: bcummings@biologicaldiversity.org

17   **Miyoko Sakashita**
Center for Biological Diversity
18   1095 Market Street, Suite 511
San Francisco, CA 94103
19   Phone: 415-436-9682
Fax: 415-436-9683
20   Email: miyoko@biologicaldiversity.org

21   **ATTORNEYS FOR PLAINTIFFS**

22   **Kristen Byrnes Floom**
United States Department of Justice
23   P.O. Box 7369
Washington, DC 20044-736
24   Phone: (202) 305-0340
Email: Kristen.Floom@usdoj.gov

25   **ATTORNEYS FOR DEFENDANTS**

26

27

28

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO          NO. C-08-1339-CW
SHORTEN TIME
SYLIB01\624281\3

**James Jeffries Goodwin**
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Phone: 916-929-6000
Fax: 916-929-5137
Email: jeffriesgoodwin@gmail.com

**Douglas S. Burdin**
Safari Club International
Safari Club International Foundation
500 Indiana Avenue., NW #6000
Washington, DC 20001
Email: dburdin@safariclub.org

                                s/Michael A. Oropallo
                        MICHAEL A. OROPALLO

6

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO          NO. C-08-1339-CW
SHORTEN TIME
SYLIB01\624281\3