1  Richard Joseph Finn (CA Bar No. 99659)
   Burnham Brown
2  1901 Harrison Street, 11th Floor
   Oakland, CA 94612
3  Phone: (510) 835-6821
   Fax: (510) 835-6666
4  Email: rfinn@burnhambrown.com

5  Michael A. Oropallo
   Hiscock & Barclay LLP
6  300 South State Street
   Syracuse, New York 13202-2078
7  Phone: (315) 425-2831
   Fax: (315) 703-7367
8  Email: moropallo@hiscockbarclay.com

9  John J. Jackson
   Conservation Force
10 3240 S I-10 Service Road W.
   Suite 200
11 Metairie, LA 70001
   Phone: (504) 837-1233
12 Fax: (504) 837-1145
   Email: jjj@conservationforce.org

13 Attorneys for Interveners

14              UNITED STATES DISTRICT COURT FOR THE

15                 NORTHERN DISTRICT OF CALIFORNIA

16                        OAKLAND DIVISION

| | |
|---|---|
| 17 CENTER FOR BIOLOGICAL DIVERSITY, A NON-PROFIT CORPORATION, NATURAL RESOURCES DEFENSE COUNCIL, A NON-PROFIT CORPORATION, AND GREENPEACE, INC., A NON-PROFIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, UNITED STATES SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants,<br>v.<br><br>SAFARI CLUB INTERNATIONAL FOUNDATION | No. C-08-1339-CW<br><br>**DECLARATION OF MICHAEL A. OROPALLO NOTICE OF MOTION AND MOTION IN SUPPORT BY PROSPECTIVE INTERVENOR'S MOTION TO SHORTEN TIME TO CONSIDER MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF MOTION TO INTERVENE**<br><br>Complaint Filed: March 10, 2008 |

|   |   |
|---|---|
| 1 | Third-Party Defendant, |
| 2 | v. |
| 3 | SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL |
| 4 | FOUNDATION |
| 5 | Amicus, |
| 6 | CONSERVATION FORCE, INC. |
| 7 | Intervenor. |

**MICHAEL A. OROPALLO, ESQ.** hereby declares as follows:

1.  I am an attorney at law duly licensed to practice in the States of New York and Pennsylvania, before numerous federal district courts, before the Second, Fourth and District of Columbia Circuit Courts, and the United States Supreme Court. I have also been granted admission *pro hac vice* with this Court.

2.  I am a member of the law firm of Hiscock & Barclay, LLP, counsel to Prospective Intervenor Conservation Force, Inc. ("Conservation Force" or "Prospective Intervenor". As such I am fully familiar with the facts, circumstances and proceedings heretofore had herein.

3.  I provide this declaration in support of Prospective Intervenor's motion to shorten time to consider the concurrently filed motions for reconsideration and intervention pursuant to Local Rule 6.3. The contents of this declaration provide the information required by Local Rule 6.3(a).

4.  The purpose of this request is so that the Court can make a ruling on Prospective Intervenor's motion for leave to file an expedited motion for reconsideration, and the reinstitued motion for intervention, in advance of the May 15, 2008 date set forth in the Court's April 28, 2008 order ("Order").

5.  Under the usual time deadlines, a hearing would have to be noticed 35 days from the filing of this Motion, with oppositions and replies due well after May 15, 2008.

6. There are approximately sixty constituents of Conservation Force (who have already paid thousands of dollars for their permit applications and an average of $40,000 for their hunts, approximately 2.4 million dollars) who have legally harvested trophies and who are waiting for import permits from the United States Fish and Wildlife Service ("USFWS") in order to transport those trophies into the United States.

7. The 30-day comment period for most of these permits will end after May 15, 2008.

8. The Fish & Wildlife Service ("FWS") has taken the position that no imports of polar bears can occur after the effective date of the listing of any population of polar bear, regardless of the stage of the permit application. Therefore, several constituents of Conservation Force would not be able to import their polar bear trophies in this scenario. Intervenor want the motion for Intervention by Conservation Force considered by the Court as much in advance of May 15, 2008 as possible. Only in this matter is it possible for the Court to have before it Intervenor's motions before it when reconsidering this aspect of its remedy order.

9. Counsel for Prospective Intervenor has communicated by e-mail and telephone with counsel for Plaintiffs and for the Government Defendants on several occasions regarding Prospective Intervenor's motion for reconsideration to modify the Order on the limited basis noted. Counsel for the Government Defendants stated they will take "no position" on the motion for reconsideration, and counsel for Plaintiffs will not consent to the motion.

10. The substantial harm or prejudice that Prospective Intervenor's constituents will suffer if this motion to shorten time is not granted, and its motion for reconsideration and original motion for intervention will not be read in time to make a difference. Without a shortened briefing and decision time, the Court will not be able to consider these issues in advance of May 15, 2008, the date the Court has ordered the USFWS to make a final listing decision.

11. The listing of the polar bear is an issue in which Prospective Intervenor has long been

3

DECLARATION OF MICHAEL A. OROPALLO ISO MOTION TO SHORTEN     NO C-08-1339-CW.
TIME TO CONSIDER MOTION FOR LEAVE TO FILE MOTION FOR
RECONSIDERATION
#624283/3

involved. It advocated in the mid-1990's for a provision in the Marine Mammal Protection Act allowing the import of sport hunted polar bear trophies from a certain approved populations in Canada under certain circumstances.

12. Intervenors filed substantive comments in April 2006, April 2007, and October 2007 on this listing proposal and testified in May 2007.

13. The USFSW has indicated that if it lists any polar bear populations on May 15, 2008, imports will no longer be allowed from at least those populations.

14. As explained above, constituents of Conservation Force have significant personal interest in timely reconsideration of the "effective immediately" aspect of the Court's Order.

15. Local Rule 37-1(a), pertaining to discovery disputes, is not relevant to this motion.

16. Although Prospective Intervenor was in the process of seeking to shorten the time for hearing its previously-filed motion, and the motions by Prospective *Amicus* Safari Club International, I am unaware of any other previous time modifications in this case, whether by stipulation or Court order and my review of the Docket of this case on PACER indicates there are none.

17. The requested shortening of time to brief and consider Prospective Intervenor's Motion for Reconsideration and Motion for Intervention would have no effect on the schedule for the case. Prospective Intervenor is seeking the shortening of time to coincide with the Court's reconsideration of the remedy issue, which to be meaningful, must occur before May 15, 2008.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 8, 2008

/s/Michael A. Oropallo
Michael A. Oropallo

4
DECLARATION OF MICHAEL A. OROPALLO ISO MOTION TO SHORTEN       NO C-08-1339-CW.
TIME TO CONSIDER MOTION FOR LEAVE TO FILE MOTION FOR
RECONSIDERATION
#624283/3