1  Richard Joseph Finn (CA Bar No. 99659)
   Burnham Brown
2  1901 Harrison Street, 11th Floor
   Oakland, CA 94612
3  Phone: (510) 835-6821
   Fax: (510) 835-6666
4  Email: rfinn@burnhambrown.com

5  Michael A. Oropallo, Pro Hac Vice
   Ellen K. Eagen (CA Bar. No. 230802)
6  Hiscock & Barclay LLP
   One Park Place
7  300 South State Street
   Syracuse, New York 13202-2078
8  Phone: (315) 425-2831
   Fax: (315) 703-7367
9  Email: moropallo@hiscockbarclay.com
   Email: eeagen@hiscockbarclay.com
10
   John J. Jackson
11 Conservation Force
   3240 S I-10 Service Road W.
12 Suite 200
   Metairie, LA 70001
13 Phone: (504) 837-1233
   Fax: (504) 837-1145
14 Email: jjj@conservationforce.org

15 Attorneys for Prospective Intervenor

16
17             IN THE UNITED STATES DISTRICT COURT
18           FOR THE NORTHERN DISTRICT OF CALIFORNIA
19                      OAKLAND DIVISION

20 CENTER FOR BIOLOGICAL DIVERSITY,
   A NON-PROFIT CORPORATION,
21 NATURAL RESOURCES DEFENSE
   COUNCIL, A NON-PROFIT
22 CORPORATION, AND GREENPEACE,          No. C-08-1339-CW
   INC., A NON-PROFIT CORPORATION,
23                                       Complaint Filed: March 10, 2008
24         Plaintiff,
                                         [PROPOSED] ORDER ON PROSPECTIVE
25 v.                                    INTERVENOR'S MOTION TO SHORTEN
                                         TIME TO CONSIDER MOTION FOR
26 DIRK KEMPTHORNE, UNITED STATES        LEAVE TO FILE MOTION FOR
   SECRETARY OF THE INTERIOR AND         RECONSIDERATION OF MOTION TO
27 UNITED STATES FISH AND WILDLIFE       INTERVENE
   SERVICE;
28
           Defendants,

1

v.

SAFARI CLUB INTERNATIONAL FOUNDATION

Third-Party Defendant,

v.

SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION

Amicus,

CONSERVATION FORCE, INC.

Intervenor.

Having reviewed Prospective Intervenor's motion to shorten time to file motion for leave to file motion for reconsideration of motion to intervene, the Court ORDERS as follows:

IT IS ORDERED that the Court will decide the motion to shorten time to consider motion for leave to file motion for reconsideration on an expedited basis.

IT IS ORDERED that the Court will decide the motion to shorten time and the motion for leave to file motion for reconsideration concurrently.

IT IS ORDERED that the Court will decide the motion to shorten time and the motion for leave to file motion for reconsideration before May 15, 2008.

IT IS ORDERED that Petitioners/Plaintiffs and the Government will file any opposition to the motion to shorten time and the motion for leave to file motion for reconsideration within three (3) days of this Order.

IT IS ORDERED that Prospective Intervenor will file any reply brief within one (1) day of the filing of any opposition.

1  IT IS ORDERED that the motion to shorten time and the motion for leave to file motion
2  for reconsideration will be decided without a hearing based upon the pleadings.
3  IT IS SO ORDERED.
4
5  DATE: May _____, 2008
6  _____
   CLAUDIA WILKEN
   United States District Judge