Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Interveners

# UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, A NON-PROFIT CORPORATION, NATURAL RESOURCES DEFENSE COUNCIL, A NON-PROFIT CORPORATION, AND GREENPEACE, INC., A NON-PROFIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, UNITED STATES SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants,<br><br>v. | No. C-08-1339-CW<br><br>**[PROPOSED] ORDER GRANTING PROSPECTIVE INTERVENOR'S MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND MODIFYING APRIL 28, 2008 ORDER FOR THE LIMITED PURPOSE OF ALLOWING CONTINUED IMPORT OF LAWFULLY ACQUIRED TROPHIES**<br><br>Complaint Filed: March 10, 2008 |

1

[PROPOSED] ORDER GRANTING INTERVENOR LEAVE TO FILE MOTION FOR       NO. C-08-1339-CW
RECONSIDERATION AND MODIFYING APRIL 28, 2008 ORDER FOR LIMITED
PURPOSE OF ALLOWING CONTINUED IMPORT OF LAWFULLY ACQUIRED
TROPHIES
#624099/4

| | |
|---|---|
| 1 | SAFARI CLUB INTERNATIONAL FOUNDATION |
| 2 | |
| 3 | Third-Party Defendant, |
| 4 | v. |
| 5 | SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION |
| 6 | |
| 7 | Amicus, |
| 8 | CONSERVATION FORCE, INC. |
| 9 | Intervenor. |

Having reviewed Prospective Intervenor's expedited motion for leave to file motion for reconsideration of this Court's April 28, 2008 order, the Court ORDERS as follows:

IT IS ORDERED that Prospective Intervenor's motion to intervene be reinstated and that Petitioner/Plaintiffs file any opposition to the intervention or reconsideration within three (3) days of this Order.

IT IS ORDERED that the Intervention be decided and reconsideration be decided without a hearing based upon the pleadings already filed.

IT IS ORDERED that Prospective Intervenor's motion for leave to file an expedited motion for reconsideration of this Court's April 28, 2008 Order IS GRANTED for the limited purposes of allowing for a limited time the continued import of lawfully acquired hunting trophies and to give the United States Fish and Wildlife Service time to act upon all pending applications for permits for polar bear taken from approved areas before May 15.

IT IS FURTHER ORDERED that the April 28, 2008 order is modified for the limited purpose of permitting the import of hunting trophies for bear taken before the date of the final listing determination. The USF&WS shall complete the trophy import processing of those bear

2

[PROPOSED] ORDER GRANTING INTERVENOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND MODIFYING APRIL 28, 2008 ORDER FOR LIMITED PURPOSE OF ALLOWING CONTINUED IMPORT OF LAWFULLY ACQUIRED TROPHIES

NO. C-08-1339-CW

#624099/4

taken in approved areas on or before 15 May 2008.

IT IS SO ORDERED.

DATE: May _____, 2008

_____
CLAUDIA WILKEN
United States District Judge