1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY, et al         NO. CV 08-01339 CW

           Plaintiff,         **CLERK'S NOTICE RE
DEFICIENCY**
v.

DIRK KEMPTHORNE, et al

           Defendant.
_____/

Please be advised that on 5/8/2008, the incorrect docket event was used by counsel for Intervenor

Conservation Force.   Regarding **Motion to Shorten Time, docket entry #53 and Motion for

Leave to File Motion for Reconsideration, docket entry #56.**

The correct event code is: **MOTION**. Re-posting is required to correct this CM/ECF entry. This

correction must be completed no later than 24 hours from receipt of the notification.


If you have any question please contact the assigned Case Systems Administrator


Thank you for your cooperation in this matter.

*Kelly Collins*

Date: 5/9/08         _____
510-637-3539
Case Systems Administrator