1   Richard Joseph Finn (CA Bar No. 99659)
    Burnham Brown
2   1901 Harrison Street, 11th Floor
    Oakland, CA 94612
3   Phone: (510) 835-6821
    Fax: (510) 835-6666
4   Email: rfinn@burnhambrown.com

5   Michael A. Oropallo, Pro Hac Vice
    Ellen K. Eagen (CA Bar. No. 230802)
6   Hiscock & Barclay LLP
    One Park Place
7   300 South State Street
    Syracuse, New York 13202-2078
8   Phone: (315) 425-2831
    Fax: (315) 703-7367
9   Email: moropallo@hiscockbarclay.com
    Email: eeagen@hiscockbarclay.com
10
    John J. Jackson
11  Conservation Force
    3240 S I-10 Service Road W.
12  Suite 200
    Metairie, LA 70001
13  Phone: (504) 837-1233
    Fax: (504) 837-1145
14  Email: jjj@conservationforce.org

15  Attorneys for Prospective Intervenor

16

17  ### IN THE UNITED STATES DISTRICT COURT

18  ### FOR THE NORTHERN DISTRICT OF CALIFORNIA

19  ### OAKLAND DIVISION

20  CENTER FOR BIOLOGICAL DIVERSITY,
    A NON-PROFIT CORPORATION,
21  NATURAL RESOURCES DEFENSE
    COUNCIL, A NON-PROFIT
22  CORPORATION, AND GREENPEACE,
    INC., A NON-PROFIT CORPORATION,
23
                    Plaintiff,
24
    v.
25
    DIRK KEMPTHORNE, UNITED STATES
26  SECRETARY OF THE INTERIOR AND
    UNITED STATES FISH AND WILDLIFE
27  SERVICE;
28
                    Defendants,
    v.

No. C-08-1339-CW

Complaint Filed: March 10, 2008

PROSPECTIVE INTERVENOR'S NOTICE
OF MOTION AND MOTION TO
SHORTEN TIME TO CONSIDER
MOTION FOR LEAVE TO FILE MOTION
FOR RECONSIDERATION OF MOTION
TO INTERVENE; MEMORANDUM OF
POINTS AND AUTHORITIES IN
SUPPORT THEREOF

1

1  SAFARI CLUB INTERNATIONAL
   FOUNDATION
2

3          Third-Party Defendant,

4  v.

5  SAFARI CLUB INTERNATIONAL AND
   SAFARI CLUB INTERNATIONAL
6  FOUNDATION

7          Amicus,

8  CONSERVATION FORCE, INC.

9          Intervenor.

10

11          Pursuant to Local Rule 6.3 Prospective Intervenor Conservation Force, Inc.

12  ("Intervenor") respectfully moves this Court for an order shortening the time for the parties to

13  brief and the Court to consider and rule on Intervenor's motion for leave to file a motion for

14  reconsideration of the Court's April 28, 2008 order ("Order") which dismisses Intervenor's

15  motion to intervene as moot.

16          For the reasons provided below, Intervenor requests that this Court decide Intervenor's

17  motion for leave to file its motion for reconsideration **in advance of the May 15, 2008 date set**

18  **forth in the Order**. In accordance, a proposed order and schedule is attached hereto.

19                  **MEMORANDUM OF POINTS AND AUTHORITIES**

20                                  **INTRODUCTION**

21          Intervenor respectfully requests this Court for leave to reconsider and rule on its Motion

22  for Intervention, previously filed with this Court, and denied as moot in this Court's April 28,

23  2008 Order ("Order"), in advance of the May 15, 2008 date set forth in the Order. Under the

24  Federal and Local Rules, the period for briefing such a motion would require at least thirty-five

25  days advanced notice. However, given the exigent circumstances, Intervenor seeks the

26  shortened time set forth in the attached proposed order.

27

28

                                            2

1  Intervenor has concurrently filed a motion for leave to move this Court to reconsider its

2  motion to intervene and to reconsider a limited portion of the remedy part of the Order to modify

3  it *to extend the effective date of any final listing determination for the polar bear by ninety*

4  *days for the limited purpose of import of hunting trophies lawfully taken before the date of*

5  *any listing.* Prospective Intervenor seeks that this motion be decided on a shortened time period.

