J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) | Case No. 08-cv-1339 (CW) |
| ) | |
| Plaintiffs, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, *et al.* ) | |
| ) | |
| Defendants, ) | |
| ) | |
| SAFARI CLUB INTERNATIONAL, SAFARI ) | |
| CLUB INTERNATIONAL FOUNDATION ) | |
| ) | |
| Amici Movants. ) | |
| ) | |
| _____ ) | |

1

I certify that a copy of the "Reply to Opposition to Renewed Motion and Memorandum of Points and Authorities in Support of Motion for Amici Status by Safari Club International and Safari Club International Foundation; Motion to Reconsider Part of Remedy Order; and Request That no Hearing be Held per Local Rule 7-1(B)" was submitted to the Court electronically on this 11th day of May, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Kirsten Byrnes Floom
Kirsten.floom@usdoj.gov

Richard J. Finn
rfinn@burnhambrown.com

Michael A. Oropallo
moropallo@hiscockbarclay.com

I further certify that, on this 11th day of May, 2008, I caused a copy of these documents to be served via first class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 While Oak Place
Worthington, OH 43085

Respectfully Submitted,

/s/ Douglas S. Burdin
Douglas S. Burdin
Admitted Pro Hac Vice

2