**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and GREENPEACE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | No. C 08-1339 CW <br><br> ORDER GRANTING MOTIONS TO SHORTEN TIME (Docket Nos. 49 and 60), GRANTING SAFARI CLUB'S MOTION FOR LEAVE TO FILE AN AMICUS BRIEF (Docket No. 39) AND GRANTING FOR LIMITED PURPOSES CONSERVATION FORCE'S MOTION TO INTERVENE (Docket No. 61) |

Third parties Safari Club International and Safari Club International Foundation have filed a renewed motion for leave to file an amicus brief. Third party Conservation Force has moved for leave to file a motion for reconsideration of the Court's order denying its motion to intervene. Conservation Force also asks the Court to reconsider its order requiring Defendants' final rule, which is to be published in the Federal Register by May 15, 2008, to take effect immediately. These parties also move to shorten the time for consideration of the above-referenced motions. Plaintiffs oppose the substantive motions but do not oppose the motions to shorten time. The Court GRANTS the motions to shorten time and

rules on the underlying motions as follows.

The Safari Club may file its amicus brief. Conservation Force may intervene in this action for the limited purpose of resolving the issue of whether provision may be made under the Endangered Species Act for the import of trophies from bears that were killed and for which an import permit application had already been filed as of April 17, 2008, the date of the Court's order granting summary judgment in this case. Within two weeks, the government shall file a brief of no longer than ten pages addressing this issue. The brief should discuss, for example, whether the government may grant special permission for these imports. If they wish, Plaintiffs may also file within two weeks a brief of up to ten pages addressing this issue. Conservation Force may file a reply of up to five pages within one week of the government's response to this order.

This order has no effect on the Court's previous order requiring that Defendants publish their listing decision by May 15, 2008 and that the rule take effect immediately.

IT IS SO ORDERED.

Dated: 5/12/08

_____
CLAUDIA WILKEN
United States District Judge