RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0210
Facsimile: (202) 305-0275

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <u>et</u> <u>al.</u>,<br><br>   Plaintiffs,<br><br>vs.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>   Defendants. | Case No. C-08-1339 (CW)<br><br>**DEFENDANTS' NOTICE OF APPEARANCE** |

To the Court, the parties, and their attorneys of record:

  PLEASE TAKE NOTICE that Jean E. Williams shall serve as counsel for the Defendants in the captioned matter. Service of all papers may be made as follows:

  Mailing address:

  Jean E. Williams
  United States Department of Justice
  Environment and Natural Resources Division
  Ben Franklin Station
  P.O. Box 7369
  Washington, D.C. 20044-7369

Overnight delivery/Street address:

Jean E. Williams
United States Department of Justice
Environment and Natural Resources Division
601 D Street, N.W.
Washington, D.C. 20004

Telephone: (202) 305-0210

Facsimile: (202) 305-0275

E-mail: Jean.Williams@usdoj.gov

Respectfully submitted this 13th day of May, 2008.

        RONALD J. TENPAS
        Assistant Attorney General
        United States Department of Justice
        Environment & Natural Resources Division

        <u>/s/ Jean E. Williams</u>
        JEAN E. WILLIAMS, Chief
        LISA LYNNE RUSSELL, Assistant Chief
        KRISTEN BYRNES FLOOM, Trial Attorney
        United States Department of Justice
        Environment & Natural Resources Division
        Wildlife and Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7369
        Washington, DC 20044-7369
        Telephone: (202) 305-0210
        Facsimile: (202) 305-0275
        Jean.Williams@usdoj.gov

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Defendants' Notice of Appearance was submitted to the Court electronically on this 13th day of May, 2008 for filing and service on the following parties:

Kassie Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Attorneys for Plaintiffs

I further certify that, on this 13th day of May, 2008, a copy of Defendants' Notice of Appearance was sent via first-class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085

Attorney for Plaintiffs

/s/ Jean E. Williams
Jean E. Williams
