Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar. No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Interveners

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, A NON-PROFIT CORPORATION, NATURAL RESOURCES DEFENSE COUNCIL, A NON-PROFIT CORPORATION, AND GREENPEACE, INC., A NON-PROFIT CORPORATION, | No. C-08-1339-CW |
| Plaintiff, | Complaint Filed: March 10, 2008 |
| v. | INTERVENOR'S REQUEST FOR CORRECTION IN THE COURT'S MAY 12, 2008 ORDER |
| DIRK KEMPTHORNE, UNITED STATES SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE; | |
| Defendants, v. | |
| SAFARI CLUB INTERNATIONAL FOUNDATION | |

1

Third-Party Defendant,

v.

SAFARI CLUB INTERNATIONAL AND
SAFARI CLUB INTERNATIONAL
FOUNDATION

Amicus,

CONSERVATION FORCE, INC.

Intervenor.

The Court's May 12, 2008 Order includes what appears to be a typographical error:

Conservation Force may intervene in this action for the limited purpose of
resolving the issue of whether provision may be made . . . for the import of
trophies from bears that were killed and for which an import permit application
had already been filed as of <u>April 17, 2008, the date of the Court's order granting
summary judgment in this case.</u>

However, the Court order granting summary judgment in this case was dated **April 28**,

<u>not</u> April 17.

Therefore, the parties request that the Court correct this error so that the May 12 Order

reflects the correct date of the order granting summary judgment.

DATE: May 13, 2008                        Respectfully Submitted,

                                          By: <u>s/Michael A. Oropallo</u>

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar. No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: <u>moropallo@hiscockbarclay.com</u>
Email: <u>eeagen@hiscockbarclay.com</u>

Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: <u>rfinn@burnhambrown.com</u>

INTERVENOR'S REQUEST FOR CORRECTION IN THE COURT'S MAY 12, 2008          NO. C-08-1339-CW
ORDER
SYLIB01\624895\4

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Interveners

## CERTIFICATE OF SERVICE

I certify that on May 13, 2008, I filed the foregoing Parties' Joint Request For Correction

In The Court's May 12, 2008 Order with the Clerk of the Court through the CM/ECF system

which provided automatic notice to the following:

**Kassia Rhoades Siegel**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: 760-366-2232
Fax: 760-366-2669
Email: ksiegel@biologicaldiversity.org

**Andrew E. Wetzler**
Natural Resources Defense Council, Inc.
544 White Oak Place
Worthington, OH 43085
614-840-0891, Fax: 415-875-6161

**Brendan R. Cummings**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
Fax: 760-366-2669
Email: bcummings@biologicaldiversity.org

**Miyoko Sakashita**
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org

**ATTORNEYS FOR PLAINTIFFS**

INTERVENOR'S REQUEST FOR CORRECTION IN THE COURT'S MAY 12, 2008      NO. C-08-1339-CW
ORDER
SYLIB01\624895\4

**Kristen Byrnes Floom**
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
(202) 305-0340
Email: Kristen.Floom@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

**James Jeffries Goodwin**
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
916-929-6000
Fax: 916-929-5137
Email: jeffriesgoodwin@gmail.com

**Douglas S. Burdin**
500 Indiana Avenue., NW #6000
Washington, DC 20001
Email dburdin@safariclub.org

**ATTORNEYS FOR THIRD-PARTY
DEFENDANT AND AMICUS**

                                           s/Michael A. Oropallo
                                    MICHAEL A. OROPALLO

INTERVENOR'S REQUEST FOR CORRECTION IN THE COURT'S MAY 12, 2008          NO. C-08-1339-CW
ORDER
SYLIB01\624895\4