Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar. No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Interveners

# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, A NON-PROFIT CORPORATION, NATURAL RESOURCES DEFENSE COUNCIL, A NON-PROFIT CORPORATION, AND GREENPEACE, INC., A NON-PROFIT CORPORATION, | No. C-08-1339-CW |
| Plaintiff, | Complaint Filed: March 10, 2008 |
| v. | INTERVENOR'S REQUEST FOR LIMITED STAY PENDING APPEAL OF THE COURT'S APRIL 28, 2008 ORDER AND MAY 12, 2008 ORDER |
| DIRK KEMPTHORNE, UNITED STATES SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE; | |
| Defendants, | |
| v. | |
| SAFARI CLUB INTERNATIONAL FOUNDATION | |

1

INTERVENOR'S REQUEST FOR LIMITED STAY PENDING APPEAL OF THE         NO. C-08-1339-CW
COURT'S APRIL 28, 2008 ORDER AND MAY 12, 2008 ORDER
SYLIB01\624895\5

|   |   |
|---|---|
| 1 | Third-Party Defendant, |
| 2 | v. |
| 3 | SAFARI CLUB INTERNATIONAL AND |
| 4 | SAFARI CLUB INTERNATIONAL FOUNDATION |
| 5 | Amicus, |
| 6 | CONSERVATION FORCE, INC. |
| 7 | Intervenor. |

Pursuant to Federal Rule of Appellate Procedure 8(a)(1), Intervenor, Conservation Force ("Intervenor"), hereby moves for a stay pending appeal in the United States Court of Appeals for the Ninth Circuit of those portions of this Court's Orders of April 28, 2008 and May 12, 2008 eliminating the minimum thirty-day notice period required under the Administrative Procedure Act.

The Court's April 28, 2008 Order requires the United States Fish and Wildlife Service to publish in the Federal Register the final listing determination for the polar bear on May 15, 2008 and orders that the listing will take effect <u>immediately</u> rather than after the minimum thirty-day or more notice period required by statute.

The Court's May 12, 2008 Order reconsidered the April 28, 2008 Order and allowed Conservation Force to intervene and set forth a schedule for the parties to brief the issue relating to the rights of those who are presently in the middle of the permit application process. Nevertheless, the May 12 Order states that it has no effect on the Court's previous order requiring that the Service publish their listing decision by May 15 and ordering that the rule take effect immediately.

The April 28 Order and the May 12 Order appear to be incongruous. If the listing is immediately effective, the interests of the Intervenor - still to be briefed -- are, arguably, moot. The constituents of the Intervenor, who are in the middle of their permit importation approval process for their lawfully obtained trophies, will be adversely affected by any listing and will be

2

INTERVENOR'S REQUEST FOR LIMITED STAY PENDING APPEAL OF THE          NO. C-08-1339-CW
COURT'S APRIL 28, 2008 ORDER AND MAY 12, 2008 ORDER
SYLIB01\624895\5

deprived of their due process rights and their property rights on May 15. The briefing schedule on the issue of the rights of these constituents does not conclude until almost three weeks after any listing is published. Thus, the Court's subsequent decision on the issue of the Intervenor's constituents' interests will be in jeopardy if the effectiveness of any listing is not stayed until after the Court's final decision. The Service has informed undersigned Counsel that as it understands the Orders of April 28 and May 12, it must stop imports on the date of publication, if the polar bear is listed. Thus, if published, it will be a *fait compleat* due to the Orders.

Significantly, making any listing effective ***immediately*** on May 15, 2008 fails to provide persons with notice of unlawful activities that could subject them to significant fines or imprisonment under the ESA or the Marine Mammal Protection Act. The constituents of the Intervenor have relied on a minimum 30-day grace period after any listing of the polar bear. *See* 305 5 U.S.C. § 553(d)(3); 16 U.S.C. 553(d). The very purpose of the 30-day notice period is to allow citizens time to comply with the new regulations. *See Riverbend Farms, Inc. v. Madigan*, 958 F.2d 1479, 1485 (9th Cir. 1992) ("the 30-day waiting period is intended to give affected parties time to adjust their behavior before the final rule takes effect."). Thus, it is antithetical for effectiveness of the listing to occur simultaneous with any listing decision and earlier than the 30-day notice-period following the publishing of any listing in the Federal Register.

Thus, Conservation Force respectfully requests that this Court order that any final listing on May 15 not take effect until after the Court has had time to decide the issue relating to the Intervenor's interests.

Conservation Force intends to file an expedited appeal if necessary and respectfully requests that this Court give expedited consideration to this request in order to allow Conservation Force to give the Ninth Circuit adequate time to consider an emergency motion for stay and expedited appeal.

Pursuant to local rules, Intervenor has attempted to consult with counsel for all parties by telephonic means or email regarding this appeal. Given the immediacy and urgency of this request and based on prior conversations with counsel, Intervenor assumes that the parties

positions remain the same and that they do not consent to this request.

DATE: May 13, 2008                    Respectfully Submitted,

By: s/Michael A. Oropallo

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar. No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.,
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors

## CERTIFICATE OF SERVICE

I certify that on May 13, 2008, I filed the foregoing Intervenor's Request For Limited Stay Pending Appeal of the Court's April 28, 2008 Order and May 12, 2008 Order with the Clerk of the Court through the CM/ECF system which provided automatic notice to the following:

**Kassia Rhoades Siegel**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: 760-366-2232
Fax: 760-366-2669
Email: ksiegel@biologicaldiversity.org


**Andrew E. Wetzler**
Natural Resources Defense Council, Inc.
544 White Oak Place
Worthington, OH 43085
614-840-0891, Fax: 415-875-6161

**Brendan R. Cummings**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
Fax: 760-366-2669
Email: bcummings@biologicaldiversity.org

**Miyoko Sakashita**
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103
415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org

**ATTORNEYS FOR PLAINTIFFS**

**Kristen Byrnes Floom**
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
(202) 305-0340
Email: Kristen.Floom@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

**James Jeffries Goodwin**
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
916-929-6000
Fax: 916-929-5137
Email: jeffriesgoodwin@gmail.com

1  Douglas S. Burdin
   500 Indiana Avenue., NW #6000
2  Washington, DC 20001
   Email dburdin@safariclub.org
3
   **ATTORNEYS FOR THIRD-PARTY**
4  **DEFENDANT AND AMICUS**
5
6                                           s/Michael A. Oropallo
                                         MICHAEL A. OROPALLO
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INTERVENOR'S REQUEST FOR LIMITED STAY PENDING APPEAL OF THE              NO. C-08-1339-CW
COURT'S APRIL 28, 2008 ORDER AND MAY 12, 2008 ORDER
SYLIB01\624895\5