IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, and GREENPEACE, INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants.<br>_____/ | No. C 08-1339 CW<br><br>ORDER DENYING MOTION FOR STAY |

    Limited Intervenor Conservation Force has moved for a stay of the Court's order requiring that the U.S. Fish and Wildlife Service's final determination concerning the threatened status of the polar bear take effect immediately upon its publication on May 15, 2008. Conservation Force argues that the interests of its members will be harmed if the order goes into effect immediately because they will be unable to import trophies of polar bears that have already been legally killed.

    The Court notes that it has expressed no opinion on the issue of whether the importation of polar bear trophies would be permissible if the Service determines to list the polar bear as a

threatened species.  In addition, the Court has directed the government to address whether provision may be made under the Endangered Species Act for the importation of trophies from bears that were killed and for which an import permit application had already been filed as of April 28, 2008, the date of the Court's order granting summary judgment in this case.  Nonetheless, any interest Conservation Force's members have in importing their trophies is offset by the public's interest in having the rule, which is now overdue by more than four months, take effect immediately.  Accordingly, Conservation Force's motion is DENIED.

IT IS SO ORDERED.

Dated: 5/14/08

CLAUDIA WILKEN
United States District Judge