1  RONALD J. TENPAS
Assistant Attorney General
2  United States Department of Justice
Environment & Natural Resources Division
3  JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
4  KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
5  Environment & Natural Resources Division
Wildlife and Marine Resources Section
6  Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
7  Telephone: (202) 305-0340
Facsimile: (202) 305-0275
8  Kristen.Floom@usdoj.gov

9  Attorneys for Defendants

10

**UNITED STATES DISTRICT COURT**
11  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**
12

13  CENTER FOR BIOLOGICAL           ) Case No. C-08-1339 (CW)
DIVISION, <u>et al.</u>,               )
14                                  )
Plaintiffs,               )
15                                  ) Date: May 15, 2008
vs.                       ) Time: 2:00 p.m.
16                                  ) Judge: Hon. Claudia Wilken
DIRK KEMPTHORNE, United States  ) Courtroom: Courtroom 2, 4th Floor
17  Secretary of the Interior, and UNITED )
STATES FISH AND WILDLIFE        )
18  SERVICE,                        )
                                   )
19  Defendants.              )
_____ )

20      **DEFENDANTS' NOTICE OF SUBMISSION OF**
21      **FINAL LISTING DETERMINATION FOR THE POLAR BEAR**

22      In its April 28, 2008 Order Granting Plaintiffs' Motion for Summary Judgment and
23  Injunction, Dkt. No. 35, the Court found that Defendants violated the Endangered Species Act
24  ("ESA") by failing to act on the proposed listing determination for the polar bear within one year
25  of publication of the January 9, 2007 proposed rule and granted summary judgment in Plaintiffs'
26  
27  favor. See Order at 4-5. The Court granted Plaintiffs' requested injunction and ordered Defendants
28  to publish the final listing determination by May 15, 2008. Id. at 5-8.

1    Defendants hereby notify the Court and the parties that the final listing determination for the

2  polar bear was submitted to the Office of the <u>Federal</u> <u>Register</u> today.  The determination, titled

3  "Endangered and Threatened Wildlife and Plants; Determination of Threatened Status for the Polar

4

5  Bear (<u>ursus</u> <u>maritimus</u>) Throughout Its Range," will be available for public inspection at the Office

6  of the <u>Federal</u> <u>Register</u> in Washington, DC beginning on May 15, 2008.  Defendants will notify the

7  Court and the parties when they have information regarding the publication date of the final

8  determination.

9

10

11  Respectfully submitted this 14th day of May, 2008.

12                                                     RONALD J. TENPAS
                                                       Assistant Attorney General
13                                                     United States Department of Justice
14                                                     Environment & Natural Resources Division
                                                       JEAN E. WILLIAMS, Chief
15                                                     LISA LYNNE RUSSELL, Assistant Chief

16
                                                       /s/ Kristen Byrnes Floom
17                                                     KRISTEN BYRNES FLOOM, Trial Attorney
                                                       DC Bar No. 469615
18                                                     United States Department of Justice
19                                                     Environment & Natural Resources Division
                                                       Wildlife and Marine Resources Section
20                                                     Benjamin Franklin Station, P.O. Box 7369
                                                       Washington, DC 20044-7369
21                                                     Telephone: (202) 305-0340
22                                                     Facsimile: (202) 305-0275
                                                       Kristen.Floom@usdoj.gov
23
24                                                     Attorneys for Defendants

25

26

27

28

2