Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: (760) 366-2232; Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org
   ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682; Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone: (614) 840-0891; Facsimile (415) 875-6161
Email: awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>    Plaintiffs,<br><br>    v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>    Defendants. | CASE NO.: C-08-1339-CW<br><br>PLAINTIFFS' STATUS REPORT<br><br>**Date:** May 15, 2008<br>**Time:** 2:00 p.m.<br>**Judge:** Honorable Claudia Wilkin<br>**Courtroom:** Courtroom 2, 4th Floor |

1    On April 28, 2008 this Court issued an order granting Plaintiffs' Motion for Summary Judgment, finding Defendants in violation of the Endangered Species Act, 16 U.S.C. § 1531 et seq. ("ESA"), for failing to publish a final listing decision for the polar bear by January 9, 2008. Order Granting Plaintiffs' Motion for Summary Judgment and Injunction (April 28, 2008, Dkt # 35, hereinafter ("April 28 Order")). The Court ordered Defendants to <u>publish</u> a final listing determination for the polar bear in the Federal Register by May 15, 2008, and to make any final regulation effective upon publication pursuant to 5 U.S.C. § 553(d)(3). <u>Id</u>. at 10. The Court also directed the parties to notify the Court whether the final listing determination has been published. <u>Id.</u>

On May 14, 2008, Defendants Secretary on Interior Dirk Kempthorne and U.S. Fish and Wildlife Service Director Dale Hall announced that they had signed a final rule listing the polar bear as Threatened throughout its range. Because Defendants chose to delay approval of the listing determination to the last possible minute, the final listing rule will not be published in the Federal Register on or before May 15, 2008 as required by the Court's Order. <u>See</u> Defendants' Notice of Submission of Final Listing Determination for the Polar Bear (Dkt # 71) ("Defendants will notify the Court and the parties when they have information regarding the publication date of the final determination."); <u>see also</u> Federal Register Public Inspection List at http://federalregister.gov/page2.aspx (listing all documents scheduled for publication on May 15, 2008, and not showing polar bear rule.).

In short, Defendants have violated this Court's Order, depriving the polar bear of the legal protections to which it is entitled until such currently-undetermined time as the final listing rule is actually published in the Federal Register. Plaintiffs therefore request that the Court keep the current status conference scheduled for May 15, 2008 on calendar to address what additional relief, if any, is appropriate given Defendants' actions in contravention of the Court's Order.

Additionally, the final listing rule fails to designate critical habitat for the polar bear notwithstanding the fact that the ESA requires that the Secretary shall "concurrently with making a determination …that a species is an endangered species or a threatened species, designate any habitat of such species which is then considered to be critical habitat." 16 U.S.C. § 1533(a)(3)(A)(i). Moreover, accompanying the final listing rule is an "Interim Final Rule", issued by Defendants without the

opportunity for public notice or comment, which purports to eliminate the protections of Section 9 of the ESA, 16 U.S.C. § 1538, for the polar bear.  Plaintiffs believe that these actions and omissions by Defendants constitute violations of Section 4 of the ESA, 16 U.S.C. § 1533, and other applicable laws, and deprive the polar bear of lawfully required protections under the ESA.  Plaintiffs therefore would request at the status conference that the Court set out a schedule for prompt resolution of these outstanding issues.

DATE: May 14th, 2008                    Respectfully Submitted,


By:    /s/Brendan Cummings_____

Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232; Facsimile: (760) 366-2669
 Email:  bcummings@biologicaldiversity.org
            ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone:  (614) 840-0891; Facsimile (415) 875-6161
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs