RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) Case No. C-08-1339 (CW) |
| Plaintiffs, | ) |
| vs. | ) Date: July 24, 2008 |
| | ) Time: 2:00 p.m. |
| DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, | ) Judge: Hon. Claudia Wilken |
| | ) Courtroom: Courtroom 2, 4th Floor |
| Defendants. | ) |

**STIPULATION TO SHORTEN TIME AND WAIVE ORAL ARGUMENT ON DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT**

Pursuant to Civil Local Rule 6-2, Plaintiffs, Defendants, Amici, and Intervenors hereby stipulate to a shortening of the time for the parties to brief and for the Court to consider and rule on Defendants' Motion to Strike Plaintiffs' First Amended Complaint, filed concurrently with this Stipulation. In support of this Stipulation, Defendants submit the attached Declaration of Kristen Byrnes Floom.

Stipulation to Shorten Time
Case No. 08-1339

The stipulated shortened filing deadlines for subsequent filings on Defendants' Motion to Strike would be:

    Opposition (if any):   May 23, 2008

    Reply (if any):   May 28, 2008

The parties further request that Defendants' Motion to Strike be decided without oral argument.

Respectfully submitted,

Dated: May 20, 2008                  /s/ Brendan Cummings
                                     Brendan Cummings
                                     Center for Biological Diversity
                                     P.O. Box 549
                                     Joshua Tree, CA  92252
                                     Telephone:  760-366-2232
                                     Facsimile:  760-366-2669

                                     Counsel for Plaintiffs

                                     RONALD J. TENPAS
                                     Assistant Attorney General
                                     United States Department of Justice
                                     Environment & Natural Resources Division
                                     JEAN E. WILLIAMS, Chief
                                     LISA LYNNE RUSSELL, Assistant Chief

Dated: May 20, 2008                  /s/ Kristen Byrnes Floom
                                     KRISTEN BYRNES FLOOM, Trial Attorney
                                     DC Bar No. 469615
                                     United States Department of Justice
                                     Environment & Natural Resources Division
                                     Wildlife and Marine Resources Section
                                     Benjamin Franklin Station, P.O. Box 7369
                                     Washington, DC 20044-7369
                                     Telephone: (202) 305-0340
                                     Facsimile: (202) 305-0275
                                     Kristen.Floom@usdoj.gov

                                     Counsel for Defendants

Dated: May 20, 2008

/s/ J. Jeffries Goodwin
J. Jeffries Goodwin
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

/s/ Douglas S. Burdin
Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for
Safari Club International and
Safari Club International Foundation

Dated: May 20, 2008

/s/ Michael A. Oropallo (with permission)
Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, NY 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145

Counsel for Intervenors

Stipulation to Shorten Time
Case No. 08-1339                                              - 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Stipulation to Shorten Time was submitted to the Court electronically on this 20th day of May, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Attorneys for Plaintiffs

I further certify that, on this 20th day of May, 2008, a copy of the foregoing Stipulation to Shorten Time was sent via first-class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085

Attorney for Plaintiffs

/s/ Kristen Byrnes Floom
Kristen Byrnes Floom

Stipulation to Shorten Time
Case No. 08-1339                                                - 4 -

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No. C-08-1339 (CW) <br><br> Date: July 24, 2008 <br> Time: 2:00 p.m. <br> Judge: Hon. Claudia Wilken <br> Courtroom: Courtroom 2, 4th Floor |

**DECLARATION OF KRISTEN BYRNES FLOOM**

In Support of the Parties' Stipulation to Shorten Time and Waive Oral Argument on Defendants' Motion to Strike Plaintiffs' First Amended Complaint, the undersigned hereby states:

1. I am lead counsel for Federal Defendants in the captioned matter.

2. On May 16, 2008, Plaintiffs filed a Notice Re Filing Of First Amended Complaint, Dkt. No. 75, and a First Amended Complaint for Declaratory Judgment and Injunctive Relief, Dkt. No. 76 ("Amended Complaint").

Defendants' response to Plaintiffs' Amended Complaint is due on June 2, 2008.

3. Defendants are concurrently filing a Motion to Strike Plaintiffs' First Amended Complaint. The first available hearing date for Defendants' Motion to Strike is July 24, 2008. In the absence of expedited briefing and consideration of Defendants' Motion to Strike, there will be no opportunity to resolve the motion prior to the June 2, 2008 deadline for Defendants' responsive pleading.

4. There have been several previous time modifications granted in this case. On April 22, 2008, the Court granted a consent motion to shorten time for consideration of Safari Club International's motion for amici status. See Dkt. No. 30. On May 13, 2008, the Court granted: (a) Safari Club International's motion to shorten time to consider its renewed motion for amici status, Dkt. No. 49; and (b) Conservation Force's motion to shorten time to consider its motion for leave to file a motion for reconsideration, Dkt. No. 60. See Dkt. No. 69.

5. The requested time modification will have no effect on the schedule for the case. There is a case management conference set for June 17, 2008 at 2:00 p.m. Defendants are requesting a accelerated briefing schedule and waiving oral argument on their Motion to Strike in an attempt to resolve their Motion to Strike prior to June 2, 2008.

Executed in Washington, DC on this 20th day of May, 2008

/s/Kristen Byrnes Floom
KRISTEN BYRNES FLOOM

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <u>et</u> <u>al.</u>,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>    Defendants. | Case No. C-08-1339 (CW)<br><br>[PROPOSED] ORDER |

This Court, having considered the parties' Stipulation to Shorten Time and Waive Oral Argument on Defendants' Motion to Strike Plaintiffs' Amended Complaint, hereby ORDERS that the briefing schedule for Defendants' Motion to Strike shall be as follows:

Opposition:    May 23, 2008

Reply:    May 28, 2008

The Court further orders that the Motion to Strike shall be decided without oral argument.

Dated: _____                    _____
                                                                            Hon. Claudia Wilken
                                                                            United States District Judge

- 1 -