UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

                                                                  Case No.

                  Plaintiff(s),

                                                                 ADR CERTIFICATION BY PARTIES
                                                                  AND COUNSEL

       v.

                  Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov   *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                          _____
                                                                                  Greenpeace, Inc.

Dated: _____                                                           _____
                                                                                   [Counsel]

*Pursuant to General Order 45X, I attest that Melanie Duchin has concurred in the filing of this document. /s/ Brendan Cummings

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05