UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

           Plaintiff(s),                Case No.

                                          ADR CERTIFICATION BY PARTIES
                                          AND COUNSEL
     v.

           Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                               _____
                                                                   NRDC

Dated: _____                                            _____
                                                                  [Counsel]

*Pursuant to General Order 45X, I attest that Andrew Wetzler has concurred in the filing of this document. /s/ Brendan Cummings

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05