Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:  (760) 366-2232; Facsimile: (760) 366-2669
Email: bcummings@biologicaldiversity.org
       ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
1095 Market St., Suite 511
San Francisco, CA 94103
Phone: (415) 436-9682; Facsimile: (415) 436-9683
Email: miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606
Phone: (312) 780-7429; Facsimile: (312) 663-9920
Email: awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>Plaintiffs,<br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants and<br><br>CONSERVATION FORCE,<br><br>Intervenor-Defendant. | CASE NO.:  C-08-1339-CW<br><br>PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORIES ON THE IMPORTATION OF POLAR BEAR TROPHIES INTO THE UNITED STATES<br><br>**Date:** May 27, 2008<br>**Judge:** Honorable Claudia Wilkin |

Pursuant to this Court's Order, dated May 13, 2008, Plaintiffs submit the following Memorandum of Points and Authorities on the importation of polar bear trophies into the United States. See Center for Biological Diversity v. Norton, Case No. C-08-1339-CW (N.D. Cal., April 28, 2008) (Amended Order Re Granting Motions to Shorten Time, Granting Safari Clubs Motion for Leave to File an Amicus Brief and Granting for Limited Purposes Conservation Forces Motion to Intervene, Dkt. #69) (hereinafter "May 13 Order").

On May 15, 2008, Defendants placed the polar bear on the federal list of endangered and threatened species, pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531, et seq. "Endangered and Threatened Wildlife and Plants, Determination of Threatened Status for the Polar Bear (*Ursus maritimus*) Throughout its Range," 73 Fed. Reg. 28212-28303 (May 15, 2008) ("Final Listing Rule"). The Final Listing Rule classified the polar bear as a "threatened" species and was effective immediately. This Court asked both Defendants and Plaintiffs to provide it with a brief on the effect that listing the polar bear as threatened has on members of *amicus* Safari Club and intervenor Conservation Force who had already taken polar bear trophies in Canada and applied for an permit from the U.S. Fish and Wildlife Service ("Service") to import those trophies into the United States prior to April 28, 2008. (May 13 Order at 2.)

As Defendants correctly note in both the Final Listing Rule and the Federal Register notice accompanying the "special rule" governing the take of polar bears, issued pursuant to section 4(d) of ESA, 16 U.S.C. § 1533(d), the importation of polar bear parts into the United States is governed by two statutes: the ESA and the Marine Mammal Protection Act ("MMPA"), 16 U.S.C. § 1361 et seq. See "Endangered and Threatened Wildlife and Plants, Special Rule for the Polar Bear," 73 Fed. Reg. 28306-28318 (May 15, 2008) ("4(d) Rule") at 28308; Final Listing Rule, 73 Fed. Reg. at 28242.

Under the ESA, an applicant may receive a permit for the importation of a threatened species or its parts into the United States so long as the Service finds that (1) "the taking and exportation of such fish or wildlife is not contrary to the provisions of the Convention [on International Trade in Endangered and Threatened Species ("CITES")] and all other applicable requirements of the Convention have been satisfied;" and (2) "such importation is not made in the course of a commercial activity." 16 U.S.C. § 1528(c)(2). The import of trophies for personal use is not generally considered "trade" in violation of CITES. CITES, Article VII(3) (available at

1  http://www.cites.org/eng/disc/text.shtml). Nor does the Service regard the importation of trophies for
2  personal use a "commercial activity" as defined by ESA. See 4(d) Rule, 73 Fed. Reg. at 28308. Thus,
3  in and of itself, the listing of the polar bear as a threatened species does not prevent individuals from
4  receiving permits to import polar bear trophies into the United States, so long as those bears were taken
5  legally in Canada. CITES, Article IV(2).

