UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

              Plaintiff(s),         Case No.

                                             ADR CERTIFICATION BY PARTIES
                                             AND COUNSEL
     v.

              Defendant(s).
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov  *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

      **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:_____                                                              _____
                                                                                                          [Party]

Dated: _____                                                             _____
                                                                                                          [Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

**\* Pursuant to General Order 45X, I attest that Holly V. Wheeler concurs in the filing of this document.**
   **/s/ Kristen Byrnes Floom**

Rev. 12/05