Brendan Cummings (CA Bar No. 193952)
Kassia Siegel (CA Bar No. 209497)
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone:   (760) 366-2232; Facsimile: (760) 366-2669
Email:  bcummings@biologicaldiversity.org
           ksiegel@biologicaldiversity.org

Miyoko Sakashita (CA Bar No. 239639)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone:  (415) 436-9682; Facsimile: (415) 436-9683
Email:  miyoko@biologicaldiversity.org

Andrew E. Wetzler (CA Bar No. 202299)
Natural Resources Defense Council
101 N. Wacker Drive, Suite 609
Chicago, IL 60606
Phone:  (312) 780-7429; Facsimile: (312) 663-9920
Email:  awetzler@nrdc.org

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>     Plaintiffs,<br><br>     v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>     Defendants, and<br><br>CONSERVATION FORCE,<br><br>     Intervenor-Defendant. | CASE NO.:  C-08-1339-CW<br><br><br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that effective immediately, the contact information for Miyoko Sakashita, attorney for Plaintiffs, is as follows:

Miyoko Sakashita
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
Email: miyoko@biologicaldiversity.org

Contact information for Plaintiffs' other counsel remains unchanged as reflected in the caption of this document.

DATE: June 2, 2008                    Respectfully Submitted,

                                                 /s/ Miyoko Sakashita

                                                Miyoko Sakashita (CA Bar No. 239639)
                                                Attorney for Plaintiffs