RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief
KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No. C-08-1339 (CW) |

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF**

The undersigned parties hereby stipulate to an extension of the time for Defendants to respond to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief, Dkt. No. 76 ("Amended Complaint").

Stipulation to Extend Time
Case No. 08-1339

Under Fed. R. Civ. P. 15(a)(3), Defendants are required to respond to the Amended Complaint within ten days of service, or June 2, 2008. The parties currently have a case management statement due on June 10, 2008 which will address a schedule for resolution of Plaintiffs' Amended Complaint. The parties respectfully request that Defendants be permitted until June 10, 2008 to file a response to the Amended Complaint.

Respectfully submitted,

Dated: June 2, 2008

/s/ Brendan Cummings (with permission)
Brendan Cummings
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA  92252
Telephone:  760-366-2232
Facsimile:  760-366-2669

Counsel for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

Dated: June 2, 2008

/s/ Kristen Byrnes Floom
KRISTEN BYRNES FLOOM, Trial Attorney
DC Bar No. 469615
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Counsel for Defendants

Stipulation to Extend Time
Case No. 08-1339                                                  - 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation to Extend Time was submitted to the Court electronically on this 2nd day of June, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Attorneys for Plaintiffs

I further certify that, on this 2nd day of June, 2008, a copy of the foregoing Stipulation to Extend Time was sent via first-class mail, postage prepaid, to:

Andrew E. Wetzler
Natural Resources Defense Council
544 White Oak Place
Worthington, OH 43085

Attorney for Plaintiffs

/s/ Kristen Byrnes Floom
Kristen Byrnes Floom

Stipulation to Extend Time
Case No. 08-1339                                       - 3 -

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) Case No. C-08-1339 (CW) |
| Plaintiffs, | ) |
| vs. | ) **[PROPOSED] ORDER** |
| DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, | ) |
| Defendants. | ) |

This Court, having considered the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief hereby ORDERS that Defendants shall file a response to Plaintiffs' First Amended Complaint on or before June 10, 2008.

Dated: _____          _____
                                       Hon. Claudia Wilken
                                       United States District Judge