J. Jeffries Goodwin, CASBN 099310
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
Telephone: (916) 929-6000
Facsimile: (916) 929-5137
jjg@goodwinlawcorp.com

Douglas S. Burdin
Admitted Pro Hac Vice
D.C. Bar # 434107
Safari Club International
501 2nd Street N.E.
Washington, D. C. 20002
Telephone: (202) 543-8733
Facsimile: (202) 543-1205
dburdin@safariclub.org

Counsel for Safari Club International and
Safari Club International Foundation

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(OAKLAND DIVISION)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.* ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, *et al.* ) <br> ) <br> Defendants, ) <br> ) <br> SAFARI CLUB INTERNATIONAL, SAFARI ) <br> CLUB INTERNATIONAL FOUNDATION ) <br> ) <br> Amici Movants. ) <br> ) | Case No. 08-cv-1339 (CW) <br><br> **CERTIFICATE OF SERVICE** |

1

I certify that a copy of the Response and Clarification of Safari Club International et al. to Briefs on Importation of Polar Bear Trophies was submitted to the Court electronically on this 3rd day of June, 2008 for filing and service on the following parties:

Kassia Siegel
ksiegel@biologicaldiversity.org

Brendan Cummings
bcummings@biologicaldiversity.org

Miyoko Sakashita
miyoko@biologicaldiversity.org

Kirsten Byrnes Floom
Kirsten.floom@usdoj.gov

Richard J. Finn
rfinn@burnhambrown.com

Michael A. Oropallo
moropallo@hiscockbarclay.com

Andrew Elsas Wetzler
awetzler@nrdc.org

Jean E. Williams
jean.williams@usdoj.gov

                        Respectfully Submitted,

                        /s/ Douglas S. Burdin
                        Douglas S. Burdin
                        Admitted Pro Hac Vice