Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar. No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Intervenors

**UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, A NON-PROFIT CORPORATION, NATURAL RESOURCES DEFENSE COUNCIL, A NON-PROFIT CORPORATION, AND GREENPEACE, INC., A NON-PROFIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, UNITED STATES SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants,<br><br>v. | No. C-08-1339-CW<br><br>**[PROPOSED] ORDER AMENDING COURT'S APRIL 28, 2008 ORDER**<br><br>Complaint Filed: March 10, 2008 |

SAFARI CLUB INTERNATIONAL FOUNDATION

        Third-Party Defendant,

v.

SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION

        Amicus,

CONSERVATION FORCE, INC.

        Intervenor.

Having reviewed the submissions and pleadings, the Court ORDERS as follows:

IT IS ORDERED that this Court's April 28, 2008 Order Granting Plaintiffs' Motion for Summary Judgment and Injunction ("April 28, 2008 Order") is amended for the sole and limited purpose of extending the effective date of the ESA listing of the polar bear as threatened until those polar bear trophies, that were taken before May 15, 2008 (the date of the listing) are imported;

IT IS ORDERED that the United States Fish and Wildlife Service shall permit the importation of those polar bear trophies taken on or before May 15, 2008 for which applications are received within 90 days of this ruling;

IT IS ORDERED THAT except as stated above, the April 28, 2008 Order stands as rendered.

Date: June _____, 2008   _____
                                                      CLAUDIA WILKEN
                                                   United States District Judge