1  Richard Joseph Finn (CA Bar No. 99659)
   Burnham Brown
2  1901 Harrison Street, 11th Floor
   Oakland, CA 94612
3  Phone: (510) 835-6821
   Fax: (510) 835-6666
4  Email: rfinn@burnhambrown.com

5  Michael A. Oropallo
   Hiscock & Barclay LLP
6  300 South State Street
   Syracuse, New York 13202-2078
7  Phone: (315) 425-2831
   Fax: (315) 703-7367
8  Email: moropallo@hiscockbarclay.com

9  John J. Jackson
   Conservation Force
10 3240 S I-10 Service Road W.
   Suite 200
11 Metairie, LA 70001
   Phone: (504) 837-1233
12 Fax: (504) 837-1145
   Email: jjj@conservationforce.org
13
   Attorneys for Interveners

14 UNITED STATES DISTRICT COURT FOR THE

15 NORTHERN DISTRICT OF CALIFORNIA

16 OAKLAND DIVISION

17

| | |
|---|---|
| 18 CENTER FOR BIOLOGICAL DIVERSITY, A NON-PROFIT CORPORATION, NATURAL RESOURCES DEFENSE COUNCIL, A NON-PROFIT CORPORATION, AND GREENPEACE, INC., A NON-PROFIT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, UNITED STATES SECRETARY OF THE INTERIOR AND UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants,<br><br>v.<br><br>SAFARI CLUB INTERNATIONAL | No. C-08-1339-CW<br><br>**DECLARATION OF JOHN J. JACKSON, III, IN SUPPORT OF REPLY OF INTERVENOR CONSERVATION FORCE IN SUPPORT OF ITS MOTION TO EXTEND THE EFFECTIVE DATE OF THE POLAR BEAR LISTING FOR THE LIMITED PURPOSE OF IMPORTING TROPHIES**<br><br>Complaint Filed: March 10, 2008 |

1

FOUNDATION

        Third-Party Defendant,

v.

SAFARI CLUB INTERNATIONAL AND SAFARI CLUB INTERNATIONAL FOUNDATION

        Amicus,

CONSERVATION FORCE, INC.

        Intervenor.

**JOHN J. JACKSON, III, ESQ.** hereby declares as follows:

1. I am an attorney at law duly licensed to practice in the State of Louisiana and before various federal district and circuit courts.

2. I am also the President of Conservation Force, Inc.

3. I have numerous constituents of Conservation Force who have been denied their due process and property rights as a result of the immediacy of the effectiveness of the listing. If given an opportunity, these constituents could present their stories to the Court by affidavit.

4. In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the factual allegations in *Reply of Intervenor Conservation Force in Support of its Motion to Extend the Effective Date of the Polar Bear Listing for Limited Purpose of Importing Trophies* are true and correct.

Dated: June 2, 2008

_____
John J. Jackson, III

2

DECLARATION OF JOHN J. JACKSON, III, IN SUPPORT OF REPLY OF
INTERVENOR CONSERVATION FORCE IN SUPPORT OF ITS MOTION TO
EXTEND THE EFFECTIVE DATE OF THE POLAR BEAR LISTING FOR THE
LIMITED PURPOSE OF IMPORTING TROPHIES
#624261/4

NO C-08-1339-CW.