SETH D. HILTON (SB #181899)
ANDREW F. BRIMMER (SB #179146)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorney for Proposed Intervenor-Defendant
Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 08-1339-CW<br><br>**DECLARATION OF MARILYN CROCKETT**<br><br>Date:   July 17, 2008<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

**DECLARATION OF MARILYN CROCKETT**

1. My name is Marilyn Crockett. I make this declaration on the basis of personal knowledge and am competent to testify to the matters stated herein, which are true and correct to the best of my knowledge, information, and belief.

2. I am the Executive Director of the Alaska Oil and Gas Association (AOGA).

3. AOGA is a private, non-profit trade association whose 17-member companies represent the majority of oil and gas exploration, production, transportation, refining and marketing activities in Alaska. AOGA's current membership includes the following companies:

| | |
|---|---|
| Agrium Kenai Nitrogen Operations | Marathon Oil Company |
| Alyeska Pipeline Service Company | Pacific Energy Resources Ltd. |
| Anadarko Petroleum Corporation | Petro-Canada (Alaska) Inc. |
| BP Exploration (Alaska) Inc. | Petro Star Inc. |
| Chevron | Pioneer Natural Resources Alaska, Inc. |
| Eni Petroleum | Shell Exploration & Production Company |
| ExxonMobil Production Company | StatoilHydro |
| Flint Hills Resources, Alaska | Tesoro Alaska Company |
| | XTO Energy, Inc |

AOGA and its members have a long-standing interest and involvement in responsible oil and gas exploration and development in Alaska, including related conservation and management of Alaskan ecosystems and wildlife.

4. AOGA and its members have a certain, immediate and unique interest in the listing of the polar bear as a threatened species under the Endangered Species Act ("ESA"), the related interim final 4(d) rule that has been challenged by the Plaintiffs in this litigation, and the NEPA process that is also subject to challenge in the present litigation.

a. The Alaska oil and gas industry is the principal industrial activity occurring on the North Slope of Alaska, including offshore areas of the Beaufort and Chukchi Seas, within the habitat of polar bear populations.

b. Although considerable effort is made by AOGA's members, and the oil and gas industry in general, to avoid encounters with polar bears, the extent of oil and gas activities, the proximity of such activities to polar bear habitat, the widely dispersed range of polar bears, and the serious dangers to humans posed by operating in proximity to the Arctic's top predator species, make it impossible to completely eliminate the potential for all interactions with polar bears.

c. The Alaska oil and gas industry (acting collectively through AOGA and individually through its member companies) has been, and for the foreseeable future will remain, the principal applicant for and recipient of take authorizations under the Marine Mammal

Protection Act ("MMPA") pertaining to polar bears. These authorizations have included incidental take regulations for which AOGA has petitioned, as well as issuance of Letters of Authorization ("LOAs") and Incidental Harassment Authorizations ("IHAs") to individual companies.

      d.    As the holders of polar bear take authorizations under the MMPA, AOGA's members are among the primary classes of persons to which the polar bear listing and 4(d) rule directly and immediately applies.

      e.    AOGA, and its members, have been active participants and stakeholders in the polar bear ESA listing process. AOGA has filed extensive public comments regarding the petition to list and the proposed listing, and presented testimony at related public hearings.

      5.    Because polar bears are marine mammals, interactions between the Alaska oil and gas industry and polar bears are unlawful unless authorized under the MMPA. Now that polar bears are listed as threatened under the ESA, the Section 7 consultation requirements of the ESA apply to activities reasonably likely to affect polar bears. In addition, by rule, the prohibition on take in Section 9 of the ESA also applies except as otherwise authorized through the 4(d) rule adopted by the U.S. Fish & Wildlife Service ("USFWS"). The MMPA take requirements and authorizations, the ESA consultation requirements, the ESA take requirements and the polar bear 4(d) rule now form a complex web of statutory and regulatory requirements that AOGA's members must necessarily navigate effective as of May 15, 2008, and continuing so long as the polar bear remains a listed species under the ESA. Accordingly, invalidation of the polar bear 4(d) rule would substantially prejudice the conduct of routine oil and gas activities in Alaska. Any legal action that alters or invalidates the current 4(d) rule would significantly affect AOGA's interests, and its members interests, as active participants in oil and gas exploration and production in and near Beaufort Sea, the Chukchi Sea and the northern Alaska coast.

1

2        I swear under penalty of perjury under the laws of the United States that the foregoing

3   information is true and correct to the best of my knowledge, information, and belief.

4

5        DATED this 27th day of May, 2007, Anchorage, Alaska.

6

7                                         Marilyn Crockett

8

9

10

...

28

STOEL RIVES LLP
ATTORNEYS AT LAW
CALIFORNIA

DECLARATION OF MARILYN CROCKETT   -4-
CASE NO. 07-0894 EDL

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

I, the undersigned, declare that I am a citizen of the United States, over the age of 18 years and not a party to this action. I am employed in the County of Sacramento and my business address is 980 Ninth Street, Suite 1900, Sacramento, California 95814.

On June 6, 2008, I electronically served a copy of the foregoing

**DECLARATION OF MARILYN CROCKET**

on the recipients designated on the Notice of Electronic Filing generated by the Electronic Case File website of the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 6, 2008, at Sacramento, California.

_____
Pamela Spring

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO