SETH D. HILTON (SB #181899)
ANDREW F. BRIMMER (SB #179146)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorney for Proposed Intervenor-Defendant
Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and PACIFIC ENVIRONMENT,<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants. | Case No. 08-1339 CW<br><br>**[PROPOSED] ORDER GRANTING INTERVENTION**<br><br>Date:    July 17, 2008<br>Time:   2:00 p.m.<br>Dept:   Courtroom 2, 4th Floor<br>Judge:  Hon. Claudia Wilken |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING INTERVENTION                              -1-                                          08-1339 CW

Seattle-3422003.1 0010627-00013

After considering the Motion for Leave to Intervene and supporting papers filed by applicant for intervention the Alaska Oil and Gas Association (AOGA) and any responses and replies thereto, it is hereby ordered that the Motion is GRANTED and AOGA's Proposed Answer shall be filed in the form of the Proposed Answer attached to AOGA's moving papers as Exhibit A. AOGA is hereby granted leave to intervene as of right in all claims challenging the May 15, 2008 regulations issued by the defendants and in any remedy phase of plaintiffs' National Environmental Policy Act claims, and is further granted permissive intervention with respect to the merits of plaintiffs' National Environmental Policy Act claims.

IT IS SO ORDERED.

DATED this _____ day of _____, 2008

_____
Hon. Claudia Wilken
United States District Judge

Presented by:

STOEL RIVES LLP

/s/ SETH D. HILTON, ESQ.
Seth D. Hilton (SB #181899))

## PROOF OF SERVICE BY ELECTRONIC TRANSMISSION

I, the undersigned, declare that I am a citizen of the United States, over the age of 18 years and not a party to this action. I am employed in the County of Sacramento and my business address is 980 Ninth Street, Suite 1900, Sacramento, California 95814.

On June 6, 2008, I electronically served a copy of the foregoing

## [PROPOSED] ORDER GRANTING INTERVENTION

on the recipients designated on the Notice of Electronic Filing generated by the Electronic Case File website of the Northern District of California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed June 6, 2008, at Sacramento, California.

*Pamela Spring*