IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>        Plaintiff,<br><br>    v.<br><br>DIRK KEMPTHORNE,<br><br>        Defendant._____/ | No. C 08-01339 CW<br><br>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION |

   Notice is hereby given that the Court, on its own motion, shall take Proposed Intervenor-Defendant Alaska Oil and Gas Association's Motion for Leave to intervene under submission on the papers.  The hearing previously scheduled for July 17, 2008, is vacated.  Opposition to the motion will be due June 26, 2008, and any reply will be due July 3, 2008.

Dated:  6/9/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk