**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | ) Case No. C-08-1339 (CW) |
| Plaintiffs, | ) |
| vs. | ) **ORDER** |
| DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, | ) |
| Defendants. | ) |

This Court, having considered the parties' Stipulation to Extend Time for Defendants to Respond to Plaintiffs' First Amended Complaint for Declaratory Judgment and Injunctive Relief hereby ORDERS that Defendants shall file a response to Plaintiffs' First Amended Complaint on or before June 10, 2008.

6/11/08

Dated: _____

_____
Hon. Claudia Wilken
United States District Judge