SETH D. HILTON (SB #181899)
ANDREW F. BRIMMER (SB #179146)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorney for Proposed Intervenor-Defendant
Alaska Oil and Gas Association

JEFFREY W. LEPPO (AK Bar #0001003)
JASON T. MORGAN (WSBA #38346)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, Washington, 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

*Pro hac vice* applicants

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee pd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY and PACIFIC ENVIRONMENT, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | Case No. 08-01339 CW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (Jason T. Morgan)** <br><br> Judge: Hon. Claudia Wilken |

Pursuant to Civil L.R. 11-3, Jason T. Morgan, an active member in good standing of the bar of the State of Washington, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor Defendant (petition pending) Alaska Oil and Gas Association in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the bar of the states of Washington and the United States District Court for the Western District of Washington;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing* and to become familiar with the Local Rules and the Alternative Dispute Resolution program of the Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

> Seth D. Hilton (SB #181899)
> Andrew F. Brimmer (SB #179146)
> Stoel Rives LLP
> 980 Ninth Street, Suite 1900
> Sacramento CA 95814
> Telephone: (916) 319-4749
> Facsimile: (916) 447-4781
> Email: sdhilton@stoel.com

I declare under penalty of perjury that the foregoing is true and correct,

DATED this 4 day of June, 2008

_____
Jason T. Morgan

|   |   |
|---|---|
| 1 | **DECLARATION OF SERVICE** |

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City of Sacramento and my business address is 980 Ninth Street, Suite 1900, Sacramento California 95814.

On June _11_, 2007, at Sacramento, California, I served the attached document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the following parties:

| | |
|---|---|
| Kassia Rhoades Siegel<br>Brendan R. Cummings<br>Center for Biological Diversity<br>PO Box 549<br>Joshua Tree, CA 92252 | Richard J. Finn<br>Burnham Brown<br>1901 Harrison Street, 11th Floor<br>PO Box 119<br>Oakland, CA 94612 |
| Miyolol Sakashita<br>Center for Biological Diversity<br>1095 Market Street, Suite 511<br>San Francisco, CA 94103 | Kristin Byrnes Floom<br>Jean E. Williams<br>U.S. Dept of Justice<br>PO Box 7369<br>Washington, D.C. 20044 |
| James Jeffries Goodwin<br>Goodwin Law Corporation<br>2300 Bell Executive Lane<br>Sacramento, CA 95825 | Douglas Scott Burdin<br>Safari Club International<br>501 Second Street NE<br>Washington, D.C. 20002 |
| Andrew Elsas Wetzler<br>Natural Resources Defense Council, Inc.<br>101 N. Wacker Drive, Suite 609<br>Chicago, IL 60606 | Michael A. Oropallo<br>Hiscock & Barclay LLP<br>300 South State Street<br>Syracuse, NY 13202 |

[x] **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 980 Ninth Street, Suite 1900, Sacramento California 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

[ ] **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

[x] **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on June _11_, 2008, at Sacramento, California.

_____
Pamela Spring