1  SETH D. HILTON (SB #181899)
   ANDREW F. BRIMMER (SB #179146)
2  STOEL RIVES LLP
   980 Ninth Street, Suite 1900
3  Sacramento CA 95814
   Telephone: (916) 447-0700
4  Facsimile: (916) 447-4781

5  Attorney for Proposed Intervenor-Defendant
   Alaska Oil and Gas Association
6
   JEFFREY W. LEPPO (AK Bar #0001003)
7  JASON T. MORGAN (WSBA #38346)
   STOEL RIVES LLP
8  600 University Street, Suite 3600
   Seattle, Washington, 98101
9  Telephone: (206) 624-0900
   Facsimile: (206) 386-7500
10
   *Pro hac vice* applicants
11

**FILED**

JUN 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14                   OAKLAND DIVISION

15 | CENTER FOR BIOLOGICAL DIVERSITY            | Case No. 08-01339 CW
   | and PACIFIC ENVIRONMENT,
16 |                                             | APPLICATION FOR ADMISSION OF
   |           Plaintiffs,                       | ATTORNEY *PRO HAC VICE*
17 |                                             | *(Jeffrey W. Leppo)*
   |   v.
18 |                                             | Judge:  Hon. Claudia Wilken
   | DIRK KEMPTHORNE, Secretary of the
19 | Interior, and UNITED STATES FISH AND
   | WILDLIFE SERVICE,
20 |
   |           Defendants.
21

22      Pursuant to Civil L.R. 11-3, Jeffrey W. Leppo, an active member in good standing of the

23 bar of the State of Alaska, hereby applies for admission to practice in the Northern District of

24 California on a *pro hac vice* basis representing intervenor Defendant (motion pending) Alaska Oil

25 and Gas Association ("AOGA") in the above-entitled action.

26      In support of this application, I certify on oath that:

27      1.    I am an active member in good standing of the bars of the states of Washington,

28 Alaska and Oregon, and the Washington, D.C. bar, the United States District Courts for the

1 Western and Eastern Districts of Washington, the District of Alaska, the District of Oregon and
2 the District of Washington D.C., the Ninth Circuit and District of Columbia Court of Appeals,
3 and the U.S. Supreme Court;

4     2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local
5 Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing* and to become familiar
6 with the Local Rules and the Alternative Dispute Resolution program of the Court; and,

7     3.    An attorney who is a member of the bar of this Court in good standing and who
8 maintains an office within the State of California has been designated as co-counsel in the above-
9 entitled action. The name, address and telephone number of that attorney is:

> Seth D. Hilton (SB #181899)
> Andrew F. Brimmer (SB #179146)
> Stoel Rives LLP
> 980 Ninth Street, Suite 1900
> Sacramento CA 95814
> Telephone: (916) 319-4749
> Facsimile: (916) 447-4781
> Email: sdhilton@stoel.com

I declare under penalty of perjury that the foregoing is true and correct,

DATED this ___ day of June, 2008

Jeffrey W. Leppo

---

# DECLARATION OF SERVICE

I declare that I am over the age of eighteen years and not a party to this action. I am employed in the City of Sacramento and my business address is 980 Ninth Street, Suite 1900, Sacramento California 95814.

On June \_\_11\_\_, 2007, at Sacramento, California, I served the attached document(s):

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

on the following parties:

Kassia Rhoades Siegel
Brendan R. Cummings
Center for Biological Diversity
PO Box 549
Joshua Tree, CA 92252

Richard J. Finn
Burnham Brown
1901 Harrison Street, 11th Floor
PO Box 119
Oakland, CA 94612

Miyolol Sakashita
Center for Biological Diversity
1095 Market Street, Suite 511
San Francisco, CA 94103

Kristin Byrnes Floom
Jean E. Williams
U.S. Dept of Justice
PO Box 7369
Washington, D.C. 20044

James Jeffries Goodwin
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825

Douglas Scott Burdin
Safari Club International
501 Second Street NE
Washington, D.C. 20002

Andrew Elsas Wetzler
Natural Resources Defense Council, Inc.
101 N. Wacker Drive, Suite 609
Chicago, IL 60606

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, NY 13202

[x] **BY FIRST CLASS MAIL:** I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the U.S. Postal Service. In the ordinary course of business, correspondence would be deposited with the U.S. Postal Service on the day on which it is collected. On the date written above, following ordinary business practices, I placed for collection and mailing at the offices of Stoel Rives LLP, 980 Ninth Street, Suite 1900, Sacramento California 95814, a copy of the attached document in a sealed envelope, with postage fully prepaid, addressed as shown on the service list. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[ ] **BY FACSIMILE:** On the date written above, I caused a copy of the attached document to be transmitted to a fax machine maintained by the person on whom it is served at the fax number shown on the service list. That transmission was reported as complete and without error and a transmission report was properly issued by the transmitting fax machine.

[ ] **BY HAND DELIVERY:** On the date written above, I placed a copy of the attached document in a sealed envelope, with delivery fees paid or provided for, and arranged for it to be delivered by messenger that same day to the office of the addressee, as shown on the service list.

[x] **(Federal Courts Only)** I declare that I am employed in the office of a member of this court at whose direction this service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on June \_\_11\_\_, 2008, at Sacramento, California.

/s/ Pamela Spring
Pamela Spring