1  SETH D. HILTON (SB #181899)
   ANDREW F. BRIMMER (SB #179146)
2  STOEL RIVES LLP
   980 Ninth Street, Suite 1900
3  Sacramento CA 95814
   Telephone: (916) 447-0700
4  Facsimile: (916) 447-4781
   Attorney for Proposed Intervenor-Defendant
5  Alaska Oil and Gas Association

6  JEFFREY W. LEPPO (AK Bar #0001003)
   JASON T. MORGAN (WSBA #38346)
7  STOEL RIVES LLP
   600 University Street, Suite 3600
8  Seattle, Washington, 98101
   Telephone: (206) 624-0900
9  Facsimile: (206) 386-7500

10  *Pro hac vice* applicants

11  **RECEIVED**

12      JUN 1 1 2008              UNITED STATES DISTRICT COURT

13      RICHARD W. WIEKING        NORTHERN DISTRICT OF CALIFORNIA
        CLERK, U.S. DISTRICT COURT
14  NORTHERN DISTRICT OF CALIFORNIA        OAKLAND DIVISION
             OAKLAND

15  CENTER FOR BIOLOGICAL DIVERSITY          Case No. 08-1339 CW
    and PACIFIC ENVIRONMENT,
16                                           (~~PROPOSED~~)
                                             ORDER GRANTING APPLICATION
17            Plaintiffs,                    FOR ADMISSION OF ATTORNEY
                                             *PRO HAC VICE (Jason T. Morgan)*
18        v.
                                             Judge:    Hon. Claudia Wilken
19  DIRK KEMPTHORNE, Secretary of the
    Interior, and UNITED STATES FISH AND
20  WILDLIFE SERVICE,

21            Defendants.

22

23          Jason T. Morgan, an active member in good standing of the bar of the State of

24  Washington, whose business address and telephone number is Stoel Rives LLP, 600 University

25  Street, Suite 3600, Seattle, WA 98101, Tel. (206) 624-0900, having applied in the above entitled

26  action for admission to practice in the Northern District of California on a *pro hac vice* basis

27  representing intervenor-defendant Alaska Oil and Gas Association,

28

STOEL RIVES LLP     [PROPOSED] ORDER GRANTING
ATTORNEYS AT LAW    ADMISSION *PRO HAC VICE (MORGAN)*        -1-                        08-1339 CW
  SACRAMENTO

Seattle-3421991.1 0010627-00013

1       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

2  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

3  *vice*. Service of papers upon and communication with co-counsel designated in the application

4  will constitute notice to the party. All filings in this action are subject to the requirements

5  contained in General Order No. 45, *Electronic Case Filing*.

6

7      DATED this __ day of _____, 2008    **JUN 1 3 2008**

8

9                                  Hon. Claudia Wilken
                                   United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING
ADMISSION *PRO HAC VICE (MORGAN)*     -2-     08-1339 CW

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

Seattle-3421991.1 0010627-00013