SETH D. HILTON (SB #181899)
ANDREW F. BRIMMER (SB #179146)
STOEL RIVES LLP
980 Ninth Street, Suite 1900
Sacramento CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

Attorney for Proposed Intervenor-Defendant
Alaska Oil and Gas Association

JEFFREY W. LEPPO (AK Bar #0001003)
JASON T. MORGAN (WSBA #38346)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, Washington, 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

*Pro hac vice* applicants

**FILED**
JUN 1 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**RECEIVED**
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Oakland DIVISION

CENTER FOR BIOLOGICAL DIVERSITY and PACIFIC ENVIRONMENT,

　　　　Plaintiffs,

　　v.

DIRK KEMPTHORNE, Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,

　　　　Defendants.

Case No. 08-1339 CW

(~~PROPOSED~~)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* (*Jeffrey W. Leppo*)

Judge:　Hon. Claudia Wilken

Jeffrey W. Leppo, an active member in good standing of the bar of the State of Alaska, whose business address and telephone number is Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101, Tel. (206) 624-0900, having applied in the above entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis representing intervenor-defendant Alaska Oil and Gas Association,

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING
ADMISSION *PRO HAC VICE (LEPPO)*     -1-     08-1339 CW

Seattle-3421990.1 0010627-00013

1    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
2    conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
3    *vice*. Service of papers upon and communication with co-counsel designated in the application
4    will constitute notice to the party. All filings in this action are subject to the requirements
5    contained in General Order No. 45, *Electronic Case Filing*.
6    DATED this ___ day of ___JUN 1 3 2008___, 2008

                                                        _____
                                                        Hon. Claudia Wilken
                                                        United States District Judge

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING
ADMISSION *PRO HAC VICE (LEPPO)*            -2-                                  08-1339 CW

Seattle-3421990.1 0010627-00013