UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

    v.

DIRK KEMPTHORNE,

    Defendant.

NO. 08-01339CW

**MINUTE ORDER**
Date: 6/17/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:**  Starr Wilson, pro tem

**Appearances for Plaintiff:**
Kassie Siegel

**Appearances for Defendant:**
Kristen Floom by phone

**Case Management Conference Held?:**  Yes

Notes:  Court will allow amended complaint to be filed; Defendant has already answered.  A related case has been filed in D.C.; Plaintiff has filed a motion to intervene in that case; Defendant to consider filing motion to transfer that case here.  Plaintiff will need stipulation or motion to file second amended complaint. Defendant will have administrative record ready 60 days after plaintiff files second amended complaint.  **Plaintiff to file by 10/16/08 motion for summary judgment and notice for hearing on 1/8/09 at 2:00 p.m.**  Defendant's opposition and any cross motion (contained within a single brief) due 11/26/08; Plaintiff's reply/opposition to cross-motion (contained within a single brief) due 12/11/08; Defendant's surreply due 12/18/08. Defendant to file further supplemental brief re polar bear trophies and included whether Secretary of the Interior cannot waive requirement one week from today.

Copies to:  Chambers