**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. C-08-1339 (CW) <br><br> **STIPULATION RE: FILING OF SECOND AMENDED COMPLAINT** |

**STIPULATION RE FILING OF SECOND AMENDED COMPLAINT**

Pursuant to this Court's Minute Order dated June 17, 2008, Plaintiffs and Defendants hereby stipulate to the filing of Plaintiffs' Second Amended Complaint in this action. Plaintiffs shall file their Second Amended Complaint no later than July 16, 2008. Defendants' Answer to Plaintiffs' Second Amended Complaint shall be filed no later than September 15, 2008. The rest of the schedule remains as set forth in the June 17, 2008 Minute Order:

September 15, 2008: Defendant Files and Serves Administrative Record

October 16, 2008: Plaintiffs file Motion for Summary Judgment Noticed for January 8, 2009 and Opening Brief

November 26, 2008: Defendants file opposition and any cross motion (contained within a single brief)

December 11, 2008: Plaintiffs file reply and opposition to any cross motion

December 18, 2008: Defendants file surreply

January 8, 2009: Hearing on cross motions for Summary Judgment.

Stipulation to Re: Filing of Second Amended Complaint
Case No. 08-1339-CW

| | |
|---|---|
| Dated: June 26, 2008 | Respectfully submitted, |
| | /s/ Brendan Cummings |
| | Brendan Cummings (CA Bar # 193952) |
| | Center for Biological Diversity |
| | P.O. Box 549 |
| | Joshua Tree, CA  92252 |
| | Telephone:  760-366-2232 |
| | Facsimile:  760-366-2669 |
| | bcummings@biologicaldiversity.org |
| | |
| | Counsel for Plaintiffs |
| | |
| | RONALD J. TENPAS |
| | Assistant Attorney General |
| | United States Department of Justice |
| | Environment & Natural Resources Division |
| | JEAN E. WILLIAMS, Chief |
| | LISA LYNNE RUSSELL, Assistant Chief |
| Dated: June 26, 2008 | /s/ Kristen Byrnes Floom |
| | KRISTEN BYRNES FLOOM, Trial Attorney |
| | DC Bar No. 469615 |
| | United States Department of Justice |
| | Environment & Natural Resources Division |
| | Wildlife and Marine Resources Section |
| | Benjamin Franklin Station, P.O. Box 7369 |
| | Washington, DC 20044-7369 |
| | Telephone: (202) 305-0340 |
| | Facsimile: (202) 305-0275 |
| | Kristen.Floom@usdoj.gov |
| | |
| | Counsel for Defendants |

I, Brendan Cummings, pursuant to ECF General Order 45X.B, attest that Kristen Floom has concurred in and authorized the filing of this document with this court.

/s/ Brendan Cummings
Brendan Cummings
Attorney for Plaintiffs