John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org



FILED
JUN 2 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior and UNITED STATES FISH AND WILDLIFE SERVICE;<br><br>Defendants. | No. C-08-1339-CW<br><br>AMENDED APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Pursuant to Civil L.R. 11-3, John J. Jackson, III, an active member in good standing of the bar of the District of Columbia, the U.S. Supreme Court, and numerous other Courts, hereby applies for admission to practice in the United States Disctrict Court for the Northern District of California on a pro hac vice basis representing Intervenor, Conservation Force in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of multiple United States District and Appellate Courts and of the highest court of the State of Louisiana and the U.S. District of Columbia and the U.S. Supreme Court;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court.

3. Attorney Richard J. Finn is designated as a member of this court in good standing with an office in this state and is already attorney of record for intervenor in this case. (Richard J. Finn, Burnham Brown, 1901 Harrison Street, 11th Floor, PO Box 119, Oakland, CA 94612; 510-444-6800)

I declare under penalty of perjury that the foregoing is true and correct.

John J. Jackson, III
Attorney at Law
3240 S. I-10 Service Rd. W., Suite 200
Metairie, LA 70001-6911
Phone: 504-837-1233
Fax: 504-837-1145
Email: jjw-no@att.net

**IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon the communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 2 7 2008

Claudia Wilken
United States District Judge

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE                NO. C-08-1339-CW

## CERTIFICATE OF SERVICE

I certify that this has been mailed to all other counsel of record this 17th day of June 2008.

John J. Jackson, III