Fee paid
ORIGINAL
CV

```
René P. Tatro (SBN 78383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071
Telephone:   (213) 225-7171
Facsimile:   (213) 225-7151
E-mail:      renetatro@ttsmlaw.com
             jmarkowitz@ttsmlaw.com

Jeffrey M. Feldman (AK Bar #7605029)
Kevin M. Cuddy (MA Bar #647799)
Pro hac vice applications pending
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             cuddy@frozenlaw.com

Attorneys for Proposed Intervenor-Defendant
Arctic Slope Regional Corporation
```

**FILED**

JUL - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. C-08-1339-CW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br> *(Jeffrey M. Feldman)* <br><br> Honorable Claudia Wilkin <br><br> **FILE BY FAX** |

---

APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE (Jeffrey M. Feldman)                     C-08-1339-CW

1  Pursuant to Civil L.R. 11-3, Jeffrey M. Feldman, an active member in good standing
2  of the bar of the State of Alaska, applies for admission to practice in the Northern District of
3  California on a *pro hac vice* basis representing intervenor defendant (motion pending)
4  Arctic Slope Regional Corporation ("ASRC") in the above-entitled action.

5  In support of this application, I certify on oath that:

6  1.  I am an active member in good standing of the bars of the State of Alaska, the
7  United States District Court for the District of Alaska, the Ninth and Fifth Circuit and
8  Courts of Appeals, and the U.S. Supreme Court;

9  2.  I agree to abide by the Standards of Professional Conduct set forth in Civil
10 L.R. 11-4, to comply with General Order No. 45, *Electronic Case Filing* and to become
11 familiar with the Local Rules and the Alternative Dispute Resolution program of the court;
12 and,

13 3.  An attorney who is a member of the bar of this court in good standing and
14 who maintains an office within the State of California has been designated as co-counsel in
15 the above-entitled action. The name, address and telephone number of that attorney is:

16    René P. Tatro (SBN 78383)
17    TATRO TEKOSKY SADWICK LLP
      333 South Grand Avenue, Suite 4270
18    Los Angeles, CA 90071
      Telephone:  (213) 225-7171
19    Facsimile:  (213) 225-7151
20    Email:      renetatro@ttsmlaw.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of July, 2008.

                                         /s/ Jeffrey M. Feldman

Jeffrey M. Feldman  
Alaska Bar No. 7605029  
FELDMAN ORLANSKY & SANDERS  
500 L Street, Suite 400  
Anchorage, Alaska 99501  
Telephone:  (907) 272-3538  
Facsimile:  (907) 274-0819  
Email:  feldman@frozenlaw.com  

*Attorney for Intervenor Defendant  
Arctic Slope Regional Corporation*

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 333 S. Grand Street, Suite 4270, Los Angeles, California 90071.

On July 3, 2008, I served the foregoing documents(s) described as:

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***
***(JEFFREY M. FELDMAN)***

on the interested parties in this action as follows

__x__ by placing ___ the original __x__ a true copy thereof enclosed in sealed envelopes addressed as stated on:

**SEE ATTACHED LIST**

**BY FACSIMILE**
___ The within document(s) was/were served on the interested party(ies) in said action via facsimile transmission from the following fax number (213) 225-7151.

**BY PERSONAL SERVICE**
___ I caused a true copy of the above-referenced document to be served on the interested party(ies) in said action via personal service.

**BY MAIL**
__X__ As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on July 3, 2008, at Los Angeles, California.

__X__ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

___ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

*/s/ Karen L. Roberts*
Karen L. Roberts

POS-mail

## SERVICE LIST

| | |
|---|---|
| Kassia Rhoades Siegel, Esq.<br>Brendan R. Cummings, Esq.<br>Center for Biological Diversity<br>P.O. Box 549<br>Joshua Tree, CA 92252 | **Plaintiff**<br>Center for Biological Diversity<br>Natural Resources Defense Counsel<br>Greenpeace, Inc. |
| Andrew Elsas Wetzler, Esq.<br>Natural Resources Defense Council, Inc.<br>101 N. Wacker Drive, Suite 609<br>Chicago, IL 60606 | |
| Miyoko Sakashita, Esq.<br>Center for Biological Diversity<br>351 California Street, Suite 600<br>San Francisco, CA 94104 | |
| Kristen Byrnes Floom, Esq.<br>Jean E. Williams, Esq.<br>United States Department of Justice<br>P.O. Box 7369<br>Washington, DC 20044-7369 | **Defendants**<br>Dirk Kempthorne, United States Secretary of the Interior<br>United States Fish and Wildlife Service |
| Jason T. Morgan, Esq.<br>Jeffrey W. Leppo, Esq.<br>*Pro Hac Vice*<br>Stoel Rives, LLP<br>600 University Street, #3600<br>Seattle, WA 98101 | **Intervenor Dft**<br>Alaska Oil and Gas Association |
| Seth D. Hilton, Esq.<br>Stoel Rives, LLP<br>980 Ninth Street, Suite 1900<br>Sacramento, CA 95814 | |
| James Jeffries Goodwin, Esq.<br>Goodwin Law Corporation<br>2300 Bell Executive Lane<br>Sacramento, CA 95825 | **Amicus**<br>Safari Club International<br>Safari Club International Foundation |
| Douglas Scott Burdin, Esq.<br>*Pro Hac Vice*<br>Safari Club International<br>501 Second St., NE<br>Washington, DC 20002 | |

| | |
|---|---|
| Richard J. Finn, Esq.<br>Burnham Brown<br>1901 Harrison Street, 11th Floor<br>P.O. Box 119<br>Oakland, CA 94612 | **Intervenor**<br>Conservation Force |
| John J. Jackson III, Esq.<br>*Pro Hac Vice*<br>Conservation Force<br>3240 S I-10 Service Road W., Suite 200<br>Metairie, LA 70001 | |
| Michael A. Oropallo, Esq.<br>*Pro Hac Vice*<br>Hiscock & Barclay LLP<br>300 S. State Street<br>Syracuse, NY 13202-2078 | |