René P. Tatro (SBN 78383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071
Telephone:   (213) 225-7171
Facsimile:   (213) 225-7151
E-mail:      renetatro@ttsmlaw.com
             jmarkowitz@ttsmlaw.com

Jeffrey M. Feldman (AK Bar #7605029)
Kevin M. Cuddy (MA Bar #647799)
*Pro hac vice applications pending*
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             cuddy@frozenlaw.com

*Attorneys for Proposed Intervenor-Defendant*
*Arctic Slope Regional Corporation*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. C-08-1339-CW |
| Plaintiffs, | **ORDER GRANTING PERMISSION FOR NON-RESIDENT ATTORNEY JEFFREY M. FELDMAN TO APPEAR AND PARTICIPATE** |
| v. | |
| DIRK KEMPTHORNE, et al., | |
| Defendants. | Honorable Claudia Wilkin |

IT IS HEREBY ORDERED that the Application for Admission of Attorney *Pro Hac Vice (Jeffrey M. Feldman)* to appear and participate as co-counsel ^proposed^ for defendant-intervenor Arctic Slope Regional Corporation in the above-referenced case is GRANTED.

DATED this 8th day of July, 2008.

_____
Honorable Claudia Wilken
United States District Judge