René P. Tatro (SBN 78383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071
Telephone:   (213) 225-7171
Facsimile:   (213) 225-7151
E-mail:      renetatro@ttsmlaw.com
             jmarkowitz@ttsmlaw.com

Jeffrey M. Feldman (AK Bar #7605029)
Kevin M. Cuddy (MA Bar #647799)
*Pro hac vice applications pending*
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             cuddy@frozenlaw.com

*Attorneys for Proposed Intervenor-Defendant*
*Arctic Slope Regional Corporation*

FILED
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>   Defendants. | Case No. C-08-1339-CW<br><br>**ORDER GRANTING PERMISSION FOR NON-RESIDENT ATTORNEY KEVIN M. CUDDY TO APPEAR AND PARTICIPATE**<br><br>Honorable Claudia Wilkin |

1  IT IS HEREBY ORDERED that the Application for Admission of Attorney *Pro Hac*
2  *Vice (Kevin M. Cuddy)* to appear and participate as co-counsel for defendant-intervenor
3  Arctic Slope Regional Corporation in the above-referenced case is GRANTED.
4  DATED this 8th day of July, 2008.

_____
Honorable Claudia Wilken
United States District Judge