IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRK KEMPTHORNE,<br><br>    Defendant._____/ | No. C 08-01339 CW<br><br>CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION |

    Notice is hereby given that the Court, on its own motion, shall take Arctic Slope Regional Corporation's motion to intervene under submission on the papers. The hearing previously scheduled for August 14, 2008, is vacated. Opposition to the motion will be due July 24, 2008, and any reply will be due July 31, 2008.

Dated: 7/10/08

                                                    SHEILAH CAHILL
                                                    Deputy Clerk