Andrew Hawley (Cal. Bar No. 229274)
Brian Segee (Cal. Bar No. 200795)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C.  20036
(202) 682-9400 x124
ahawley@defenders.org
bsegee@defenders.org

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <u>et al.</u>, | CASE NO.: C-08-1339-CW |
| Plaintiffs, | [PROPOSED] ORDER GRANTING DEFENDERS OF WILDLIFE'S MOTION TO INTERVENE |
| v. | |
| DIRK KEMPTHORNE, <u>et al.</u>, | |
| Defendants. | |

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and in consideration of Intervenor's Motion for Intervention, and having found that adequate grounds exist for intervention, the Court orders as follows:

IT IS ORDERED, that Intervenor's motion is GRANTED, allowing Intervenor to participate in this action.

DATED this _____ day of _____, 2008

_____
Honorable Claudia Wilken
Unites States District Court Judge