Andrew M. Hawley (Cal. Bar No. 229274)
Brian Segee (Cal. Bar No. 200795)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C.  20036
(202) 682-9400 x124
ahawley@defenders.org
bsegee@defenders.org

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | CASE NO.: C-08-1339-CW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted this 24th day of July 2008,

 /s/Andrew M. Hawley
Andrew M. Hawley (Cal. Bar. 229274)
Brian Segee (Cal. Bar. 200795)
Defenders of Wildlife
1130 Seventeenth Street, N.W.
Washington, D.C. 20036
(202) 682-9400

Attorneys for Plaintiff-Intervenor