Richard Joseph Finn (CA Bar No. 99659)
Burnham Brown
1901 Harrison Street, 11th Floor
Oakland, CA 94612
Phone: (510) 835-6821
Fax: (510) 835-6666
Email: rfinn@burnhambrown.com

Michael A. Oropallo, Pro Hac Vice
Ellen K. Eagen (CA Bar. No. 230802)
Hiscock & Barclay LLP
300 South State Street
Syracuse, New York 13202-2078
Phone: (315) 425-2831
Fax: (315) 703-7367
Email: moropallo@hiscockbarclay.com
Email: eeagen@hiscockbarclay.com

John J. Jackson
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001
Phone: (504) 837-1233
Fax: (504) 837-1145
Email: jjj@conservationforce.org

Attorneys for Appellant - Intervenors

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY; NATURAL RESOURCES DEFENSE COUNCIL; and GREENPEACE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior; and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | No. C-08-1339-CW <br><br> Complaint Filed: March 10, 2008 <br><br> **REPRESENTATION STATEMENT FOR PURPOSES OF CONSERVATION FORCE'S APPEAL TO NINTH CIRCUIT COURT OF APPEALS** |

The undersigned represents Intervenor, Conservation Force, Inc., and Appellant in this matter, and no other party.  Attached is a service list that shows all of the parties to the action

1

below, and identifies their counsel by name, firm, address and telephone number, where

appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

DATE:    July _25_, 2008                    Respectfully Submitted,

                                            By: _____

                                            Richard Joseph Finn (CA Bar No. 99659)
                                            Burnham Brown
                                            1901 Harrison Street, 11th Floor
                                            Oakland, CA 94612
                                            Phone: (510) 835-6821
                                            Fax: (510) 835-6666
                                            Email: rfinn@burnhambrown.com

                                            Michael A. Oropallo, Pro Hac Vice
                                            Ellen K. Eagen (CA Bar. No. 230802)
                                            Hiscock & Barclay LLP
                                            300 South State Street
                                            Syracuse, New York 13202-2078
                                            Phone: (315) 425-2831
                                            Fax: (315) 703-7367
                                            Email: moropallo@hiscockbarclay.com
                                            Email: eeagen@hiscockbarclay.com

                                            John J. Jackson
                                            Conservation Force
                                            3240 S I-10 Service Road W.
                                            Suite 200
                                            Metairie, LA 70001
                                            Phone: (504) 837-1233
                                            Fax: (504) 837-1145
                                            Email: jjj@conservationforce.org

                                            Attorneys for Appellant - Intervenors

INTERVENORS' REPRESENTATION STATEMENT                    NO. C-08-1339-CW
SYLIB01\6380071

## SERVICE LIST

**Kassia Rhoades Siegel**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: 760-366-2232
Fax: 760-366-2669
Email: ksiegel@biologicaldiversity.org

**Andrew E. Wetzler**
Natural Resources Defense Council, Inc.
544 White Oak Place
Worthington, OH 43085
614-840-0891, Fax: 415-875-6161
Email: awetzler@nrdc.org

**Brendan R. Cummings**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
Fax: 760-366-2669
Email: bcummings@biologicaldiversity.org

**Miyoko Sakashita**
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org

**ATTORNEYS FOR PLAINTIFFS**

**Kristen Byrnes Floom**
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
202-305-0340
Email: Kristen.Floom@usdoj.gov

Jean E. Williams
Department of Justice
P.O. Box 7369
Washington, DC 20044-7369
202-305-0275
Email: jean.williams@usdoj.gov

**ATTORNEYS FOR DEFENDANTS**

INTERVENORS' REPRESENTATION STATEMENT
SY:JB01638007J

NO. C-08-1339-CW .

1   **James Jeffries Goodwin**
2   Goodwin Law Corporation
    2300 Bell Executive Lane
3   Sacramento, CA 95825
    916-929-6000
4   Fax: 916-929-5137
    Email: jeffriesgoodwin@gmail.com
5

6   **Douglas Scott. Burdin**
    Sarfari Club International
7   501 Second Street, NE
    Washington, DC 20001
8   202-543-8733
    Fax: 202-543-1205
9   Email: dburdin@safariclub.org

10
    **ATTORNEYS FOR THIRD-PARTY**
11  **DEFENDANT AND AMICUS**

12  **Jason T. Morgan**
    Stoel Rives, LLP
13  600 University Street, #3600
    Seattle, WA 98101
14  206-624-0900
    Fax: 206-386-7500
15  Email: jtmorgan@stoel.com
16

17  **Jeffrey W. Leppo**
    Stoel Rives, LLP
18  600 University Street, #3600
    Seattle, WA 98101
19  206-624-0900
    Fax: 206-386-7500
20  Email: jwleppo@stoel.com
21

22  **Seth D. Hilton**
    Stoel Rives, LLP
    600 University Street, #3600
23  Seattle, WA 98101
    206-624-0900
24  Fax: 206-386-7500
25  Email: sdhilton@stoel.com

