UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

July 28, 2008

**CASE INFORMATION:**
Short Case Title:  <u>CENTER FOR BIOLOGICAL DIVERSITY</u>-v- <u>DIRK KEMPTHORNE</u>
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: <u>No.CA, Oakland; Claudia Wilken</u>
Criminal and/or Civil Case No.:  <u>CV 08-01339 CW  </u>
Date Complaint/Indictment/Petition Filed: <u>03/10/2008</u>
Date Appealed order/judgment *entered* <u>7/11/08, 6/17/08, 5/14/08, 513/08, 5/12/08, 4/28/08</u>
Date NOA *filed* <u>7/25/08</u>
Date(s) of Indictment   Plea Hearing   Sentencing

COA Status (check one):     ☐ granted in full (attach order)        ☐ denied in full (send record)
                            ☐ granted in part (attach order)        ☐ pending

Court Reporter(s) Name & Phone Number: <u>Starr Wilson,</u>

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: <u>7/25/08</u>                 Date Docket Fee Billed:
Date FP granted:                                     Date FP denied:
Is FP pending? ☐ yes  ☐ no                           Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                                   Appellee Counsel:

***See attached "representation statement"***


☐ retained   ☐ CJA   ☐ FPD   ☐ Pro Se   ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                         Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                          9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: <u>Clara Pierce</u>
                                                    510-637-3535