1

2   RONALD J. TENPAS
    Assistant Attorney General
3   United States Department of Justice
    Environment & Natural Resources Division
4   JEAN E. WILLIAMS, Chief
    LISA LYNNE RUSSELL, Assistant Chief
5   KRISTEN BYRNES FLOOM, Trial Attorney (DC Bar No. 469615)
    United States Department of Justice
6   Environment & Natural Resources Division
    Wildlife and Marine Resources Section
7   Benjamin Franklin Station, P.O. Box 7369
    Washington, DC 20044-7369
8   Telephone: (202) 305-0340
    Facsimile: (202) 305-0275
9   Kristen.Floom@usdoj.gov

10  Attorneys for Defendants

11                  **UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12                      **OAKLAND DIVISION**

13  CENTER FOR BIOLOGICAL            ) Case No. C-08-1339 (CW)
    DIVERSITY, <u>et</u> <u>al.</u>,            )
14                                   )
                                     )
15          Plaintiffs,              )
                                     )
16       vs.                         )
                                     )
17  DIRK KEMPTHORNE, United States   )
    Secretary of the Interior, and UNITED )
18  STATES FISH AND WILDLIFE         )
    SERVICE,                         )
19                                   )
            Defendants.              )
20  ─────────────────────────────────

21          **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE**
            **ADMINISTRATIVE RECORD AND REQUEST FOR ENLARGEMENT**
22          **OF PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFS**

23          The undersigned parties hereby stipulate to an extension of the time for Defendants to file

24  the administrative record in the captioned matter.  Pursuant to the Court's July 2, 2008 Order,

25  Dkt. No. 113, the Administrative Record and Defendants' Answer to Plaintiffs' Second Amended

26  Complaint are due on September 15, 2008.  Defendants have encountered delays in preparing the

27

28  Stipulation to Extend Time for Admin. Record and
    Request for Enlargement of Page Limits
    Case No. 08-1339

administrative record due to the large number of documents produced by offices within the U.S.

Department of the Inerior which must be included in the record.  Therefore, the parties request

that the Court grant a two-week extension, until September 29, 2008, for filing of the

administrative record.  Defendants will file their Answer on September 15, 2008, as provided in

the Court's July 2, 2008 Order.

The extension for the administrative record would affect only the Plaintiffs' opening

brief; the remainder of the briefing schedule would remain unchanged.  Thus, the revised

briefing schedule would be as follows:

September 29, 2008:  Defendants file administrative record
October 30, 2008:    Plaintiffs file motion for summary judgment noticed for January 8,
                     2008 and opening brief
November 26, 2008:   Defendants file opposition and any cross-motion (contained within
                     a single brief)
December 11, 2008:   Plaintiffs file reply and opposition to any cross-motion
December 18, 2008:   Defendants file surreply
January 8, 2008:     Hearing on cross-motions for summary judgment

The parties further request that the Court grant an enlargement of the page limits for the

parties' briefs.  Due to the complexity of the case and the volume of the administrative record,

the parties do not believe that they can adequately support their cross-motions for summary

judgment within the page limits set forth in Civ. L.R. 7-4(b).  Thus, the parties respectfully

request that the Court allow them to file briefs exceeding the page limits, as follows:

Plaintiff's motion for summary judgment:  45 pages
Defendants' opposition and cross-motion for summary judgment:  45 pages
Plaintiff's reply and opposition to Defendants' cross-motion:  25 pages
Defendants' reply:  25 pages

Stipulation to Extend Time for Admin. Record and
Request for Enlargement of Page Limits
Case No. 08-1339                                    - 2 -

1

2
     Respectfully submitted,

3
     Dated: August 11, 2008               /s/ Brendan Cummings (with permission)
                                             Brendan Cummings

4
                                             Center for Biological Diversity
                                           P.O. Box 549

5
                                           Joshua Tree, CA  92252
                                           Telephone:  760-366-2232

6
                                           Facsimile:  760-366-2669

7
                                           Counsel for Plaintiffs

8

9
                                           RONALD J. TENPAS
                                           Assistant Attorney General

10
                                           United States Department of Justice
                                           Environment & Natural Resources Division

11
                                           JEAN E. WILLIAMS, Chief
                                         LISA LYNNE RUSSELL, Assistant Chief

12

13
     Dated: August 11, 2008                /s/ Kristen Byrnes Floom
                                           KRISTEN BYRNES FLOOM, Trial

14
                                           Attorney
                                           DC Bar No. 469615

15
                                           United States Department of Justice
                                         Environment & Natural Resources Division

16
                                           Wildlife and Marine Resources Section
                                         Benjamin Franklin Station, P.O. Box 7369

