SETH D. HILTON (SB #181899)
sdhilton@stoel.com
ANDREW F. BRIMMER (SB#179146)
afbrimmer@stoel.com
sdhilton@stoel.com
STOEL RIVES LLP
980 Ninth Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

JEFFREY W. LEPPO (*Pro Hac Vice*)
jwleppo@stoel.com
JASON T. MORGAN (*Pro Hac Vice*)
jtmorgan@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Intervenor-Defendant
Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>ALASKA OIL AND GAS ASSOCIATION; and ARCTIC SLOPE REGIONAL CORPORATION,<br><br>Intervenors-Defendants. | Case No. 08-1339 CW<br><br>**INTERVENOR-DEFENDANT ALASKA OIL AND GAS ASSOCIATION'S MOTION TO SHORTEN TIME**<br><br>Judge: Hon. Claudia Wilken |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**MOTION TO SHORTEN TIME**
-1-
08-1339 CW

Seattle-3441777.1 0010627-00013

1  Pursuant to LR 6-3, Intervenor-Defendant Alaska Oil and Gas Association ("AOGA"), by and through the undersigned attorney, moves this Court for an order shortening the time for the Court to consider and decide AOGA's motion for leave to file a motion for reconsideration. The motion for leave to file a motion for reconsideration, brought pursuant to LR 7-9, addresses four aspects of this Court's August 13, 2008 "Order Granting In Part Motions for Leave to Intervene by Alaska Oil and Gas Association and Arctic Slope Regional Corporation." Pursuant to LR 7-9(d), no response need be filed by other parties and no hearing will be held on AOGA's motion for leave. Accordingly, AOGA respectfully requests that the Court rule on the Motion for Leave as soon as is practicable.

Pursuant to LR 6-3(a), this motion is accompanied by the supporting Declaration of Jeffrey W. Leppo, and a proposed Order. The Declaration of Jeffrey W. Leppo explains the reasons supporting this motion to shorten time. In addition, for the same reasons described in this supporting declaration, AOGA respectfully requests that this Court establish an expedited schedule for briefing and hearing on AOGA's underlying motion for reconsideration.

DATED this 21st day of August, 2008.

STOEL RIVES LLP

By: /s/ Jeffrey W. Leppo
JEFFREY W. LEPPO, *pro hac vice*
SETH D. HILTON (SB #181899)
Attorneys for Proposed
Intervenor-Defendant
Alaska Oil and Gas Association

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**MOTION TO SHORTEN TIME**                -2-                                08-1339 CW

Seattle-3441777.1 0010627-00013

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of *Intervenor-Defendant Alaska Oil and Gas Association's Motion to Shorten Time; Proposed Order, and Declaration of Jeffrey W. Leppo Pursuant to LR 6-3(a)* was filed electronically with the Court and consequently was served electronically on the following:

Douglas Scott Burdin (dburdin@safariclub.org)

Kevin M. Cuddy (cuddy@frozenlaw.com)

Brendan R. Cummings (bcummings@biologicaldiversity.org)

Jeffrey M. Feldman (Feldman@frozenlaw.com)

Richard J. Finn (rfinn@furnhambrown.com)

Kristen Byrnes Floom (Kristen.Floom@usdoj.gov)

James Jeffries Goodwin (jeffriesgoodwin@gmail.com)

Juliet A. Markowitz (jmarkowitz@ttsmlaw.com)

Andrew McAleer Hawley (ahawley@defenders.org)

Michael A. Oropallo (moropallo@hiscockbarclay.com)

Miyoko Sakashita (miyoko@biologicaldiversity.org)

Kassia Rhoades Siegel (ksiegel@biologicaldiversity.org)

Rene Pierre Tatro (renetatro@ttsmlaw.com)

Andrew Elsas Wetzler (awetzler@nrdc.org)

Jean Williams (jean.williams@usdoj.gov)

I further certify that on the 21st day of August, 2008, a copy of the foregoing document was sent via first-class mail, postage prepaid to:

John J. Jackson, III
Conservation Force
3240 S I-10 Service Road W.
Suite 200
Metairie, LA 70001

/s/Jeffrey W. Leppo
Jeffrey W. Leppo

| | |
|---|---|
| 1 | SETH D. HILTON (SB #181899) |
| | sdhilton@stoel.com |
| 2 | ANDREW F. BRIMMER (SB#179146) |
| | afbrimmer@stoel.com |
| 3 | sdhilton@stoel.com |
| | STOEL RIVES LLP |
| 4 | 980 Ninth Street, 19th Floor |
| | Sacramento, CA  95814 |
| 5 | Telephone:  (916) 447-0700 |
| | Facsimile:  (916) 447-4781 |
| 6 | |
| | JEFFREY W. LEPPO (*Pro Hac Vice*) |
| 7 | jwleppo@stoel.com |
| | JASON T. MORGAN (*Pro Hac Vice*) |
| 8 | jtmorgan@stoel.com |
| | STOEL RIVES LLP |
| 9 | 600 University Street, Suite 3600 |
| | Seattle, WA  98101 |
| 10 | Telephone:  (206) 624-0900 |
| | Facsimile:  (206) 386-7500 |
| 11 | |
| | Attorneys for Intervenor-Defendant |
| 12 | Alaska Oil and Gas Association |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation; <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants, <br><br> and <br><br> ALASKA OIL AND GAS ASSOCIATION; and ARCTIC SLOPE REGIONAL CORPORATION, <br><br> Defendants/Intervenors. | Case No. 08-1339 CW <br><br> **[PROPOSED] ORDER GRANTING INTERVENOR-DEFENDANT ALASKA OIL AND GAS ASSOCIATION'S MOTION TO SHORTEN TIME** |

1    Having considered the motion to shorten time filed by Intervenor-Defendant Alaska Oil
2    and Gas Association ("AOGA"), it is hereby ordered that the motion is GRANTED. The Court
3    will address AOGA's motion for leave to file a motion for reconsideration on an expedited basis.
4    Pursuant to LR 7-9(d), no responses to the motion for leave need be filed and no hearing will be
5    held on the motion.
6    In addition, in the event that the Court grants the motion for leave to file a motion for
7    reconsideration, pursuant to LR 7-9(d) the Court will establish an expedited schedule for
8    resolution of that motion.
9    IT IS SO ORDERED.
10    DATED this _____ day of August, 2008

Hon. Claudia Wilken
United States District Judge

Presented by:

STOEL RIVES LLP

/s/ Jeffrey W. Leppo
JEFFREY W. LEPPO, *pro hac vice*
SETH D. HILTON (SB #181899)
Attorneys for
Intervenor-Defendant
Alaska Oil and Gas Association

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

**[PROPOSED] ORDER GRANTING
AOGA'S MOTION TO SHORTEN TIME**   -2-   08-1339 CW

Seattle-3441775.1 0010627-00013