IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

    Plaintiff,

  v.

DIRK KEMPTHORNE,

    Defendant.
_____/

No. C 08-01339 CW

CLERK'S NOTICE TAKING MOTION UNDER SUBMISSION

    Notice is hereby given that the Court, on its own motion, shall take Defenders of Wildlife's Motion to Intervene under submission on the papers. The hearing previously scheduled for August 28, 2008, is vacated.

Dated: 8/21/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk