1  SETH D. HILTON (SB #181899)
   sdhilton@stoel.com
2  ANDREW F. BRIMMER (SB#179146)
   afbrimmer@stoel.com
3  sdhilton@stoel.com
   STOEL RIVES LLP
4  980 Ninth Street, 19th Floor
   Sacramento, CA  95814
5  Telephone:  (916) 447-0700
   Facsimile:  (916) 447-4781
6
   JEFFREY W. LEPPO (*Pro Hac Vice*)
7  jwleppo@stoel.com
   JASON T. MORGAN (*Pro Hac Vice*)
8  jtmorgan@stoel.com
   STOEL RIVES LLP
9  600 University Street, Suite 3600
   Seattle, WA  98101
10 Telephone:  (206) 624-0900
   Facsimile:  (206) 386-7500
11
   Attorneys for Intervenor-Defendant
12 Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>ALASKA OIL AND GAS ASSOCIATION; and ARCTIC SLOPE REGIONAL CORPORATION,<br><br>Defendants/Intervenors. | Case No. 08-1339 CW<br><br>**ORDER GRANTING INTERVENOR-DEFENDANT ALASKA OIL AND GAS ASSOCIATION'S MOTION TO SHORTEN TIME AS MODIFIED** |

Having considered the motion to shorten time filed by Intervenor-Defendant Alaska Oil and Gas Association ("AOGA"), it is hereby ordered that the motion is GRANTED. The Court will address AOGA's motion for leave to file a motion for reconsideration on an expedited basis. Pursuant to LR 7-9(d), no responses to the motion for leave need be filed and no hearing will be held on the motion. **If any party does wish to file an opposition to the motion for leave, it must do so by August 28, 2008.**

In addition, in the event that the Court grants the motion for leave to file a motion for reconsideration, pursuant to LR 7-9(d) the Court will establish an expedited schedule for resolution of that motion.

IT IS SO ORDERED.

DATED this 26th day of August, 2008

*[signature: Claudia Wilken]*

Hon. Claudia Wilken
United States District Judge

Presented by:

STOEL RIVES LLP

/s/ Jeffrey W. Leppo
JEFFREY W. LEPPO, *pro hac vice*
SETH D. HILTON (SB #181899)
Attorneys for
Intervenor-Defendant
Alaska Oil and Gas Association

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

[PROPOSED] ORDER GRANTING
AOGA'S MOTION TO SHORTEN TIME   -2-   08-1339 CW

Seattle-3441775.1 0010627-00013