| Clerk's Use Only | Roger R. Martella |
| --- | --- |
| Initial for fee pd.: KC | SIDLEY AUSTIN LLP |
| | 1501 K Street, N.W. |
| | Washington, D.C. 20005 |
| | Telephone: (202) 736-8000 |

FILED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL
DIVERSITY, et al.,

        Plaintiff(s),

v.

DIRK KEMPTHORNE, et al.,

        Defendant(s).

CASE NO. 08-CV-1339-CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Roger R. Martella, an active member in good standing of the bar of the State of Maryland, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Nat'l Petrochem. & Refiners Ass'n in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Samuel R. Miller, SIDLEY AUSTIN LLP, 555 California Street, Suite 2000, San Francisco, CA 94104   Telephone: 415 772-1200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 27, 2008

Roger R. Martella