

Clerk's Use Only

Initial for fee pd.:

J. Michael Klise (jmklise@crowell.com)
Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 624-2629

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Center for Biological Diversity, et al.,

                Plaintiff(s),

                v.

Dirk Kempthorne, et al.,

                Defendant(s).                /

CASE NO. C 08-1339 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, J. Michael Klise, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Intervenor Edison Electric Institute in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Steven P. Rice (SBN 094321), Corwell & Moring LLP, 3 Park Plaza, 20th Floor, Irvine, CA 92614-8505, (949) 263-8400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Aug. 28, 2008