# United States District Court
# Northern District of California
## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16730          U.S. District Court Case No. 4:08-cv-01339-CW

Short Case Title   Center for Biological Diversity et al. v. Dirk Kempthorne, et al.

Date Notice of Appeal Filed by Clerk of District Court   07/31/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

[X] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant         Date Transcript Ordered

Michael A. Oropallo
Hiscock & Barclay LLP
300 South State Street
Syracuse, NY 13202
315-425-2831 (tel)

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## CERTIFICATE OF SERVICE

I certify that on September 2, 2008, I filed the foregoing **Transcript Designation and Ordering Form** with the Clerk of the Court through the CM/ECF system which provided automatic notice to the following:

**Kassia Rhoades Siegel**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
Phone: 760-366-2232
Fax: 760-366-2669
Email: ksiegel@biologicaldiversity.org

**Andrew E. Wetzler**
Natural Resources Defense Council, Inc.
544 White Oak Place
Worthington, OH 43085
614-840-0891, Fax: 415-875-6161
Email: awetzler@nrdc.org

**Brendan R. Cummings**
Center for Biological Diversity
P.O. Box 549
Joshua Tree, CA 92252
760-366-2232
Fax: 760-366-2669
Email: bcummings@biologicaldiversity.org

**Miyoko Sakashita**
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: miyoko@biologicaldiversity.org

**ATTORNEYS FOR PLAINTIFFS**
**CENTER FOR BIOLOGICAL DIVERSITY**
**a non-profit corporation**
**and**
**GREENPEACE, INC.**
**a non-profit cororaiton**

**Andrew McAleer Hawley**
Defenders of Wildlife
1130 Seventeenth St, NW
Washington, DC 20036
202-682-9400 x124
Email: ahawley@defenders.org

**Brian Paul Segee**
Defenders of Wildlife
1130 Seventeenth St, NW
Washington, DC 20036
202-682-9400 x121
Email: bsegee@defenders.org

**ATTORNEYS FOR INTERVENOR PLAINTIFF DEFENDERS OF WILDLIFE**

**Kristen Byrnes Floom**
United States Department of Justice
P.O. Box 7369
Washington, DC 20044-736
202-305-0340
Email: Kristen.Floom@usdoj.gov

**Jean E. Williams**
Department of Justice
Benjamin Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
202-305-0275
Email: jean.williams@usdoj.gov

**ATTORNEYS FOR DEFENDANTS DIRK KEMPTHORNE and UNITED STATES FISH AND WILDLIFE SERVICE**

**James Jeffries Goodwin**
Goodwin Law Corporation
2300 Bell Executive Lane
Sacramento, CA 95825
916-929-6000
Fax: 916-929-5137
Email: jeffriesgoodwin@gmail.com

```
 1  Douglas Scott. Burdin
    Sarfari Club International
 2  501 Second Street, NE
    Washington, DC 20001
 3  202-543-8733
    Fax: 202-543-1205
 4  Email: dburdin@safariclub.org

 5  ATTORNEYS FOR THIRD-PARTY
    DEFENDANT AND AMICUS
 6

 7  Jason T. Morgan
    Stoel Rives, LLP
 8  600 University Street, #3600
    Seattle, WA 98101
 9  206-624-0900
    Fax: 206-386-7500
10  Email: jtmorgan@stoel.com

11
    Jeffrey W. Leppo
12  Stoel Rives, LLP
    600 University Street, #3600
13  Seattle, WA 98101
    206-624-0900
14  Fax: 206-386-7500
    Email: jwleppo@stoel.com
15

16  Seth D. Hilton
    Stoel Rives, LLP
17  600 University Street, #3600
    Seattle, WA 98101
18  206-624-0900
    Fax: 206-386-7500
19  Email: sdhilton@stoel.com

20
    ATTORNEYS FOR INTEVENOR DEFENDANT
21  ALASKA OIL AND GAS ASSOCIATION

22
    Rene Pierro Tatro
23  Tatro Tekosky Sadwick LLP
    333 S. Grand Avenue, Suite 4270
24  Los Angeles, CA 90071
    213-225-7171
25  Fax: 213-225-7151
    Email: renetatro@ttsmlaw.com
26

27

28
```

**Jeffrey M. Feldman**
Feldman Orlansky & Sanders
500 L Street, suite 400
Anchorage, AK 99501
907-272-3538
Fax: 907-274-0819
Email: feldman@frozenlaw.com

**Kevin M. Cuddy**
Feldman Orlansky & Sanders
500 L Street, suite 400
Anchorage, AK 99501
907-272-3538
Fax: 907-274-0819
Email: cuddy@frozenlaw.com

**ATTORNEYS FOR INTEVENOR DEFENDANT ARCTIC SLOPE REGIONAL CORPORATION**

**Paul Lionel Yanosy, Jr.**
Sidley Austin LLP
555 California Street, Suite 2000
San Francisco, CA 94104
415-772-1278'
Fax: 415-772-7400
Email: pyanosy@sidley.com

**ATTORNEYS FOR INTEVENOR DEFENDANT NATIONAL PETROCHEMICAL AND REFINERS ASSOCIATION**

                                                  s/Michael A. Oropallo
                                                  MICHAEL A. OROPALLO