René P. Tatro (SBN 78383)
Juliet A. Markowitz (SBN 164038)
TATRO TEKOSKY SADWICK LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, California 90071
Telephone:   (213) 225-7171
Facsimile:   (213) 225-7151
E-mail:      renetatro@ttsmlaw.com
             jmarkowitz@ttsmlaw.com

Jeffrey M. Feldman (AK Bar #7605029)
Kevin M. Cuddy (MA Bar #647799)
*Admitted pro hac vice*
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, Alaska 99501
Telephone:   (907) 272-3538
Facsimile:   (907) 274-0819
Email:       feldman@frozenlaw.com
             cuddy@frozenlaw.com

*Attorneys for Intervenor-Defendant
Arctic Slope Regional Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, et al., <br><br> Defendants. | Case No. C-08-1339-CW <br><br> **INTERVENOR ARCTIC SLOPE REGIONAL CORPORATION'S AMENDED NOTICE OF MOTION TO TRANSFER VENUE -- CONTINUATION OF HEARING DATE** <br><br> **New Date:   October 9, 2008** <br> [Old Date:   September 25, 2008] <br> Time:        2:00 p.m. <br> Courtroom:   2, 4th Floor <br> Judge:       Honorable Claudia Wilkin |

C-08-1339-CW

**AMENDED NOTICE OF MOTION -- CONTINUATION OF HEARING DATE**

PLEASE TAKE NOTICE THAT, on October 9, 2008, at 2:00 p.m., before the Honorable Claudia Wilken, United States District Judge, 1301 Clay Street, Suite 400 S, Oakland, California 94612, in Courtroom 2 on the 4th Floor, Intervenor Arctic Slope Regional Corporation ("ASRC"), by and through its undersigned attorneys, will move this Court to transfer this case to the U.S. District Court for the District of Alaska. This motion was previously noticed for September 25, 2008; please note the change of the hearing date to October 9, 2008.

DATED: September 3, 2008                Respectfully submitted,

TATRO TEKOSKY SADWICK LLP

By:  /s/ René P. Tatro
       René P. Tatro
       Attorneys for Intervenor Defendant Arctic
       Slope Regional Corporation


FELDMAN ORLANSKY & SANDERS

By:   /s/ Jeffrey M. Feldman
        Jeffrey M. Feldman
        *Pro hac vice*
        Attorneys for Intervenor Defendant Arctic
        Slope Regional Corporation

**PROOF OF SERVICE BY ELECTRONIC TRANSMISSION**

I, the undersigned, declare that I am a citizen of the United States, over the age of 18 years and not a party to this action. I am employed in the County of Los Angeles and my business address is 333 S. Grand Avenue, Suite 4270, Los Angeles, CA 90071.

I hereby certify that I caused the **INTERVENOR ARCTIC SLOPE REGIONAL CORPORATION'S AMENDED NOTICE OF MOTION TO TRANSFER VENUE -- CONTINUATION OF HEARING DATE** to be filed electronically with the Clerk of Court through ECF, on September 3, 2008, and that ECF sent an e-notice of the electronic filing to the recipients designated on the Notice of Electronic Filing generated by the Electronic Case File website of the Northern District of California and

**X**    by placing ___ the original __X__ a true copy thereof enclosed in sealed envelopes addressed as stated on

John J. Jackson , III
Conservation Force
3240 S I-10 Service Road W., Suite 200
Metairie, LA 70001

**BY MAIL**

__x__    As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed September 3, 2008, at Los Angeles, California.

/s/ *Karen L. Roberts*
Karen L. Roberts

C-08-1339-CW