SETH D. HILTON (SB #181899)
sdhilton@stoel.com
ANDREW F. BRIMMER (SB#179146)
afbrimmer@stoel.com
sdhilton@stoel.com
STOEL RIVES LLP
980 Ninth Street, 19th Floor
Sacramento, CA 95814
Telephone: (916) 447-0700
Facsimile: (916) 447-4781

JEFFREY W. LEPPO (*Pro Hac Vice*)
jwleppo@stoel.com
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Intervenor-Defendant
Alaska Oil and Gas Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit corporation, NATURAL RESOURCES DEFENSE COUNCIL, a non-profit corporation, and GREENPEACE, INC., a non-profit corporation;<br><br>Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE,<br><br>Defendants,<br><br>and<br><br>ALASKA OIL AND GAS ASSOCIATION; and ARCTIC SLOPE REGIONAL CORPORATION,<br><br>Intervenors-Defendants. | Case No. 08-1339 CW<br><br>**INTERVENOR-DEFENDANT ALASKA OIL AND GAS ASSOCIATION'S JOINDER IN MOTIONS TO TRANSFER VENUE**<br><br>Date:     October 9, 2008<br>Time:     2 p.m.<br>Courtroom: 2, 4th Floor<br>Judge:    Hon. Claudia Wilken |

1  Intervenor-Defendant Alaska Oil and Gas Association ("AOGA") hereby joins in the
2  motions for transfer of venue filed by the Federal Defendants (Docket 152) and by Arctic Slope
3  Regional Corporation ("ASRC") (Docket 154).  Pursuant to 28 U.S.C. § 1404(a), for the reasons
4  stated, and based upon the authorities cited, in the respective motions of the Federal Defendants
5  and ASRC, in the interests of justice, AOGA respectfully requests transfer of this case to the
6  District of Columbia or, alternatively, to the District of Alaska.

7  DATED this 3rd day of September, 2008.

STOEL RIVES LLP


By: /s/ Jeffrey W. Leppo
    JEFFREY W. LEPPO, *pro hac vice*
    SETH D. HILTON (SB #181899)
    Attorneys for Proposed
    Intervenor-Defendant
    Alaska Oil and Gas Association

# CERTIFICATE OF SERVICE BY ELECTRONIC TRANSMISSION

I hereby certify that I caused the *Intervenor-Defendant Alaska Oil and Gas Association's Joinder in Motions to Transfer Venue* to be filed electronically through ECF, on September 3, 2008, and that ECF sent an e-notice of the electronic filing to the recipients designated on the Notice of Electronic Filing generated by the Electronic Case File website of the Northern District of California

BY MAIL:

I further certify that on the 3rd of September, 2008, a copy of the foregoing document was sent

via first-class mail, postage prepaid to:

John J. Jackson, III
Conservation Force
3240 S I-10 Service Road W., Suite 200
Metairie, LA 70001

                                       /s/Jeffrey W. Leppo
                                       Jeffrey W. Leppo