John Briscoe (# 53223)
David Ivester (#76863)
Lawrence S. Bazel (# 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, 7th Floor
San Francisco, CA 94104
jbriscoe@briscoelaw.net
divester@briscoelaw.net
lbazel@briscoelaw.net
Telephone:   (415) 402-2700
Facsimile:    (415) 398-5630

John C. Martin *(pro hac vice* application pending*)*
Duane A. Siler *(pro hac vice* application pending*)*
Michele L. Walter *(pro hac vice* application pending*)*
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037
jmartin@pattonboggs.com
dsiler@pattonboggs.com
mwalter@pattonboggs.com
Telephone:   (202) 457-6000
Facsimile:    (202) 457-6315

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br>Plaintiffs,<br>v.<br>DIRK KEMPTHORNE, *et al.*,<br>Defendants.<br>And<br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>Proposed Defendant-Intervenors | Case No. C-08-1339-CW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA**<br><br>Date: Oct. 9, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

        John C. Martin
        Duane A. Siler
        Michele L. Walter
        Patton Boggs LLP

        John Briscoe
        David Ivester
        Lawrence S. Bazel
        Briscoe Ivester & Bazel LLP

By: _____
        Lawrence S. Bazel

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*