1  John Briscoe (# 53223)
   David Ivester (#76863)
2  Lawrence S. Bazel (# 114641)
   BRISCOE IVESTER & BAZEL LLP
3  155 Sansome Street, 7th Floor
   San Francisco, CA 94104
4  jbriscoe@briscoelaw.net
   divester@briscoelaw.net
5  lbazel@briscoelaw.net
   Telephone:    (415) 402-2700
6  Facsimile:    (415) 398-5630

7  John C. Martin *(pro hac vice* application pending*)*
   Duane A. Siler *(pro hac vice* application pending*)*
8  Michele L. Walter *(pro hac vice* application pending*)*
   Patton Boggs LLP
9  2550 M Street N.W.
   Washington, D.C. 20037
10 jmartin@pattonboggs.com
   dsiler@pattonboggs.com
11 mwalter@pattonboggs.com
   Telephone:    (202) 457-6000
12 Facsimile:    (202) 457-6315

13 *Attorneys for Proposed Defendant-Intervenors American
   Petroleum Institute, Chamber of Commerce of the United States
14 of America, National Mining Association, National
   Association of Manufacturers, and American Iron and Steel
15 Institute*

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No. C-08-1339-CW |
| 19              Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE NATIONAL MINING ASSOCIATION** |
| 20       v. | |
| 21  DIRK KEMPTHORNE, *et al.*, | |
| 22              Defendants. | Date: Oct. 9, 2008 |
| 23  | Time: 2:00 p.m. |
| 24  And | Place: Courtroom 2, 4th Floor |
| 25  AMERICAN PETROLEUM INSTITUTE, *et al.*, | |
| 26              Proposed Defendant-Intervenors | |

27
28

CERTIFICATION OF INTERESTED ENTITIES OR              CASE NO. C-08-1339-CW
PERSONS BY THE NATIONAL MINING ASSN.

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

        John C. Martin
        Duane A. Siler
        Michele L. Walter
        Patton Boggs LLP

        John Briscoe
        David Ivester
        Lawrence S. Bazel
        Briscoe Ivester & Bazel LLP

By: _/s/ Lawrence S. Bazel_____
    Lawrence S. Bazel

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*