1  John Briscoe (# 53223)
   David Ivester (#76863)
2  Lawrence S. Bazel (# 114641)
   BRISCOE IVESTER & BAZEL LLP
3  155 Sansome Street, 7th Floor
   San Francisco, CA 94104
4  jbriscoe@briscoelaw.net
   divester@briscoelaw.net
5  lbazel@briscoelaw.net
   Telephone:   (415) 402-2700
6  Facsimile:   (415) 398-5630

7  John C. Martin *(pro hac vice* application pending*)*
   Duane A. Siler *(pro hac vice* application pending*)*
8  Michele L. Walter *(pro hac vice* application pending*)*
   Patton Boggs LLP
9  2550 M Street N.W.
   Washington, D.C. 20037
10 jmartin@pattonboggs.com
   dsiler@pattonboggs.com
11 mwalter@pattonboggs.com
   Telephone:   (202) 457-6000
12 Facsimile:   (202) 457-6315

13 *Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*

16                 UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants. <br><br> And <br><br> AMERICAN PETROLEUM INSTITUTE, *et al.*, <br> Proposed Defendant-Intervenors | Case No. C-08-1339-CW <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE AMERICAN IRON AND STEEL INSTITUTE** <br><br> Date: Oct. 9, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor |

1  **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

2  Pursuant to Civil L.R. 3-16, the undersigned certify that as of this date, other than

3  the named parties, there is no such interest to report.

4

5  Respectfully submitted,

6

7

8  John C. Martin
   Duane A. Siler
9  Michele L. Walter
   Patton Boggs LLP
10

11 John Briscoe
   David Ivester
12 Lawrence S. Bazel
   Briscoe Ivester & Bazel LLP
13

14

15 By: _____
   Lawrence S. Bazel

16 *Attorneys for Proposed Defendant-
   Intervenors American Petroleum Institute,*
17 *Chamber of Commerce of the United States
   of America, National Mining Association,*
18 *National Association of Manufacturers, and
   American Iron and Steel Institute*
19

20

21

22

23

24

25

26

27

28