John Briscoe (# 53223)
David Ivester (#76863)
Lawrence S. Bazel (# 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, 7th Floor
San Francisco, CA 94104
jbriscoe@briscoelaw.net
divester@briscoelaw.net
lbazel@briscoelaw.net
Telephone:   (415) 402-2700
Facsimile:   (415) 398-5630

John C. Martin *(pro hac vice* application pending*)*
Duane A. Siler *(pro hac vice* application pending*)*
Michele L. Walter *(pro hac vice* application pending*)*
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037
jmartin@pattonboggs.com
dsiler@pattonboggs.com
mwalter@pattonboggs.com
Telephone:   (202) 457-6000
Facsimile:   (202) 457-6315

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>            Plaintiffs,<br><br>     v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>            Defendants.<br><br>And<br><br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>            Proposed Defendant-<br>            Intervenors | Case No. C-08-1339-CW<br><br>**(PROPOSED)**<br>**ORDER GRANTING**<br>**INTERVENTION**<br><br><br>Date:  Oct. 9, 2008<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, 4th Floor |

PROPOSED INTERVENTION ORDER                                            CASE NO. C-08-1339-CW

Pursuant to Rule 24 of the Federal Rules of Civil Procedure, and in consideration of the Notice of Motion, Motion to Intervene as Defendants, and Memorandum in Support by American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute, and having found that adequate grounds exist for intervention:

IT IS ORDERED, that their Motion to Intervene as Defendants is GRANTED in its entirety, allowing Defendant-Intervenors to fully participate in claims 2 through 7 of the Second Amended Complaint; and

IT IS FURTHER ORDERED, that Defendant-Intervenors shall be collectively subject to the same page limit for briefs as other Defendant-Intervenors, and abide by the briefing schedule.

DATED this ___ day of _____, 2008

_____
Hon. Claudia Wilken
United States District Judge