1  John Briscoe (# 53223)
   David Ivester (#76863)
2  Lawrence S. Bazel (# 114641)
   BRISCOE IVESTER & BAZEL LLP
3  155 Sansome Street, 7th Floor
   San Francisco, CA 94104
4  jbriscoe@briscoelaw.net
   divester@briscoelaw.net
5  lbazel@briscoelaw.net
   Telephone:    (415) 402-2700
6  Facsimile:    (415) 398-5630

7  John C. Martin (*pro hac vice* application pending)
   Duane A. Siler (*pro hac vice* application pending)
8  Michele L. Walter (*pro hac vice* application pending)
   Patton Boggs LLP
9  2550 M Street N.W.
   Washington, D.C. 20037
10 jmartin@pattonboggs.com
   dsiler@pattonboggs.com
11 mwalter@pattonboggs.com
   Telephone:    (202) 457-6000
12 Facsimile:    (202) 457-6315

13 *Attorneys for Proposed Defendant-Intervenors American
   Petroleum Institute, Chamber of Commerce of the United States
14 of America, National Mining Association, National
   Association of Manufacturers, and American Iron and Steel
15 Institute*

16                  UNITED STATES DISTRICT COURT

17                NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No. C-08-1339-CW |
| 19              Plaintiffs, | **[PROPOSED] ANSWER OF DEFENDANT-INTERVENORS AMERICAN PETROLEUM INSTITUTE, CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, NATIONAL MINING ASSOCIATION, NATIONAL ASSOCIATION OF MANUFACTURERS, AND AMERICAN IRON AND STEEL INSTITUTE** |
| 20  v. | |
| 21  DIRK KEMPTHORNE, *et al.*, | |
| 22              Defendants. | |
| 23  AMERICAN PETROLEUM INSTITUTE, *et al.*, | |
| 24              Proposed Defendant-Intervenors | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1      Applicants for intervention, the American Petroleum Institute ("API"), Chamber of

2   Commerce of the United States of America ("Chamber"), National Mining Association ("NMA"),

3   National Association of Manufacturers ("NAM"), and American Iron and Steel Institute ("AISI")

4   (collectively "the Associations"), answer Plaintiffs' Second Amended Complaint as follows:

5                                    **INTRODUCTION**

6      1.      This paragraph characterizes Plaintiffs' lawsuit and, therefore, does not require a

7   response.

8      2.      The Associations are without knowledge or information sufficient to either answer

9   or deny these allegations and, therefore, denies them.

10      3.      The Associations are without knowledge or information sufficient to either answer

11   or deny these allegations and, therefore, denies them.

12      4.      The Associations are without knowledge or information sufficient to either answer

13   or deny these allegations and, therefore, denies them.

14      5.      The Associations are without knowledge or information sufficient to either answer

15   or deny these allegations and, therefore, denies them.

16      6.      The Associations admit these allegations.

17      7.      The Associations admit these allegations.

18      8.      The Associations admit these allegations.

19      9.      The Associations admit that the Secretary published the 4(d) Rule in conjunction

20   with the Listing Rule.  The Associations deny the remaining allegations.

21      10.      The Associations deny these allegations.

22      11.      The Associations admit that Defendants listed the polar bear as a "threatened"

23   species, but denies the remaining allegations.

24      12.      The Associations deny these allegations.

25      13.      The Associations deny these allegations.

26      14.      The first sentence characterizes Plaintiffs' lawsuit and, therefore, does not require

27   a response.  The Associations deny the remaining allegations.

28

15.    This paragraph characterizes Plaintiffs' lawsuit and, therefore, does not require a response.

## JURISDICTION, VENUE, AND INTRADISTRICT ASSIGNMENT

16.    This paragraph contains conclusions of law that do not require a response.

17.    The Associations denies the allegations that venue is proper under 16 U.S.C. § 1540(g)(3)(A) and 28 U.S.C. § 1391(e).  The remaining allegations either characterize Plaintiffs' lawsuit are conclusions of law that do not require a response.

18.    This paragraph characterizes the Local Rules, which speak for themselves, and therefore does not require a response.

19.    The Associations are without knowledge or information sufficient to either answer or deny these allegations and, therefore, denies them.

20.    This paragraph contains a conclusion of law that does not require a response.

21.    The Associations deny these allegations.

22.    The Associations deny these allegations.

23.    This paragraph contains a conclusion of law that does not require a response.

## PARTIES

24.    The Associations are without knowledge or information sufficient to either answer or deny these allegations and, therefore, denies them.

