Samuel R. Miller (SBN 66871)
srmiller@sidley.com
Andrew Amerson
aamerson@sidley.com
Paul L. Yanosy (SBN 233014)
pyanosy@sidley.com
SIDLEY AUSTIN LLP
555 California Street
San Francisco, California  94104
Telephone:        (415) 772-1200
Facsimile:        (415) 772-7400

Roger R. Martella (*pro hac vice* pending)
rmartella@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone:        (202) 736-8000
Facsimile:        (202) 736-8711

**Attorneys For Proposed Intervenor-Defendant
NATIONAL PETROCHEMICAL & REFINERS
ASSOCIATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, *et al.*, <br><br> Defendants | Case No. 08-CV-1339-CW <br><br> Assigned to: Hon. Claudia Wilken <br><br> **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE NATIONAL PETROCHEMICAL AND REFINERS ASSOCIATION** <br><br> Date:   October 2, 2008 <br> Time:   2:00 p.m. <br> Place:  Courtroom 2, 4th Floor |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: September 5, 2008

Respectfully submitted,

SIDLEY AUSTIN LLP

By:     /s/ Paul L. Yanosy
              Paul L. Yanosy

Attorneys for Proposed Intervenor-Defendant
NATIONAL PETROCHEMICAL &
REFINERS ASSOCIATION