IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CENTER FOR BIOLOGICAL DIVERSITY,

       Plaintiff,

   v.

DIRK KEMPTHORNE,

       Defendant.

_____/

No. C 08-01339 CW

CLERK'S NOTICE
TAKING MOTIONS UNDER
SUBMISSION

Notice is hereby given that the Court, on its own motion, shall take National Petrochemical and Refiners Association's motion to intervene, Edison Electric Institute's motion for leave to intervene as defendant, and American Petroleum Institute, Chamber of Commerce of the United States of America, National Association of Manufacturers, National Mining Association, and American Iron and Steel Institute's motion to intervene as defendants under submission on the papers. The hearings previously scheduled for October 2, 2008, and October 9, 2008, as to those motions are vacated.

The previous briefing schedules remain in effect.

Dated:  9/5/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

United States District Court
For the Northern District of California