John Briscoe, # 53223
David Ivester, #76863
Lawrence S. Bazel, # 114641
Briscoe, Ivester, & Bazel, LLP
155 Sansome Street, 7th Floor
San Francisco, CA 94104
jbriscoe@briscoelaw.net
divester@briscoelaw.net
lbazel@briscoelaw.net
Telephone:    (415) 402-2700
Facsimile:     (415) 398-5630

John C. Martin *(pro hac vice* application pending*)*
Duane A. Siler *(pro hac vice* application pending*)*
Michele L. Walter *(pro hac vice* application pending*)*
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037
jmartin@pattonboggs.com
dsiler@pattonboggs.com
mwalter@pattonboggs.com
Telephone:    (202) 457-6000
Facsimile:     (202) 457-6315

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) <br> ) <br>                    Plaintiffs,    ) <br>         v.                                   ) <br> ) <br> DIRK KEMPTHORNE, *et al.*,          ) <br> ) <br>                    Defendants,   ) <br>         and                              ) <br> ) <br> AMERICAN PETROLEUM INSTITUTE, *et al.*, ) <br> ) <br>                    Proposed Defendant- ) <br>                    Intervenors.               ) | Case No. C-08-1339-CW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br> *(John C. Martin)* <br><br><br> Date: Oct. 9, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor |

4977710

1  _____)
2
3
4       Pursuant to Civil L.R. 11-3, John C. Martin, an active member in good standing

5  of the bars of the District of Columbia and Wyoming, hereby applies for admission to

6  practice in the Northern District of California on a *pro hac vice* basis representing

7  Defendant-Intervenors (petition pending) the American Petroleum Institute, the Chamber

8  of Commerce of the United States of America, the National Mining Association, the

9  National Association of Manufacturers, and the American Iron and Steel Institute, in the

10 above-entitled action.

11      In support of this application, I certify under oath that:

12      1.      I am an active member in good standing of the bars of the District of

13 Columbia and Wyoming;

14      2.      I agree to abide by the Standards of Professional Conduct set forth in Civil

15 Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to

16 become familiar with the Local Rules and the Alternative Dispute Resolution program of

17 the Court; and

18      3.      An attorney who is a member of the bar of this Court in good standing and who

19 maintains an office within the State of California has been designated as co-counsel in the above-

20 entitled action. The name, address, and telephone number of that attorney is:

21              Lawrence S. Bazel
22              Briscoe, Ivester, & Bazel, LLP
23              155 Sansome Street, 7th Floor
24              San Francisco, CA 94104
25              lbazel@briscoelaw.net
26              Telephone:   (415) 402-2700
27              Facsimile:   (415) 398-5630
28
29      I declare under penalty of perjury that the foregoing is true and correct,

4977710

1    DATED this 4th day of September, 2008

2
3
4                                  _____
                                    John C. Martin

4977710