```
 1  John Briscoe, # 53223
 2  David Ivester, #76863
 3  Lawrence S. Bazel, # 114641
 4  Briscoe, Ivester, & Bazel, LLP
 5  155 Sansome Street, 7th Floor
 6  San Francisco, CA 94104
 7  jbriscoe@briscoelaw.net
 8  divester@briscoelaw.net
 9  lbazel@briscoelaw.net
10  Telephone:   (415) 402-2700
11  Facsimile:   (415) 398-5630
12
13  John C. Martin (pro hac vice application pending)
14  Duane A. Siler (pro hac vice application pending)
15  Michele L. Walter (pro hac vice application pending)
16  Patton Boggs LLP
17  2550 M Street N.W.
18  Washington, D.C. 20037
19  jmartin@pattonboggs.com
20  dsiler@pattonboggs.com
21  mwalter@pattonboggs.com
22  Telephone:   (202) 457-6000
23  Facsimile:   (202) 457-6315
```

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>            Plaintiffs,<br>v.<br><br>DIRK KEMPTHORNE, et al.,<br><br>            Defendants,<br>    and<br><br>AMERICAN PETROLEUM INSTITUTE, et al.,<br><br>            Proposed Defendant-Intervenors. | Case No. C-08-1339-CW<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br>***(Duane A. Siler)***<br><br><br>Date: Oct. 9, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor |

4977710

1  _____)
2
3
4
5          Pursuant to Civil L.R. 11-3, Duane A. Siler, an active member in good standing of
6   the bar of the District of Columbia, hereby applies for admission to practice in the
7   Northern District of California on a *pro hac vice* basis representing Defendant-
8   Intervenors (petition pending) the American Petroleum Institute, the Chamber of
9   Commerce of the United States of America, the National Mining Association, the
10  National Association of Manufacturers, and the American Iron and Steel Institute, in the
11  above-entitled action.
12         In support of this application, I certify under oath that:
13     1.   I am an active member in good standing of the bar of the District of
14  Columbia;
15     2.   I agree to abide by the Standards of Professional Conduct set forth in Civil
16  Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to
17  become familiar with the Local Rules and the Alternative Dispute Resolution program of
18  the Court; and
19     3.   An attorney who is a member of the bar of this Court in good standing and who
20  maintains an office within the State of California has been designated as co-counsel in the above-
21  entitled action. The name, address, and telephone number of that attorney is:

22              Lawrence S. Bazel
23              Briscoe, Ivester, & Bazel, LLP
24              155 Sansome Street, 7th Floor
25              San Francisco, CA 94104
26              lbazel@briscoelaw.net
27              Telephone:    (415) 402-2700
28              Facsimile:    (415) 398-5630
29

4977710

1   I declare under penalty of perjury that the foregoing is true and correct,

2   DATED this 4th day of September, 2008

3
4   _____
5   Duane A. Siler

4977710