1  John Briscoe, # 53223
2  David Ivester, #76863
3  Lawrence S. Bazel, # 114641
4  Briscoe, Ivester, & Bazel, LLP
5  155 Sansome Street, 7th Floor
6  San Francisco, CA 94104
7  jbriscoe@briscoelaw.net
8  divester@briscoelaw.net
9  lbazel@briscoelaw.net
10 Telephone:    (415) 402-2700
11 Facsimile:    (415) 398-5630
12
13 John C. Martin *(pro hac vice* application pending*)*
14 Duane A. Siler *(pro hac vice* application pending*)*
15 Michele L. Walter *(pro hac vice* application pending*)*
16 Patton Boggs LLP
17 2550 M Street N.W.
18 Washington, D.C. 20037
19 jmartin@pattonboggs.com
20 dsiler@pattonboggs.com
21 mwalter@pattonboggs.com
22 Telephone:    (202) 457-6000
23 Facsimile:    (202) 457-6315
24
25 *Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of*
26 *Commerce of the United States of America, National Mining Association, National*
27 *Association of Manufacturers, and American Iron and Steel Institute*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> DIRK KEMPTHORNE, *et al.*, ) <br> ) <br> Defendants, ) <br> and ) <br> ) <br> AMERICAN PETROLEUM INSTITUTE, *et al.*, ) <br> ) <br> Proposed Defendant- ) <br> Intervenors. ) | Case No. C-08-1339-CW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** <br> **(Michele L. Walter)** <br><br> Date: Oct. 9, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom 2, 4th Floor |

4977710

_____)

Pursuant to Civil L.R. 11-3, Michele L. Walter, an active member in good standing of the bars of the District of Columbia and Nebraska, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis representing Defendant-Intervenors (petition pending) the American Petroleum Institute, the Chamber of Commerce of the United States of America, the National Mining Association, the National Association of Manufacturers, and the American Iron and Steel Institute, in the above-entitled action.

In support of this application, I certify under oath that:

1. I am an active member in good standing of the bars of the District of Columbia and Nebraska;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, *Electronic Case Filing*, and to become familiar with the Local Rules and the Alternative Dispute Resolution program of the Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone number of that attorney is:

    Lawrence S. Bazel
    Briscoe, Ivester, & Bazel, LLP
    155 Sansome Street, 7th Floor
    San Francisco, CA 94104
    lbazel@briscoelaw.net
    Telephone:  (415) 402-2700
    Facsimile:  (415) 398-5630

4977710

1     I declare under penalty of perjury that the foregoing is true and correct,

2     DATED this 4th day of September, 2008

3
4                                       */s/ Michele L. Walter*
5                                       Michele L. Walter

4977710