1  John Briscoe (# 53223)
   David Ivester (#76863)
2  Lawrence S. Bazel (# 114641)
   BRISCOE IVESTER & BAZEL LLP
3  155 Sansome Street, 7th Floor
   San Francisco, CA 94104
4  jbriscoe@briscoelaw.net
   divester@briscoelaw.net
5  lbazel@briscoelaw.net
   Telephone:   (415) 402-2700
6  Facsimile:   (415) 398-5630

7  John C. Martin *(pro hac vice* application pending*)*
   Duane A. Siler *(pro hac vice* application pending*)*
8  Michele L. Walter *(pro hac vice* application pending*)*
   Patton Boggs LLP
9  2550 M Street N.W.
   Washington, D.C. 20037
10 jmartin@pattonboggs.com
   dsiler@pattonboggs.com
11 mwalter@pattonboggs.com
   Telephone:   (202) 457-6000
12 Facsimile:   (202) 457-6315

13 *Attorneys for Proposed Defendant-Intervenors American
   Petroleum Institute, Chamber of Commerce of the United States
14 of America, National Mining Association, National
   Association of Manufacturers, and American Iron and Steel
15 Institute*

16                    UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 18  CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No. C-08-1339-CW |
| 19               Plaintiffs, | **(PROPOSED)** |
| 20       v. | **ORDER GRANTING APPLICATION FOR** |
| 21  DIRK KEMPTHORNE, *et al.*, | **ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| 22               Defendants. | *(John C. Martin)* |
| 23 | |
| 24  And | Date: Oct. 9, 2008 |
| 25  AMERICAN PETROLEUM INSTITUTE, *et al.*, | Time: 2:00 p.m. |
| 26               Proposed Defendant-Intervenors | Place: Courtroom 2, 4th Floor |
| 27 | |

28

ORDER GRANTING APPLICATION FOR ADMISSION            CASE NO. C-08-1339-CW
OF ATTORNEY PRO HAC VICE

1  John C. Martin, an active member in good standing of the bars of the District of
2  Columbia and Wyoming, whose business address and telephone number is Patton Boggs
3  LLP, 2550 M Street N.W., Washington, D.C. 20037, tel. (202) 457-6000, having applied
4  in the above-entitled case for admission to practice in the Northern District of California
5  on a *pro hac vice* basis, representing Defendant-Intervenors (petition pending) the
6  American Petroleum Institute, the Chamber of Commerce of the United States of
7  America, the National Mining Association, the National Association of Manufacturers,
8  and the American Iron and Steel Institute,
9  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
10 and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate
11 appearance *pro hac vice*.  Service of papers upon and communication with co-counsel
12 designated in the application will constitute notice to the party.  All filings in this action
13 are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

DATED this ___ day of _____, 2008

_____
Hon. Claudia Wilken
United States District Judge