1 | John Briscoe (# 53223)
David Ivester (#76863)
2 | Lawrence S. Bazel (# 114641)
BRISCOE IVESTER & BAZEL LLP
3 | 155 Sansome Street, 7th Floor
San Francisco, CA 94104
4 | jbriscoe@briscoelaw.net
divester@briscoelaw.net
5 | lbazel@briscoelaw.net
Telephone:    (415) 402-2700
6 | Facsimile:    (415) 398-5630

7 | John C. Martin (*pro hac vice* application pending*)*
Duane A. Siler (*pro hac vice* application pending*)*
8 | Michele L. Walter (*pro hac vice* application pending*)*
Patton Boggs LLP
9 | 2550 M Street N.W.
Washington, D.C. 20037
10 | jmartin@pattonboggs.com
dsiler@pattonboggs.com
11 | mwalter@pattonboggs.com
Telephone:    (202) 457-6000
12 | Facsimile:    (202) 457-6315

13 | *Attorneys for Proposed Defendant-Intervenors American
Petroleum Institute, Chamber of Commerce of the United States
14 | of America, National Mining Association, National
Association of Manufacturers, and American Iron and Steel
15 | Institute*

16 | UNITED STATES DISTRICT COURT

17 | NORTHERN DISTRICT OF CALIFORNIA

18 | CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,

19 | Plaintiffs,

20 | v.

21 | DIRK KEMPTHORNE, *et al.*,

22 | Defendants.

23 |

24 | And

25 | AMERICAN PETROLEUM INSTITUTE, *et al.*,

26 | Proposed Defendant-Intervenors

27 |

28 |

Case No. C-08-1339-CW

**(PROPOSED)
ORDER GRANTING
APPLICATION FOR
ADMISSION OF ATTORNEY *PRO
HAC VICE***
***(Duane A. Siler)***

Date:  Oct. 9, 2008
Time:  2:00 p.m.
Place:  Courtroom 2, 4th Floor

1        Duane A. Siler, an active member in good standing of the bar of the District of

2   Columbia, whose business address and telephone number is Patton Boggs LLP, 2550 M

3   Street N.W., Washington, D.C. 20037,  tel. (202) 457-6000, having applied in the above-

4   entitled case for admission to practice in the Northern District of California on a *pro hac*

5   *vice* basis, representing Defendant-Intervenors (petition pending) the American Petroleum

6   Institute, the Chamber of Commerce of the United States of America, the National Mining

7   Association, the National Association of Manufacturers, and the American Iron and Steel

8   Institute,

9        IT IS HEREBY ORDERED THAT the application is granted, subject to the terms

10  and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate

11  appearance *pro hac vice*.  Service of papers upon and communication with co-counsel

12  designated in the application will constitute notice to the party.  All filings in this action

13  are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

14       DATED this ___ day of _____, 2008

15

16                                     _____

17                                     Hon. Claudia Wilken
                                   United States District Judge

18

19

20

21

22

23

24

25

26

27

28