John Briscoe (# 53223)
David Ivester (#76863)
Lawrence S. Bazel (# 114641)
BRISCOE IVESTER & BAZEL LLP
155 Sansome Street, 7th Floor
San Francisco, CA 94104
jbriscoe@briscoelaw.net
divester@briscoelaw.net
lbazel@briscoelaw.net
Telephone:   (415) 402-2700
Facsimile:   (415) 398-5630

John C. Martin *(pro hac vice* application pending*)*
Duane A. Siler *(pro hac vice* application pending*)*
Michele L. Walter *(pro hac vice* application pending*)*
Patton Boggs LLP
2550 M Street N.W.
Washington, D.C. 20037
jmartin@pattonboggs.com
dsiler@pattonboggs.com
mwalter@pattonboggs.com
Telephone:   (202) 457-6000
Facsimile:   (202) 457-6315

*Attorneys for Proposed Defendant-Intervenors American Petroleum Institute, Chamber of Commerce of the United States of America, National Mining Association, National Association of Manufacturers, and American Iron and Steel Institute*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>           Plaintiffs,<br>     v.<br><br>DIRK KEMPTHORNE, *et al.*,<br><br>           Defendants.<br><br>And<br><br>AMERICAN PETROLEUM INSTITUTE, *et al.*,<br>           Proposed Defendant-Intervenors | Case No. C-08-1339-CW<br><br>**(PROPOSED) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br>*(Michele L. Walter)*<br><br><br>Date: Oct. 9, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom 2, 4th Floor |

1   Michele L. Walter, an active member in good standing of the bars of the District of
2   Columbia and Nebraska, whose business address and telephone number is Patton Boggs
3   LLP, 2550 M Street N.W., Washington, D.C. 20037, tel. (202) 457-6000, having applied
4   in the above-entitled case for admission to practice in the Northern District of California
5   on a *pro hac vice* basis, representing Defendant-Intervenors (petition pending) the
6   American Petroleum Institute, the Chamber of Commerce of the United States of
7   America, the National Mining Association, the National Association of Manufacturers,
8   and the American Iron and Steel Institute,

   IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
   and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate
   appearance *pro hac vice*. Service of papers upon and communication with co-counsel
   designated in the application will constitute notice to the party. All filings in this action
   are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

   DATED this ___ day of _____, 2008

                                             _____
                                             Hon. Claudia Wilken
                                             United States District Judge

ORDER GRANTING APPLICATION FOR ADMISSION    2              CASE NO. C-08-1339-CW
OF ATTORNEY PRO HAC VICE