RECEIVED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
SEP - 5 2008
RICHARD W. WIEKING
...

# UNITED STATES DISTRICT COURT
## Northern District of California

Center for Biological Diversity, et al.,

                Plaintiff(s),

v.

Dirk Kempthorne, et al.,

                Defendant(s).
_____/

CASE NO. C 08-1339 CW

(~~Proposed~~)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

J. Michael Klise                                , an active member in good standing of the bar of

District of Columbia,                           whose business address and telephone number

(particular court to which applicant is admitted)

is

Crowell & Moring, LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004, (202) 624-2629                                                            ,

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing Intervenor Edison Electric Institute,

    IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designated in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing*.

Dated:   SEP - 5 2008

                                                                     Claudia Wilken
                                                                     United States District Judge

UNITED STATES DISTRICT COURT
For the Northern District of California