**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DIRK KEMPTHORNE, United States Secretary of the Interior, and UNITED STATES FISH AND WILDLIFE SERVICE, <br><br> Defendants. | ) Case No. C-08-1339 (CW) <br> ) <br> ) <br> ) **STIPULATION AND ORDER RE:** <br> ) **RESETTING OF HEARING** <br> ) **DATE ON MOTIONS TO** <br> ) **TRANSFER VENUE** <br> ) <br> ) <br> ) <br> ) <br> ) |

**STIPULATION RE: RESETTING OF HEARING DATE**

The hearing on Federal Defendants' and Intervenor Defendants' motions to transfer venue (Dkt #s 152, 154, 155, 156) is currently set for October 9, 2008 at 2:00 pm. Due to Plaintiffs' counsels' scheduling conflict on that day, and for the convenience of the parties, the parties hereby stipulate to continue the hearing date by one week to October 16, 2008, and to adjust the briefing schedule accordingly as follows:

September 25, 2008: Plaintiffs file opposition to Federal Defendants' and Intervenor Defendants' motions to transfer;

October 2, 2008: Federal Defendants and Intervenor Defendants file replies in support of motions to transfer venue;

October 16, 2008: Hearing on motions to transfer venue.

Dated: September 17, 2008        /s/ Brendan Cummings
                                 Brendan Cummings
                                 Center for Biological Diversity
                                 P.O. Box 549
                                 Joshua Tree, CA  92252
                                 Telephone:  760-366-2232
                                 Facsimile:  760-366-2669

Stipulation and Order Re: Resetting of Hearing Date
Case No. 08-1339

Counsel for Plaintiffs

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA LYNNE RUSSELL, Assistant Chief

/s/ Kristen Byrnes Floom (by BC with permission)
KRISTEN BYRNES FLOOM, Trial Attorney
DC Bar No. 469615
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0340
Facsimile: (202) 305-0275
Kristen.Floom@usdoj.gov

Counsel for Defendants


/s/ Jeffrey W. Leppo (by BC with permission)
JEFFREY W. LEPPO (*pro hac vice*)
SETH D. HILTON (SB # 181899)
STOEL RIVES LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Facsimile: (206) 386-7500

Attorneys for Intervenor-Defendant Alaska Oil and Gas Association


/s/ Kevin M. Cuddy (by BC with permission)
JEFFREY M. FELDMAN (*pro hac vice*)
KEVIN M. CUDDY (*pro hac vice*)
FELDMAN ORLANSKY & SANDERS
500 L Street, Suite 400
Anchorage, AK 99501
Telephone: (907) 272-3538

Stipulation and Order Re: Resetting of Hearing Date
Case No. 08-1339                                       - 2 -

Facsimile: (907) 274-0819
Email: feldman@frozenlaw.com
cuddy@frozenlaw.com
Attorneys for Intervenor-Defendant Arctic Slope Regional Corporation

**ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED this 18th day of September, 2008

*Claudia Wilken*

_____
Honorable Claudia Wilken
United States District Court Judge

Stipulation and [Proposed] Order Re: Resetting of Hearing Date
Case No. 08-1339                                      - 3 -