**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. C-08-1339 (CW) |
| Plaintiffs, | |
| v. | [~~PROPOSED~~] ORDER |
| DIRK KEMPTHORNE, Secretary of the Interior, and the U.S. FISH AND WILDLIFE SERVICE, | |
| Defendants | |
| and | |
| ALASKA OIL AND GAS ASSOCIATION, | |
| Defendant-Intervenors | |
| and | |
| ARCTIC SLOPE REGIONAL CORP., | |
| Defendant-Intervenors. | |

This Court, having considered the parties' Stipulation to Shorten Time and Waive Oral Argument on Federal Defendants' Motion to Extend Deadline for Administrative Record, hereby ORDERS that the filing deadlines for subsequent filings on Defendants' motion for an extension shall be:

Opposition (if any): September 23, 2008

Reply (if any): September 25, 2008

Dated: 9/19/08  _____
Hon. Claudia Wilken
United States District Judge

[Proposed] Order, Case No. 08-1339 CW