**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | |
| Plaintiffs, | Civ. No. 08-1339 CW |
| v. | |
| DIRK KEMPTHORNE, Secretary of the Interior, et al., | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR ADMINISTRATIVE RECORD AND MODIFY BRIEFING SCHEDULE** |
| Defendants, | |
| and | |
| ALASKA OIL AND GAS ASSOCIATION, | |
| Defendant-Intervenors, | |
| and | |
| ARCTIC SLOPE REGIONAL CORP., | |
| Defendant-Intervenors. | |

The parties hereby notify the Court that they have reached an agreement in principle to resolve Plaintiffs' Third Claim for Relief (Failure to Designate Critical Habitat for the Polar Bear) and Seventh Claim for Relief (Failure to Promulgate List of Measures for Nonlethal Deterrence of Polar Bears).  The parties are currently negotiating the terms of a stipulated settlement agreement that will resolve those claims.

In consideration of the settlement of those claims, and in light of the difficulties that Federal Defendants have encountered in preparing the administrative record, as detailed in the

Stip. Extend Admin. Record Deadline
and Modify Briefing Sched.
Case No. 08-1339 CW

Declaration of Thomas O. Melius, Dkt. No. 192-2 (Sept. 16, 2008), the parties hereby request that the Court extend the deadline for the administrative record from September 29, 2008 to November 17, 2008.  Upon approval of this Stipulation by the Court, Federal Defendants will withdraw their pending motion for an extension of the deadline for the administrative record, Dkt. No. 192.

The parties further request that the Court modify the remainder of the briefing schedule as follows:

| | |
|---|---|
| January 15, 2009: | Plaintiffs file motion for summary judgment |
| February 12, 2009: | Federal Defendants file opposition and any cross-motion |
| February 19, 2009: | Defendant-Intervenors file oppositions and any cross-motions |
| February 26, 2009: | Plaintiffs file reply and opposition to any cross-motion |
| March 5, 2009: | Federal Defendants and Defendant-Intervenors file replies |
| April 2, 2009: | Hearing on cross-motions. |

Respectfully submitted,

Dated: September 23, 2008        /s/ Brendan Cummings (by KBF with permission)
                                 Brendan Cummings
                                 Center for Biological Diversity
                                 P.O. Box 549
                                 Joshua Tree, CA  92252
                                 Telephone:  760-366-2232
                                 Facsimile:  760-366-2669

                                 Counsel for Plaintiffs

                                 RONALD J. TENPAS
                                 Assistant Attorney General
                                 United States Department of Justice
                                 Environment & Natural Resources Division
                                 JEAN E. WILLIAMS, Chief
                                 LISA LYNNE RUSSELL, Assistant Chief

Stip. Extend Admin. Record Deadline
and Modify Briefing Sched.
Case No. 08-1339 CW

| | |
|---|---|
| Dated: September 23, 2008 | /s/ Kristen Byrnes Floom<br>KRISTEN BYRNES FLOOM, Trial Attorney<br>DC Bar No. 469615<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Wildlife and Marine Resources Section<br>Benjamin Franklin Station, P.O. Box 7369<br>Washington, DC 20044-7369<br>Telephone: (202) 305-0340<br>Facsimile: (202) 305-0275<br>Kristen.Floom@usdoj.gov<br><br>Attorneys for Federal Defendants |
| Dated: September 23, 2008 | /s/ Jeffrey W. Leppo (by KBF with permission)<br>JEFFREY W. LEPPO (*pro hac vice*)<br>SETH D. HILTON (SB # 181899)<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 624-0900<br>Facsimile: (206) 386-7500<br><br>Attorneys for Intervenor-Defendant Alaska Oil and Gas Association |
| Dated: September 23, 2008 | /s/ Kevin M. Cuddy (by KBF with permission)<br>JEFFREY M. FELDMAN (*pro hac vice*)<br>KEVIN M. CUDDY (*pro hac vice*)<br>FELDMAN ORLANSKY & SANDERS<br>500 L Street, Suite 400<br>Anchorage, AK 99501<br>Telephone: (907) 272-3538<br>Facsimile: (907) 274-0819<br>Email: feldman@frozenlaw.com<br>          cuddy@frozenlaw.com<br><br>Attorneys for Intervenor-Defendant Arctic Slope Regional Corporation |

**ORDER**

1
2
3   **IT IS SO ORDERED.**
4
5   **DATED this 25th day of September, 2008**
6
7   _____
8   **Honorable Claudia Wilken**
    **United States District Court Judge**
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27  Stip. Extend Admin. Record Deadline
    and Modify Briefing Sched.
28  Case No. 08-1339 CW                  - 4 -