6  By ordering that any final listing will become immediately effective on May 15,

7  Intervenor submits that the Court did not take into consideration disputed material facts and

8  dispositive legal arguments relating to Intervenor's interests and that were set forth in its Motion

9  for Intervention. There are approximately sixty constituents of Conservation Force (who have

10  already paid thousands of dollars for their permit applications and an average of $40,000 for

11  their hunts, approximately 2.4 million dollars) who have legally harvested trophies and who are

12  waiting for import permits from the United States Fish and Wildlife Service ("USFWS") in

13  order to transport those trophies into the United States.[1]

14  On May 15, if the polar bear is listed, according to the April 28, 2008 Order, the listing

15  will go into effect immediately, and, as a result, any import of such lawfully obtained property

16  will be prohibited and illegal contraband, resulting in a loss of property. The purpose of

17  Intervenor's motion for leave for reconsideration is to ask the Court to consider its interests

18  **prior to the Order becoming effective.** Reconsidering the motion to intervene after May 15

19  and after the Order becomes effective would be futile.

20  ## CONCLUSION

21  For the reasons noted above, and for those contained in the concurrently filed motions

22  and supporting documents, Prospective Intervenor respectfully requests that this Court grant its

23  motion to shorten time to consider its concurrently filed motion for leave to file its motion for

24  reconsideration of its April 28, 2008 order.

25

26

27

28  [1] Under the 50 CFR §§ 18.30 and 18.33, these permit applications must be published in the Federal Register for thirty days in advance of their issuance.

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO     NO. C-08-1339-CW
SHORTEN TIME
SXLIB01\624281\3

1

DATE:        May 8, 2008              Respectfully submitted,

2

3                                     By:      s/Michael A. Oropallo

4                                     Michael A. Oropallo, *Pro Hac Vice*
                                      Ellen K. Eagen (CA 230802)
5                                     Hiscock & Barclay LLP
                                      One Park Place
6                                     300 South State Street
                                      Syracuse, New York 13202-2078
7                                     Phone: (315) 425-2831
                                      Fax: (315) 703-7367
8                                     Email: moropallo@hiscockbarclay.com
9                                     Email: eeagen@hiscockbarclay.com

10                                    Richard Joseph Finn (CA Bar No. 99659)
11                                    Burnham Brown
                                      1901 Harrison Street, 11th Floor
12                                    Oakland, CA 94612
                                      Phone: (510) 835-6821
13                                    Fax: (510) 835-6666
                                      Email: rfinn@burnhambrown.com
14

15                                    John J. Jackson
                                      Conservation Force
16                                    3240 S I-10 Service Road W.
                                      Suite 200
17                                    Metairie, LA 70001
                                      Phone: (504) 837-1233
18                                    Fax: (504) 837-1145
                                      Email: jjj@conservationforce.org
19

20                                    *Attorneys for Intervenor*

21

22

23

24

25

26

27

28

4

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO        NO. C-08-1339-CW
SHORTEN TIME
SYLIB01\624281\3

## CERTIFICATE OF SERVICE

I certify that on May 8, 2008, I filed the foregoing Request for Stay Pending Appeal with the Clerk of the Court through the CM/ECF system which provided automatic notice to the following:

**Kassia Rhoades Siegel**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  760-366-2232
Fax:  760-366-2669
Email:  ksiegel@biologicaldiversity.org

**Andrew E. Wetzler**
Natural Resources Defense Council, Inc.
544 White Oak Place
Worthington, OH 43085
Phone:  614-840-0891
Fax: 415-875-6161

**Brendan R. Cummings**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  760-366-2232
Fax:  760-366-2669
Email:  bcummings@biologicaldiversity.org

**Miyoko Sakashita**
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
Phone:  415-436-9682
Fax:  415-436-9683
Email:  miyoko@biologicaldiversity.org

**ATTORNEYS FOR PLAINTIFFS**

**Kristen Byrnes Floom**
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
Phone:  (202) 305-0340
Email:  Kristen.Floom@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO SHORTEN TIME                    NO. C-08-1339-CW
SYLIB01\624281\3

**James Jeffries Goodwin**
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Phone:  916-929-6000
Fax: 916-929-5137
Email:  jeffriesgoodwin@gmail.com

**Douglas S. Burdin**
Safari Club International
Safari Club International Foundation
500 Indiana Avenue., NW #6000
Washington, DC 20001
Email:  dburdin@safariclub.org

                              s/Michael A. Oropallo
                         MICHAEL A. OROPALLO

PROSPECTIVE INTERVENOR'S NOTICE OF MOTION AND MOTION TO
SHORTEN TIME
SYLIB01\624281\3

NO. C-08-1339-CW