6  However, because the polar bear is now listed as threatened, it is automatically classified as a
7  "depleted" species under the MMPA. 16 U.S.C. § 1362(1)(C). The MMPA only allows the
8  importation of depleted species under limited circumstance. Specifically, under the MMPA, a permit
9  for the importation of a depleted species or its parts may only be granted by the Service to further: (1)
10 "scientific research purposes"; (2) "photography for educational or commercial purposes;" or (3)
11 "enhancing the survival or recovery of a species or stock." 16 U.S.C. § 1371(3)(B). See also 16 U.S.C.
12 § 1372(b) (providing that "[e]xcept pursuant to a permit for scientific research, or for enhancing the
13 survival or recovery of a species or stock, issued under section 1374 (c) of this title, it is unlawful to
14 import into the United States any marine mammal if such mammal was…(3) taken from a species or
15 population stock which the Secretary has, by regulation published in the Federal Register, designated as
16 a depleted species or stock.").

17 In the 4(d) Rule, Defendants conclude that the importation of polar bear trophies into the United
18 States from Canada does not qualify for a permit under any of these exceptions: "Importation of polar
19 bear parts taken in sport hunts in Canada is not one of the exceptions to the restrictions on depleted
20 species. Therefore, as of today's listing of the polar bear as a threatened species importation of a sport-
21 hunted polar bear trophy from Canada is prohibited even if previously authorized and authorization for
22 the import of sport-hunted polar bear trophies from Canada is no longer available under section
23 104(c)(5) of the MMPA." 4(d) Rule, 73 Fed. Reg. at 28308.[1]

24 It should be noted, however, that the MMPA contains a general waiver provision that allows the
25 Secretary of the Interior "to waive the requirements of the section so as to allow taking, or importing of

---

[1] Of course, Safari Club and Conservation Force may challenge this finding. Plaintiffs have already filed an Amended Complaint which seeks to hold the 4(d) unlawful and Safari Club and/or Conservation Force certainly could seek to file a cross-claim against the Final Listing Rule and/or the 4(d) Rule on behalf of themselves and their members. Fed. R. Civ. P. 13.

1  any marine mammal, or any marine mammal product…" 16 U.S.C. § 1371(3)(a); see also 16 U.S.C.
2  §1374(d) (setting forth the procedures required to issue a waiver).  The MMPA thus allows hunters
3  who shot and killed polar bears in Canada, with the intention of importing a polar bear trophy to the
4  United States prior to the listing of the polar bear as a threatened species, to apply to the Secretary of
5  the Interior for a waiver of the MMPA's general ban on the importation of depleted species.  While
6  Plaintiffs take no position at this time on the appropriateness of granting such a waiver, it is not the
7  case that ESA listing of the polar bear has left the members of either Safari Club or Conservation Force
8  without any recourse.
9       In sum, while the interplay of the ESA and MMPA operate to preclude any members of Safari
10 Club or Conservation Force from importing polar bear trophies into the United States at this time, these
11 organizations and their members are not without legal recourse as they can seek to challenge the Final
12 Listing Rule and/or the 4(d) Rule and/or seek a waiver under the MMPA.  As such, it would be
13 unnecessary and inappropriate for this Court to alter its April 28, 2008 Order so as to explicitly allow
14 imports of polar bear trophies under the ESA.

16 DATE: May 27, 2008                              Respectfully Submitted,

18                                                 By:   /s/Brendan Cummings

19                                                 Brendan Cummings (CA Bar No. 193952)
                                                   Kassia Siegel (CA Bar No. 209497)
20                                                 Center for Biological Diversity
                                                   P.O. Box 549
21                                                 Joshua Tree, CA 92252
22                                                 Phone:  (760) 366-2232; Facsimile: (760) 366-2669
                                                    Email:  bcummings@biologicaldiversity.org
23                                                          ksiegel@biologicaldiversity.org

24                                                 Miyoko Sakashita (CA Bar No. 239639)
25                                                 Center for Biological Diversity
                                                   1095 Market St., Suite 511
26                                                 San Francisco, CA 94103
                                                   Phone:  (415) 436-9682; Facsimile: (415) 436-9683
27                                                 Email:  miyoko@biologicaldiversity.org
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085
Phone: (614) 840-0891; Facsimile (415) 875-6161
Email: awetzler@nrdc.org

Attorneys for Plaintiffs