26  **ATTORNEYS FOR INTEVENOR DEFENDANT**
    **ALASKA OIL AND GAS ASSOCIATION**
27

28

1    **Rene Pierro Tatro**
     Tatro Tekosky Sadwick LLP
2    333 S. Grand Avenue, Suite 4270
     Los Angeles, CA 90071
3    213-225-7171
     Fax: 213-225-7151
4    Email: renetatro@ttsmlaw.com

5    **Jeffrey M. Feldman**
6    Feldman Orlansky & Sanders
     500 L Street, suite 400
7    Anchorage, AK 99501
     907-272-3538
8    Fax: 907-274-0819
     Email:
9

10   **Kevin M. Cuddy**
     Feldman Orlansky & Sanders
11   500 L Street, suite 400
     Anchorage, AK 99501
12   907-272-3538
     Fax: 907-274-0819
13   Email:

14
     **ATTORNEYS FOR INTEVENOR**
15   **DEFENDANT ARCTIC SLOPE**
     **REGIONAL CORPORATION**
16

17

18

19

20

21

22

23

24

25

26

27

28

5

## CERTIFICATE OF SERVICE

I certify that on July _____, 2008, a true and correct copy of the foregoing **Representation Statement** , in the appeal for District Court Case No. C-08-1339-CW, was served by Overnight Delivery, Electronic Delivery and/or Facsimile Transmission on the counsel of record for all parties to the action below in this matter as follows:

**Kassia Rhoades Siegel**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: 760-366-2232
Fax: 760-366-2669
Email: ksiegel@biologicaldiversity.org

**Andrew E. Wetzler**
Natural Resources Defense Council, Inc.
544 White Oak Place
Worthington, OH 43085
614-840-0891, Fax: 415-875-6161
Email: awetzler@nrdc.org

**Brendan R. Cummings**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
Fax: 760-366-2669
Email: bcummings@biologicaldiversity.org

**Miyoko Sakashita**
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org

**ATTORNEYS FOR PLAINTIFFS**

**Kristen Byrnes Floom**
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
202-305-0340
Email: Kristen.Floom@usdoj.gov

6

1   Jean E. Williams
    Department of Justice
2   Benjamin Franklin Station
    P.O. Box 7369
3   Washington, DC 20044-7369
    202-305-0275
4   Email: jean.williams@usdoj.gov

5   **ATTORNEYS FOR DEFENDANTS**

6
    **James Jeffries Goodwin**
7   Goodwin Law Corporation
    2300 Bell Executive Lane
8   Sacramento, CA 95825
    916-929-6000
9   Fax: 916-929-5137
10  Email: jeffriesgoodwin@gmail.com

11  **Douglas Scott. Burdin**
    Sarfari Club International
12  501 Second Street, NE
    Washington, DC 20001
13  202-543-8733
14  Fax: 202-543-1205
    Email: dburdin@safariclub.org
15
    **ATTORNEYS FOR THIRD-PARTY**
16  **DEFENDANT AND AMICUS**

17
    **Jason T. Morgan**
18  Stoel Rives, LLP
    600 University Street, #3600
19  Seattle, WA 98101
    206-624-0900
20  Fax: 206-386-7500
    Email: jtmorgan@stoel.com
21
22  **Jeffrey W. Leppo**
    Stoel Rives, LLP
23  600 University Street, #3600
    Seattle, WA 98101
24  206-624-0900
    Fax: 206-386-7500
25  Email: jwleppo@stoel.com

26
    **Seth D. Hilton**
27  Stoel Rives, LLP
    600 University Street, #3600
28  Seattle, WA 98101

7

1    206-624-0900
     Fax: 206-386-7500
2    Email: sdhilton@stoel.com

3    **ATTORNEYS FOR INTEVENOR DEFENDANT**
     **ALASKA OIL AND GAS ASSOCIATION**
4
     **Rene Pierro Tatro**
5    Tatro Tekosky Sadwick LLP
     333 S. Grand Avenue, Suite 4270
6    Los Angeles, CA 90071
     213-225-7171
7    Fax: 213-225-7151
     Email: renetatro@ttsmlaw.com
8
9    **Jeffrey M. Feldman**
     Feldman Orlansky & Sanders
10   500 L Street, suite 400
     Anchorage, AK 99501
11   907-272-3538
     Fax: 907-274-0819
12   Email:
13
14   **Kevin M. Cuddy**
     Feldman Orlansky & Sanders
15   500 L Street, suite 400
     Anchorage, AK 99501
16   907-272-3538
     Fax: 907-274-0819
17   Email:
18
19   **ATTORNEYS FOR INTEVENOR**
     **DEFENDANT ARCTIC SLOPE**
20   **REGIONAL CORPORATION**
21
22   _____
     Richard Joseph Finn
23
24
25
26
27
28