17
                                           Washington, DC 20044-7369
                                         Telephone: (202) 305-0340

18
                                           Facsimile: (202) 305-0275

19
                                           Kristen.Floom@usdoj.gov

20
                                           Counsel for Defendants

21

22

23

24

25

26

27

28
Stipulation to Extend Time for Admin. Record and
Request for Enlargement of Page Limits
Case No. 08-1339                       - 3 -

1

2                              **CERTIFICATE OF SERVICE**

3           I hereby certify that a copy of the foregoing Stipulation to Extend Time for Defendants to

4    File Administrative Record and Request for Enlargement of Page Limits for Summary Judgment

5    Briefs was submitted to the Court electronically on this 11th day of August, 2008 for filing and
     service on the following counsel of record:

6    Douglas Scott Burdin (dburdin@safariclub.org)

7
     Kevin M. Cuddy (cuddy@frozenlaw.com)
8
9    Brendan R. Cummings (bcummings@biologicaldiversity.org)

10   Jeffrey M. Feldman (feldman@frozenlaw.com)

11   Richard J. Finn (rfinn@burnhambrown.com, ncutright@burnhambrown.com)

12   James Jeffries Goodwin (jeffriesgoodwin@gmail.com)

13   Andrew McAleer Hawley (ahawley@defenders.org)

14
     Seth D. Hilton (sdhilton@stoel.com, lastevens@stoel.com, pspring@stoel.com,
15   sac_calendar@stoel.com)

16   Jeffrey W. Leppo (jwleppo@stoel.com, jashore@stoel.com, sea_docket@stoel.com)

17
     Jason T. Morgan (jtmorgan@stoel.com, lastevens@stoel.com, sea_docket@stoel.com)
18
19   Michael A. Oropallo (moropallo@hiscockbarclay.com)

20   Miyoko Sakashita (miyoko@biologicaldiversity.org)

21   Kassia Rhoades Siegel (ksiegel@biologicaldiversity.org)

22   Rene Pierre Tatro (renetatro@ttsmlaw.com, kroberts@ttsmlaw.com)

23   Andrew Elsas Wetzler (awetzler@nrdc.org)

24
            I further certify that, on this 11th day of August, 2008, a copy of the foregoing
25   Stipulation to Extend Time was sent via first-class mail, postage prepaid, to:

26   John J. Jackson , III
     Conservation Force
27

28   Stipulation to Extend Time for Admin. Record and
     Request for Enlargement of Page Limits
     Case No. 08-1339                              - 4 -

1

2
3240 S I-10 Service Road W.
Suite 200
3
Metairie, LA 70001

4

5                                      /s/ Kristen Byrnes Floom
                                        Kristen Byrnes Floom
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
Stipulation to Extend Time for Admin. Record and
Request for Enlargement of Page Limits
Case No. 08-1339                        - 5 -

1

2
**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

3

4
CENTER FOR BIOLOGICAL                        ) Case No. C-08-1339 (CW)
DIVISION, <u>et al.</u>,                     )

5
            Plaintiffs,                       )
                                             )
6
            vs.                              )  **[PROPOSED] ORDER**
                                             )
7
DIRK KEMPTHORNE, United States              )
Secretary of the Interior, and UNITED       )
8
STATES FISH AND WILDLIFE                     )
SERVICE,                                     )
9
                                             )
            Defendants.                      )
10
_____     )

11
        This Court, having considered the parties' Stipulation to Extend Time for Defendants to File

12
Administrative Record and Request for Enlargement of Page Limits for Summary Judgment Briefs

13
hereby ORDERS that the revised briefing schedule shall be as follows:

14
        September 15, 2008:  Defendants file answer to Second Amended Complaint
15
        September 29, 2008:  Defendants file administrative record
        October 30, 2008:    Plaintiffs file motion for summary judgment noticed for January 8,
16
                             2008 and opening brief
        November 26, 2008:   Defendants file opposition and any cross-motion (contained within
17
                             a single brief)
18
        December 11, 2008:   Plaintiffs file reply and opposition to any cross-motion
        December 18, 2008:   Defendants file surreply
19
        January 8, 2008:     Hearing on cross-motions for summary judgment

20
        The Court further ORDERS that the parties may file briefs exceeding the page limits set
21

22
forth in Civ. L.R. 7-4(b), as follows:

23
        Plaintiff's motion for summary judgment:  45 pages
        Defendants' opposition and cross-motion for summary judgment:  45 pages
24
        Plaintiff's reply and opposition to Defendants' cross-motion:  25 pages
        Defendants' reply:  25 pages
25

26

27
Dated: _____            _____
28
                                          Hon. Claudia Wilken
                                          United States District Judge