25.    The Associations are without knowledge or information sufficient to either answer or deny these allegations and, therefore, denies them.

26.    The Associations are without knowledge or information sufficient to either answer or deny these allegations and, therefore, denies them.

27.    The Associations are without knowledge or information sufficient to either answer or deny these allegations and, therefore, denies them.

28.    The Associations admit these allegations.

29.    The Associations admit that the FWS is a federal agency, but the remaining allegations are conclusions of law that do not require a response and the federal laws and regulations speak for themselves and, thus, do not require a response.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**LEGAL BACKGROUND**

**The Endangered Species Act**

30.    This paragraph characterizes Plaintiffs' lawsuit and the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

31.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

32.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

33.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

34.    This paragraph characterizes the law and Secretary's policy, which speak for themselves and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law and policy.

35.    This paragraph characterizes the policy, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the policy.

36.    This paragraph characterizes the policy, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the policy.

37.    This paragraph characterizes the law and policy, which speak for themselves and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law and policy.

1    38.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

2    39.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

40.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

41.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

42.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

43.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

44.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

45.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

46.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

47.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

48.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

49.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

50.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

51.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

52.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

53.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

54.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

55.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

56.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

## THE MARINE MAMMAL PROTECTION ACT

57.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

58.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

59.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

60.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

61.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

62.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

63.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

64.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

**THE ADMINISTRATIVE PROCEDURE ACT**

65.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

66.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

67.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

68.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

69.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

**THE NATIONAL ENVIRONMENTAL POLICY ACT**

70.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

71.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

72.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

73. This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

74. This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

75. This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

76. This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

77. This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

78. This paragraph characterizes the law, which speaks for itself and, thus, does not require a response. The Associations deny these allegations to the extent the characterizations are inconsistent with the law.

## FACTUAL AND PROCEDURAL BACKGROUND

### Polar Bears in a Warming Arctic

79. This paragraph characterizes the Department of Interior's rules and regulations, which speak for themselves and, thus, does not require a response. The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited rules and regulations. The Associations further are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them.

80. This paragraph characterizes the Department of Interior's rules and regulations, which speak for themselves and, thus, does not require a response. The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited rules and

1    regulations. The Associations further are without knowledge or information sufficient to either

2    answer or deny these allegations and, therefore, deny them.

3         81.    This paragraph characterizes the Department of Interior's rules and regulations,

4    which speak for themselves and, thus, does not require a response. The Associations also deny

5    these allegations to the extent the characterizations are inconsistent with the cited rules and

6    regulations. The Associations further are without knowledge or information sufficient to either

7    answer or deny these allegations and, therefore, deny them.

8         82.    This paragraph characterizes the Department of Interior's rules and regulations,

9    which speak for themselves and, thus, does not require a response. The Associations also deny

10   these allegations to the extent the characterizations are inconsistent with the cited rules and

11   regulations. The Associations further are without knowledge or information sufficient to either

12   answer or deny these allegations and, therefore, deny them.

13        83.    This paragraph characterizes the Department of Interior's rules and regulations,

14   which speak for themselves and, thus, does not require a response. The Associations also deny

15   these allegations to the extent the characterizations are inconsistent with the cited rules and

16   regulations. The Associations further are without knowledge or information sufficient to either

17   answer or deny these allegations and, therefore, deny them.

18        84.    This paragraph characterizes the Department of Interior's rules and regulations,

19   which speak for themselves and, thus, does not require a response. The Associations also deny

20   these allegations to the extent the characterizations are inconsistent with the cited rules and

21   regulations. The Associations further are without knowledge or information sufficient to either

22   answer or deny these allegations and, therefore, deny them.

23        85.    This paragraph characterizes the Department of Interior's rules and regulations,

24   which speak for themselves and, thus, does not require a response. The Associations also deny

25   these allegations to the extent the characterizations are inconsistent with the cited rules and

26   regulations. The Associations further are without knowledge or information sufficient to either

27   answer or deny these allegations and, therefore, deny them.

28

1    86.    This paragraph characterizes the Department of Interior's rules and regulations,

2    which speak for themselves and, thus, does not require a response.  The Associations also deny

3    these allegations to the extent the characterizations are inconsistent with the cited rules and

4    regulations.  The Associations further are without knowledge or information sufficient to either

5    answer or deny these allegations and, therefore, deny them.

6    87.    This paragraph characterizes the Department of Interior's rules and regulations,

7    which speak for themselves and, thus, does not require a response.  The Associations also deny

8    these allegations to the extent the characterizations are inconsistent with the cited rules and

9    regulations.  The Associations further are without knowledge or information sufficient to either

10   answer or deny these allegations and, therefore, deny them.

11   88.    This paragraph characterizes the Department of Interior's rules and regulations,

12   which speak for themselves and, thus, does not require a response.  The Associations also deny

13   these allegations to the extent the characterizations are inconsistent with the cited rules and

14   regulations.  The Associations further are without knowledge or information sufficient to either

15   answer or deny these allegations and, therefore, deny them.

16   89.    The Associations deny the first sentence of this paragraph.  The remaining

17   allegations characterize the Department of Interior's rules and regulations, which speak for

18   themselves and, thus, do not require a response.  The Associations also deny these allegations to

19   the extent the characterizations are inconsistent with the cited rules and regulations.  The

20   Associations further are without knowledge or information sufficient to either answer or deny

21   these allegations and, therefore, deny them.

22   90.    This paragraph characterizes the Department of Interior's rules and regulations,

23   which speak for themselves and, thus, does not require a response.  The Associations also deny

24   these allegations to the extent the characterizations are inconsistent with the cited rules and

25   regulations.  The Associations further are without knowledge or information sufficient to either

26   answer or deny these allegations and, therefore, deny them.

27   91.    This paragraph characterizes the Department of Interior's rules and regulations,

28   which speak for themselves and, thus, does not require a response.  The Associations also deny

these allegations to the extent the characterizations are inconsistent with the cited rules and regulations. The Associations further are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them.

92. The Associations further are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them.

93. The first sentence of this paragraph characterizes the Department of Interior's rules and regulations, which speak for themselves and, thus, does not require a response. The Associations also deny the allegations in the first sentence to the extent the characterizations are inconsistent with the cited rules and regulations. The Associations further are without knowledge or information sufficient to either answer or deny these allegations in the first sentence and, therefore, deny them. The Associations are without knowledge or information sufficient to either answer or deny the allegations in the remainder of the paragraph.

94. This paragraph characterizes the Department of Interior's rules and regulations, which speak for themselves and, thus, does not require a response. The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited rules and regulations.

95. The first two sentences of this paragraph characterize the Department of Interior's rules and regulations, which speak for themselves and, thus, do not require a response. The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited rules and regulations. The Associations further are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them. The Associations are without knowledge or information sufficient to either answer or deny the allegations in the last sentence of this paragraph and, therefore, deny them.

96. This paragraph characterizes the Department of Interior's rules and regulations, which speak for themselves and, thus, does not require a response. The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited rules and regulations. The Associations further are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them.

1

**The Polar Bear Listing Process**

2    97.    The allegations in this paragraph characterize Plaintiffs' Petition, which speaks for

3    itself, and therefore do not require a response.

4    98.    This paragraph characterizes the law, which speaks for itself and, thus, does not

5    require a response.  The Associations deny these allegations to the extent the characterizations are

6    inconsistent with the law.

7    99.    The Associations admit that Plaintiffs filed a lawsuit captioned *Center for*

8    *Biological Diversity v. Norton*, No. 05-5191 JSW (N.D.Cal), but are without knowledge or

9    information sufficient to either answer or deny the remaining allegations in this paragraph.

10    100.    This paragraph characterizes the Department of Interior's rules and regulations,

11    which speak for themselves and, thus, does not require a response.  The Associations also deny

12    these allegations to the extent the characterizations are inconsistent with the cited rules and

13    regulations.  The Associations further are without knowledge or information sufficient to either

14    answer or deny these allegations and, therefore, deny them.

15    101.    The Associations are without knowledge or information sufficient to either answer

16    or deny these allegations and, therefore, deny them.

17    102.    This paragraph characterizes the Department of Interior's rules and regulations,

18    which speak for themselves and, thus, does not require a response.  The Associations also deny

19    these allegations to the extent the characterizations are inconsistent with the cited rules and

20    regulations.  The Associations further are without knowledge or information sufficient to either

21    answer or deny these allegations and, therefore, deny them.

22    103.    This paragraph characterizes the law, the Department of Interior's rules and

23    regulations, and Plaintiffs' lawsuit, which speak for themselves and, thus, does not require a

24    response.  The Associations also deny these allegations to the extent the characterizations are

25    inconsistent with the cited law, rules and regulations, and lawsuit.  The Associations further are

26    without knowledge or information sufficient to either answer or deny these allegations and,

27    therefore, deny them.

28

104.    This paragraph characterizes this Court's Order, which speaks for itself and, thus, does not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited Order.

### The Final Listing Determination

105.    This paragraph characterizes the Department of Interior's rules and regulations, which speak for themselves and, thus, does not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the cited rules and regulations.

106.    The Associations are without knowledge or information sufficient to either answer or deny the allegations in this paragraph and, therefore, deny them.

107.    This paragraph characterizes a USGS report, which speaks for itself and, thus, does not require a response.  The Associations also are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them.

108.    The Associations are without knowledge or information sufficient to either answer or deny the allegations in this paragraph and, therefore, deny them.

109.    The Associations are without knowledge or information sufficient to either answer or deny the allegations in this paragraph and, therefore, deny them.

110.    The first sentence of this paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations deny these allegations to the extent the characterizations are inconsistent with the law.  The second and third sentences of this paragraph characterize the Department of Interior's rules and regulations, which speak for themselves and, thus, do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the rules and regulations.  The last sentence in this paragraph contains a conclusion of law, which does not require a response.

111.    The first and second sentences of this paragraph characterize the Department of Interior's rules and regulations, which speak for themselves and, thus, do not require a response. The Associations also deny these allegations to the extent the characterizations are inconsistent

1    with the rules and regulations. The last sentence in this paragraph contains a conclusion of law,

2    which does not require a response.

3         112.    The allegations in this paragraph contain a conclusion of law, which does not

4    require a response. The Associations further are without knowledge or information sufficient to

5    either answer or deny the allegations in this paragraph and, therefore, deny them.

6         113.    The allegations in this paragraph contain a conclusion of law, which does not

7    require a response. The Associations further are without knowledge or information sufficient to

8    either answer or deny the allegations in this paragraph and, therefore, deny them.

9    **The 4(d) Rule**

10         114.    The Associations admit that the Secretary issued an interim final rule under ESA

11    Section 4(d) and published the rule at 73 Fed. Reg. 28306-28318. The remaining allegations in

12    this paragraph characterize this rule and the law, which speak for themselves and, thus, do not

13    require a response. The Associations also deny these allegations to the extent the

14    characterizations are inconsistent with the rule and law.

15         115.    This paragraph contains a conclusion of law and characterizes the law, which

16    speaks for itself and, thus, does not require a response. The Associations also deny these

17    allegations to the extent the characterizations are inconsistent with the law.

18         116.    The Associations deny the allegation that "in reality, the 4(d) Rule undermines the

19    conservation of the polar bear." The remaining allegations in this paragraph characterize the

20    Department of Interior's rules and regulations and, thus, do not require a response. The

21    Associations also deny these allegations to the extent the characterizations are inconsistent with

22    the law.

23         117.    This paragraph characterizes the ESA, which speaks for itself and, thus, does not

24    require a response. The Associations also deny these allegations to the extent the

25    characterizations are inconsistent with the law.

26         118.    This paragraph characterizes the Department of Interior's rules and regulations and

27    the ESA, which speak for themselves and, thus, does not require a response. The Associations

28

1    also deny these allegations to the extent the characterizations are inconsistent with the cited rules,

2    regulations, and ESA provision.

3        119.    The first sentence of this paragraph characterizes the Department of Interior's rules

4    and regulations, which speak for themselves and, thus, does not require a response. The

5    Associations also deny these allegations to the extent the characterizations are inconsistent with

6    the rules and regulations. As to the last sentence of this paragraph, the Associations are without

7    knowledge or information sufficient to either answer or deny these allegations and, therefore,

8    deny them.

9        120.    This paragraph characterizes the Department of Interior's rules and regulations,

10   which speak for themselves and, thus, does not require a response. The Associations also deny

11   these allegations to the extent the characterizations are inconsistent with the cited rules and

12   regulations. The Associations further are without knowledge or information sufficient to either

13   answer or deny these allegations and, therefore, deny them.

14       121.    The Associations further are without knowledge or information sufficient to either

15   answer or deny the allegations in the first and second sentences of this paragraph and, therefore,

16   deny them. The last sentence of this paragraph is a conclusion of law that does not require a

17   response.

18       122.    The last sentence of this paragraph contains conclusions of law and characterizes

19   the ESA, which speaks for itself and, thus, does not require a response. The remaining

20   allegations in this paragraph characterize the Department of Interior's rules and regulations,

21   which speak for themselves and, thus, do not require a response. The Associations also deny

22   these allegations to the extent the characterizations are inconsistent with the rules and regulations.

23       123.    The allegations in this paragraph characterize the Department of Interior's rules

24   and regulations and the MMPA, which speak for themselves and, thus, do not require a response.

25   The Associations also deny these allegations to the extent the characterizations are inconsistent

26   with the rules, regulations, and MMPA. Further, the last sentence contains a conclusion of law

27   and, thus, does not require a response.

28

124.    The allegations in this paragraph characterize the law, which speaks for itself and, thus, do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.

125.    Except for the last sentence of this paragraph, the allegations in this paragraph characterize the law, which speaks for itself and, thus, do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.  As to the last sentence, the Associations are without knowledge or information sufficient to either answer or deny these allegations and, therefore, deny them.

126.    The allegations in this paragraph characterize the law, which speaks for itself and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.  The last sentence also contains a conclusion of law, which does not require a response.

127.    The allegations in this paragraph characterize the Department of Interior's rules and regulations, which speak for themselves and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the rules and regulations.

128.    The allegations in this paragraph characterize the Department of Interior's rule, which speaks for itself and, thus do no require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the rule.

129.    The allegations in this paragraph characterize the law, which speaks for itself and, thus do no require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.

130.    The allegations in this paragraph characterize the law and the Department of Interior's rules and regulations, which speak for themselves and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law, rules, and regulations.

131.    The allegations in this paragraph characterize the Department of Interior's rules and regulations, which speak for themselves and, thus do not require a response.  The

1   Associations also deny these allegations to the extent the characterizations are inconsistent with

2   the rules and regulations.  The last sentence also contains a conclusion of law, which does not

3   require a response.

4       132.    The allegations in this paragraph characterize the law, which speaks for itself and,

5   thus do not require a response.  The Associations also deny these allegations to the extent the

6   characterizations are inconsistent with the law.

7       133.    The Associations are without knowledge or information sufficient to either answer

8   or deny the allegations in this paragraph and, therefore, deny them.

9       134.    The Associations are without knowledge or information sufficient to either answer

10  or deny the allegations in this paragraph and, therefore, deny them.

11      135.    The allegations in this paragraph characterize the Department of Interior's rules

12  and regulations, which speak for themselves and, thus do not require a response.  The

13  Associations also deny these allegations to the extent the characterizations are inconsistent with

14  the rules and regulations.

15      136.    The allegations in this paragraph characterize the Department of Interior's rules

16  and regulations, which speak for themselves and, thus do not require a response.  The

17  Associations also deny these allegations to the extent the characterizations are inconsistent with

18  the rules and regulations.

19      137.    The first and second sentences of this paragraph contain conclusions of law and

20  characterize the law, which speaks for itself and, thus do not require a response.  The

21  Associations also deny these allegations to the extent the characterizations are inconsistent with

22  the law.  The Associations deny the allegation in the last sentence of this paragraph.  **[verify]**

23                          **Critical Habitat Designation**

24      138.    The allegation in this paragraph contains a conclusion of law, which does not

25  require a response.

26      139.    The allegation in this paragraph characterizes the Department of Interior's rule,

27  which speaks for itself and, thus does not require a response.  The Associations also deny this

28  allegation to the extent the characterization is inconsistent with the rule.

140.    The allegation in this paragraph characterizes the Department of Interior's rule, which speaks for itself and, thus does not require a response.  The Associations also deny this allegation to the extent the characterization is inconsistent with the rule.

141.    The allegations in this paragraph characterize the Department of Interior's rule, which speaks for itself and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the rule.

142.    The allegations in this paragraph characterize the Department of Interior's rule, which speaks for itself and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the rule.

143.    The Associations deny the allegations in this paragraph.

## CLAIMS FOR RELIEF

### First Claim for Relief

144.    The Associations reallege and incorporate by reference paragraphs 1-143 of this Answer.

145.    The Associations observe that the Secretary made a final listing determination for the polar bear on or about May 15, 2008 and, thus, denies the allegations in this paragraph.

### Second Claim for Relief

146.    The Associations reallege and incorporate by reference paragraphs 1-145 of this Answer.

147.    The allegations in this paragraph characterize the law, which speaks for itself and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.

148.    The Associations admit the allegations in this paragraph.

149.    The Associations deny the allegations in this paragraph.

150.    The Associations deny the allegations in this paragraph.

151.    The Associations deny the allegations in this paragraph.

152.    The Associations deny the allegations in this paragraph.

1    153.    The Associations deny the allegations in this paragraph.

2    154.    The Associations deny the allegations in this paragraph.

3                            **Third Claim for Relief**

4    155.    The Associations reallege and incorporate by reference paragraphs 1-154 of this

5    Answer.

6    156.    The Associations admit the allegations in this paragraph.

7    157.    The allegations in this paragraph characterize the law, which speaks for itself and,

8    thus do not require a response.  The Associations also deny these allegations to the extent the

9    characterizations are inconsistent with the law.

10    158.    The Associations admit the allegations in this paragraph.

11    159.    The Associations admit the allegations in this paragraph.

12    160.    The Associations deny the allegations in this paragraph.  **[verify]**

13                            **Fourth Claim for Relief**

14    161.    The Associations reallege and incorporate by reference paragraphs 1-160 of this

15    Answer.

16    162.    The Associations admit the allegations in this paragraph.

17    163.    The Associations admit the allegations in this paragraph.

18    164.    The Associations admit the allegations in this paragraph.

19    165.    The Associations admit the allegations in this paragraph.

20    166.    The Associations admit the allegations in this paragraph.

21    167.    The Associations admit the allegations in this paragraph.

22    168.    The Associations admit the allegations in this paragraph.

23    169.    The Associations admit the allegations in this paragraph. **[verify]**

24                            **Fifth Claim for Relief**

25    170.    The Associations reallege and incorporate by reference paragraphs 1-169 of this

26    Answer.

27    171.    The Associations admit the allegations in this paragraph.

28

172.    This paragraph characterizes the law, which speaks for itself and, thus, does not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.

173.    The Associations deny the allegations in this paragraph.

**Sixth Claim for Relief**

174.    The Associations reallege and incorporate by reference paragraphs 1-173 of this Answer.

175.    The Associations deny the allegations in this paragraph.

176.    The Associations deny the allegations in this paragraph.

177.    The Associations deny the allegations in this paragraph.

178.    The Associations deny the allegations in this paragraph.

**Seventh Claim for Relief**

179.    The Associations reallege and incorporate by reference paragraphs 1-178 of this Answer.

180.    The allegations in this paragraph characterize the law, which speaks for itself and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.

181.    The allegations in this paragraph characterize the law, which speaks for itself and, thus do not require a response.  The Associations also deny these allegations to the extent the characterizations are inconsistent with the law.

182.    The Associations are without knowledge or information sufficient to either answer or deny the allegations in this paragraph and, therefore, deny them.

183.    The Associations deny the allegations in this paragraph.

184.    The Associations deny the allegations in this paragraph.

185.    The Associations deny the allegations in this paragraph.

**PRAYER FOR RELIEF**

Plaintiffs' requests for relief in paragraphs 1-13 characterize the relief requested and, thus, do not require a response.  To the extent a response is required, the Associations deny that

1   Plaintiffs are entitled to the relief requested based on the Associations Answers in Paragraphs 1-

2   185 above.

3                          **AFFIRMATIVE DEFENSES**

4          The Associations assert the following affirmative defenses:

5          1.      Plaintiffs have failed to state a claim upon which relief can be granted.

6          2.      Plaintiffs lack standing to bring their claims.

7          3.      Jurisdiction under the ESA is lacking.

8          4.      Venue is improper and/or inconvenient.

9          5.      Some or all of Plaintiffs claims are barred by the doctrines of ripeness, primary

10  jurisdiction and exhaustion of administrative remedies.

11         6.      The Associations reserve the right to amend and/or supplement these affirmative

12  defenses as appropriate.

13                **DEFENDANT-INTERVENORS' PRAYER FOR RELIEF**

14         WHEREFORE, Defendant-Intervenors the Associations, having fully answered the

15  allegations in the Second Amended Complaint, request judgment granting the following relief:

16         1.      dismissing the Second Amended Complaint with prejudice; and

17         2.      awarding such other relief as the Court deems just and proper.

18  Respectfully submitted,

19                                           John C. Martin
                                             Duane A. Siler
20                                           Michele L. Walter
                                             Patton Boggs LLP
21
                                             John Briscoe
22                                           David Ivester
                                             Lawrence S. Bazel
23                                           Briscoe Ivester & Bazel LLP

24
                                             By: _____
25                                               Lawrence S. Bazel

26                                           Attorneys for Proposed Defendant-
                                             Intervenors American Petroleum Institute,
27                                           Chamber of Commerce of the United States
                                             of America, National Mining Association,
28                                           National Association of Manufacturers, and
                                             American Iron and Steel Institute